**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Brenda K Hurston
   1812 Grand Avenue
   Middletown, OH 45044

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Brenda K Hurston_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Brenda K Hurston

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7001 2510 0008 6347 8835

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835