| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Brenda K Hurston*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*) \| C. Date of Delivery |
| 1. Article Addressed to:<br><br>Brenda K Hurston<br>1812 Grand Avenue<br>Middletown, OH 45044 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)  7001 2510 0008 6347 8835 | |
| PS Form 3811, August 2001 | Domestic Return Receipt  102595-02-M-0835 |