UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRENDA HURSTON,

        Plaintiff,                        Civil Action No. C-1-01-313

vs.

BUTLER COUNTY DEPARTMENT        Weber, J.
OF JOB AND FAMILY SERVICES,        Sherman, M.J.

        Defendant.

## ORDER

This matter is before the Court on a motion and memorandum by plaintiff Brenda Hurston objecting to defendant's Notice of Deposition filed on July 29, 2003. (*See* Docs. 77, 78). On September 2, 2003, defendant filed an Amended Notice of Deposition. (Doc. 82).

In light of the amended notice, the Court finds that plaintiff's motion is moot.

**IT IS THEREFORE ORDERED THAT:**

Plaintiff's motion in objection to the notice of deposition (doc. 78) is **DENIED AS MOOT.**

    **IT IS SO ORDERED.**

                                     s/Jack Sherman, Jr.
                                     Jack Sherman, Jr.
                                     United States Magistrate Judge