FILED
KENNETH J. MURPHY
CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO  03 SEP 30  AM 8:38
WESTERN DIVISION

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | CASE NO. C-1-01-313 |
| Plaintiff | : | Judge Weber; Sherman. M.J. |
| -vs- | | |
| BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES | : | PLAINTIFF'S MOTION TO REQUEST TRAIL BY JURY |
| Defendants | | |

*AND A hearing for motion*

COMES NOW Plaintiff, Brenda K. Hurston, motion to request a trail by jury ∧ . Due to a mis-communication, plaintiff believed that she was already having a trail by jury, until her conversation with Darlene from the Judge Weber's Chamber on Monday, September 29, 2003, in which Darlene indicated that the plaintiff is having a 3-days bench trail. Plaintiff pray that her request for a trail by jury be granted.

BRENDA K. HURSTON, PLAINTIFF

*Brenda K Hurston*

Brenda K. Hurston, Plaintiff
1812 Grand Avenue
Middletown, OH 45044
(513) 420-9692

## CERTIFICATE OF SERVICE

      I, Brenda K. Hurston, hereby certify that a true and correct copy of PLAINTIFF'S MOTION TO REQUEST TRAIL BY JURY have been sent by regular mail to Jack C. McGowan, Attorney for defendant, Butler County Department of Job and Family Services, 246 High Street, Hamilton, OH 45011 this 30th, day of September, 2003.

*Brenda K. Hurston*
Brenda K. Hurston, Plaintiff