UNITED STATES DISTRICT COURT
SOUTHERN **DISTRICT OF OHIO**
**WESTERN DIVISION**

**HURSTON,**

    **Plaintiff**

**v.**                             **C-1-01-313**

**BUTLER CO.,**

    **Defendant**

**ORDER OF REFERENCE**

**Pursuant to Western Division Rule 1 and 28 U.S.C. § 636 , the above styled cases are hereby referred to Judge Timothy S. Hogan, United States Magistrate to conduct a Settlement Conference. The parties shall appear on October 17, 2003 at 9:30 a.m. before the Honorable Timothy S. Hogan, 100 East 5th Street, Room 706, Cincinnati Ohio.**

**Parties are further advised that the Joint Pretrial Order deadline is hereby extended to October 21, 2003.**

**IT IS SO ORDERED.**

                                                    **s/Herman J. Weber**

                                          **Herman J. Weber, Senior Judge**

                                          **United States District Court**