IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRENDA HURSTON,

    Plaintiff

v                                        Civil: C-1-01-313

BUTLER COUNTY,

    Defendant

## ORDER

Pursuant to the record established at the Conference held on October 17, 2003 before United States Magistrate Judge Timothy S. Hogan, Trial in the above styled case is RESCHEDULED to the June 2004 trial term. Counsel shall file their Joint Pretrial Order on or before May 5, 2004.

    **IT IS SO ORDERED.**

                                                 _____s/Herman J. Weber\_\_\_\_
                                                 **Herman J. Weber, Senior Judge**
                                                 **United States District Court**