**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Brenda Hurston

Street, Apt. No.; or PO Box No. 1817 Grand Ave

City, State, ZIP+4 Middletown, OH 45044

7001 2510 0008 6347 9999