IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | **CASE NO. C-1-01 313** |
| Plaintiff | : | (Judge Weber) |
| -vs- | : | |
| BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES, et al | : | **NOTICE OF FILING OF VOLUME II OF THE DEPOSITION OF PLAINTIFF BRENDA K. HURSTON** |
| Defendants | : | |

::: ::: ::: :::

Now comes the defendant, by and through counsel, and hereby gives notice to the Court and all parties hereto of the filing of volume II of the deposition of plaintiff Brenda K. Hurston for all purposes allowed under Federal Rules of Civil Procedure and the Federal Rules of Evidence.

McGOWAN & JACOBS, LLC

s/Jack C. McGowan
Jack C. McGowan       (0005619)
Attorney for Defendant
 Butler County Department of Job
 and Family Services
246 High Street
Hamilton, Ohio 45011
(513) 844-2000/(513) 868-1190 FAX
Email: jcm@jcmcgowan.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jack C. McGowan, 246 High Street, Hamilton, OH 45011, and I hereby certify that I have mailed the document by U.S. Postal Service via certified mail to the following non CM/ECF participant: Brenda K. Hurston, 1812 Grand Avenue, Middletown, Ohio 45044.

s/Jack C. McGowan
Jack C. McGowan