UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRENDA K. HURSTON,

        Plaintiff,

v.                                           C-1-01-313

BUTLER CO., et al,

        Defendant.

### ORDER

The parties having **CONSENTED** (see attached) this case is hereby transferred to the United States Magistrate Judge Timothy S. Black pursuant to 28 U.S.C. § 636(c) to conduct any and all proceedings in this case, including the trial, and order the entry of judgment.

Parties are advised that the Final Pretrial Order deadline of May 21, 2004 and the June 2004 trial term settings are VACATED.

IT IS SO ORDERED.

                                                  Herman J. Weber, Senior Judge
                                                 United States District Court



"Jack McGowan"
<jcm@jcmcgowan.com>

05/20/2004 11:29 AM

Please respond to
"Jack McGowan"
<jcm@jcmcgowan.com>

To <Weber_chambers@ohsd.uscourts.gov>
cc
bcc
Subject Brenda Hurston vs. Butler County Dept. of Job & Family Services

Darlene:

This is to confirm that on behalf of my client, consent is given to trial before US. Magistrate Timothy Black. This email follows our telephone conversation this morning concerning this case

Yours very truly,

McGowan & Jacobs, LLC

Jack C. McGowan

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

BRENDA K. HURSTON　　　　　　　　：　　CASE NO. C-1-01-313

　　　Plaintiff　　　　　　　　　　　：　　Judge Weber; Black M.J.

-vs-

BUTLER COUNTY DEPT. OF
JOB AND FAMILY SERVICES　　　　：　　**WRITTEN CONSENT TO
　　　　　　　　　　　　　　　　　　　　TRAIL BEFORE THE
　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE**

　　　Defendants
　　　　　　　　　　　　　　　　　　DATE: MAY 20, 2004

**TO:**　　__DARLENE MAURY / COURTROOM DEPUTY__

**FROM:**　__BRENDA HURSTON/ PLAINTIFF__

**FAX:**　　__1-(513)-564-7601__

**MEMO:**　I, Plaintiff, Brenda K. Hurston consent to trail before the Magistrate Judge. If there is any further question, regarding this matter, please do not hesitate to call me at 1-(513)-420-9692.

　　　　　　Sincerely,

　　　　　　*Brenda K. Hurston*

　　　　　　Brenda K. Hurston