FILED
JAMES BONINI
CLERK

04 MAY 28 PM 1:24

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | CASE NO. 1:01-CV-313 |
| | | (JUDGE WEBER) |
| Plaintiff | : | |
| vs. | : | |
| BUTLER COUNTY DEPARTMENT | : | |
| OF JOB AND FAMILY SERVICES | | MOTION TO WITHDRAW |
| | : | AS PLAINTIFF'S COUNSEL |
| Defendant | | |
| | : | |

Counsel for the Plaintiff in the above-captioned cause requests permission of this Court to withdraw as trial counsel, effective immediately.

Counsel received the attached letter from Plaintiff, dated May 21, 2004. Without addressing the specific issues raised in that letter, counsel seeks to honor Plaintiff's request and withdraw as her trial counsel.

Respectfully submitted,

s/ Edward C. Perry
Edward C. Perry Bar No.: 0052153
Attorney for Defendant
601 Main St., 3rd Floor
Cincinnati, OH 45202
Telephone: (513) 621-0442
Fax No. (513) 621-0444
edwcperry@AOL.com

## CERTIFICATE OF SERVICE

It is hereby certified that on May 28, 2004, a copy of the foregoing Motion to Withdraw as Plaintiff's Counsel was electronically filed with the Clerk of Courts using the CM/ECF System which will send notification of such filing to Jack C. McGowan, Attorney for Defendant, Butler County Department of Jobs and Family Services, 246 High St., Hamilton, Ohio 45011.

s/ Edward C. Perry<br>
Edward C. Perry Bar No.: 0052153<br>
Attorney for Plaintiff