**FILED** 📩

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MAY 2 7 2004

JAMES BONINI, Clerk
CINCINNATI, OHIO

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | CASE NO. C-1-01-313 |
| Plaintiff | : | Judge Weber; Black M.J. |

-vs-

BUTLER COUNTY DEPT. OF
JOB AND FAMILY SERVICES

**PLAINTIFF'S MOTION TO FILE MOTION TO REQUEST EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO THE DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION TO AMEND SUMMARY JUDGMENT.**

Due to sudden illness beyond my control, I, Plaintiff, Brenda K. Hurston request motion to file motion for extension of time to file memorandum in opposition to the defendant's motion for leave to file motion to amend summary judgment.

Sincerely,

*Brenda K Hurston*

Brenda K. Hurston

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | CASE NO. C-1-01-313 |
| Plaintiff | : | Judge Weber; Black M.J. |
| -vs- | | |
| BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES | : | PLAINTIFF'S MOTION REQUESTING FOR EXTENTION OF TIME |
| Defendants | | DATE: MAY 27, 2004 |

TO:     **ARTHUR / COURTROOM DEPUTY**

FROM:   **BRENDA HURSTON/ PLAINTIFF**

FAX:    **1-(513)-564-6147**

MEMO:   I, Plaintiff, Brenda K. Hurston request a motion for extension of time.

Sincerely,

*Brenda K Hurston*

Brenda K. Hurston