UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRENDA K. HURSTON,

        Plaintiff,                            Case No. 1:01-cv-313

vs.

BUTLER COUNTY DEPARTMENT
OF JOB & FAMILY SERVICE, *et al.*,       Weber, J.
                                                    Black, M.J.

        Defendants.


**ORDER DENYING, WITHOUT PREJUDICE TO REFILE, THE MOTION TO WITHDRAW FILED BY PLAINTIFF'S COUNSEL (Doc. 98)**

Now before the Court is a motion to withdraw filed by plaintiff's counsel. Pursuant to S.D. Ohio Civ. R. 83.5(e)(2), such motions must be served upon the client. As no evidence suggests that the motion was ever served upon plaintiff, Rule 83.5(e)(2) was not satisfied. Therefore, counsel's motion to withdraw (doc. 98) is **DENIED WITHOUT PREJUDICE TO REFILE.**

    IT IS SO ORDERED.


Date:  6/2/04                                            s/Timothy S. Black
                                                                Timothy S. Black
                                                                United States Magistrate Judge