```
                                            FILED
                                            JAMES BONINI
                                            CLERK
```

IN THE UNITED STATES DISTRICT COURT 04 JUN 10 PM 12: 00

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | CASE NO. 1:01-CV-313 |
| | | (JUDGE WEBER) |
| Plaintiff | : | |
| | | |
| vs. | : | |
| | | |
| BUTLER COUNTY DEPARTMENT | : | |
| OF JOB AND FAMILY SERVICES | | MOTION TO WITHDRAW |
| | : | AS PLAINTIFF'S COUNSEL |
| Defendant | | |
| | : | |

Counsel for the Plaintiff in the above-captioned cause requests permission of this Court to withdraw as trial counsel, effective immediately.

Counsel received the attached letter from Plaintiff, dated May 21, 2004. Without addressing the specific issues raised in that letter, counsel seeks to honor Plaintiff's request and withdraw as her trial counsel.

Respectfully submitted,

_s/ Edward C. Perry_
Edward C. Perry Bar No.: 0052153
Attorney for Defendant
601 Main St., 3rd Floor
Cincinnati, OH 45202
Telephone: (513) 621-0442
Fax No. (513) 621-0444
edwcperry@AOL.com

CERTIFICATE OF SERVICE

It is hereby certified that on June 8, 2004, a copy of the foregoing Motion to Withdraw as Plaintiff's Counsel was sent certified mail to Brenda K. Hurston at 1812 Grand Avenue, Middletown, OH 45044. A copy of the return receipt is attached confirming Ms. Hurston's receipt.

s/ Edward C. Perry<br>
Edward C. Perry Bar No.: 0052153<br>
Attorney for Plaintiff