| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Brenda K Hurston_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Brenda K Hurston_   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Brenda Hurston<br>1812 Grand Ave.<br>Middletown, OH 45044 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1010 0002 3222 2829 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540