

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 JUN 14 PM 3:30

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | CASE NO. C-1-01-313 |
| Plaintiff | : | Judge Weber; Timothy Black, M.J. |
| -vs- | | |
| BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES | : | **PLAINTIFF'S MOTION TO FILE LEAVE TO AMEND WITNESS LIST.** |
| Defendants | | |

Comes now the plaintiff, Brenda Hurston motion to request leave to amend witness List.

Respectfully submitted,

*Brenda K Hurston*

Brenda K. Hurston, Plaintiff
1812 Grand Avenue
Middletown, OH 45044
(513) 420-9602

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Plaintiff's request to file leave to amend witness list was mailed by certified mail, by the 15th, day of June, 2004, to Jack C. McGowan, Attorney for the Defendant, Butler County Department of Job and Family Services, 246 High St., Hamilton, OH 45011.

*Brenda K Hurston*

Brenda K. Hurston, Plaintiff, Pro Se