

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO  04 JUN 14 PM 3:30
WESTERN DIVISION

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | CASE NO. C-1-01-313 |
| Plaintiff | : | Judge Weber; Timothy Black, M.J. |
| -vs- | | |
| BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES | : | **AMENDED WITNESS LIST OF PLAINTIFF, BRENDA HURSTON** |
| Defendants | | |
| _____ | : | |

Comes now the plaintiff, Brenda K. Hurston and respectfully submits amended witness list herein.

| NAME | ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|---|
| 1. Randy Chafins | 1778 Hudepohl Lane Cincinnati, OH 45231 | Former Supervisor/Administrator will testify at to plaintiff's work performance. |
| 2. Katherine Rump Butler | 99 Cain Ave. Hamilton, OH 45011 | Former Hamilton Mayor/will testify to meeting with Dianne Logsdon in July/1990. |
| 3. Pat Irwin R.N.,M.S.N.S | 3830 J. Woodridge Blvd. Fairfield, OH 45014 | RN., M.S.N.,C.S./will testify to plaintiff's diagnosis & prognosis. |
| 4. Peter A. Ramirez M.D. | 2114 Central Ave., #202 Middletown, OH 45044 | M.D./will testify to plaintiff's diagnosis & prognosis. |
| 5. Leonard R. Janis D.P.M. | 5131 Beacon Hill Rd. #360 Columbus, OH 43228 | D.P.M./will testify to plaintiff's diagnosis & prognosis & requested Accommodations. |
| 6. Gary Wolf | 168 Reister Dr. Hamilton, OH 45013 | Former employer of Bethart Printing Co./ will testify to |

|  |  |  | Plaintiff's contacts during the course of employment. |
|---|---|---|---|
| 7. | Terry Marischen | 1171 Georgia Lane<br>Cincinnati, OH 45214 | Employee of Saratoga/Cobb Press Printing Co./ will testify to Plaintiff's contacts during the course of employment. |
| 8. | Sadie Williams | 1309 Woodlawn Ave.<br>Middletown, OH 45044 | Former Employee of BCDJFS will testify to plaintiff's contacts during course of employment. |
| 9. | Gina Marshall | 3212 Beatrice Dr.<br>Middletown, OH 45044 | Employee of BCDJFS/will testify to plaintiff's contacts during course of employment. |
| 10. | Benny Goins | 1617 Carriage St.<br>Middletown, OH 45044 | Employee of BCDJFS/will testify to plaintiff's contact during course of employment. |
| 11. | Gigi Elieff | BCDJFS ADDRESS | Employee of BCDJFS/will testify to plaintiff's contact during course of employment. |
| 12. | Vicki Cassidy | BCDJFS ADDRESS | Hostile witness |
| 13. | Malissa Gulley Herman | BCDJFS ADDRESS | Hostile witness |
| 14. | Pamela Suldovsky | BCDJFS ADDRESS | Hostile witness |
| 15. | Mary Jane Benoy | BCDJFS ADDRESS | Hostile witness |
| 16. | Dawn Sullivan | BCDJFS ADDRESS | Hostile witness |
| 17. | Jennifer Buker | BCDJFS ADDRESS | Hostile witness |

Plaintiff reserves the right to supplement this list prior to trial. Plaintiff further reserves the right to call any witnesses called by defendant as if on cross-examination.

Respectfully submitted,

*/s/ Brenda K Hurston*
Brenda K. Hurston
1812 Grand Avenue
Middletown, OH  45011
(513) 420-9692

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Plaintiff's Amended Witness List filing was mailed by certified mail, by the 15th, day of June, 2004, to Jack C. McGowan, Attorney for the Defendant, Butler County Department of Job and Family Services, 246 High St. Hamilton, OH  45011.

*/s/ Brenda K Hurston*
Brenda K. Hurston, Plaintiff, Pro Se