UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRENDA K. HURSTON,

        Plaintiff,                            Case No. 1:01-cv-313

vs.

BUTLER COUNTY DEPARTMENT
OF JOB & FAMILY SERVICE, *et al.*,        Weber, J.
                                                      Black, M.J.

        Defendants.                            **ORDER**


Now before the Court is a motion to withdraw filed by plaintiff's counsel, Edward C. Perry, Esq. (Doc. 101). In support of his motion, Mr. Perry has attached a copy of a letter from plaintiff evidencing her intention to represent herself in the continuation of these proceedings. The motion is unopposed.

Accordingly, and for good cause shown, counsel's motion to withdraw (doc. 101) is **GRANTED**.

     **IT IS SO ORDERED.**


Date:  7/02/04                                      s/Timothy S. Black
                                                           Timothy S. Black
                                                           United States Magistrate Judge