**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

C-1-01-313
Doc. 107

Postmark Here

Sent To: Brenda K. Hurston
Street, Apt. No.; or PO Box No.: 1812 Grand Avenue
City, State, ZIP+4: Middletown OH 45044

PS Form 3800, June 2002          See Reverse for Instructions