SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brenda K. Hurston
1812 Grand Avenue
Middletown, OH 45044

C-1-01-313, Doc. 107

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Brenda K Hurston
☐ Agent
☐ Addressee

B. Received by (Printed Name): Brenda K Hurston
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 0500 0002 0889 9438

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540