
UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

X-RAY ☑
TUESDAY
U.S. MARSHALS SERVICE

CINCINNATI OH 452
PM
17 JUL

• Sender: Please print your name, address, and ZIP+4 in this box •

OF THE CLERK
DISTRICT COURT
524 U. S. Courthouse
& Walnut Streets
nnati, Ohio 45202

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brenda Hurston
1812 Grand Ave.
Middletown, Ohio
45044

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Brenda K Hurston ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Brenda K Hurston

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from* 7001 2510 0008 6348 6724

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540