# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | CASE NO. C-1-01-313 |
| Plaintiff | : | Judge Weber; Timothy S. Black, M.J. |
| -vs- | | |
| BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES | : | **PLAINTIFF'S MOTION TO FILE LEAVE TO AMEND WITNESS LIST.** |
| Defendants | | |
| _____ | : | |

Comes now the plaintiff, Brenda Hurston's motion to request leave to amend witness List.

Respectfully submitted,

*Brenda K Hurston*

Brenda K. Hurston, Plaintiff
1812 Grand Avenue
Middletown, OH  45044
(513) 420-9602

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Plaintiff's request to file leave to amend witness list was mailed by certified mail, by the 23th, day of July, 2004, to Jack C. McGowan, Attorney for the Defendant, Butler County Department of Job and Family Services, 246 High St., Hamilton, OH 45011.

*Brenda K Hurston*

Brenda K. Hurston, Plaintiff, Pro Se