# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

BRENDA K. HURSTON : CASE NO. C-1-01-313

    Plaintiff : Judge Weber; Timothy S. Black, M.J.

-vs-

BUTLER COUNTY DEPT. OF
JOB AND FAMILY SERVICES : **AMENDED WITNESS LIST OF PLAINTIFF, BRENDA HURSTON**

    Defendants

_____ :

    Comes now the plaintiff, Brenda K. Hurston and respectfully submits amended witness list herein.

| NAME | ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|---|
| 1. Randy Chafins | 1778 Hudepohl Lane<br>Cincinnati, OH 45231 | Former Supervisor/Administrator will testify at to plaintiff's work performance. |
| 2. Katherine Rump Butler | 99 Cain Ave.<br>Hamilton, OH 45011 | Former Hamilton Mayor/will testify to meeting with Dianne Logsdon in July/1990. |
| 3. Geraldine Bryant | 347 Hampshire Dr., (D)<br>Hamilton, OH 45011 | Former employee/will testify as to her knowledge of plaintiff's employment in 1990. Can verify Ms. Butler's meeting with Dianne Logsdon in July, 1990. |
| 4. Floyd Hurston | 214 Young St.<br>Middletown, OH 45044 | Ex-husband of plaintiff/will testify as to his knowledge of plaintiff's employment and health conditions over the course of her employment. |

| # | Name | Address | Description |
|---|---|---|---|
| 5. | Pat Irwin R.N.,M.S.N.S | 3830 J. Woodridge Blvd. Fairfield, OH 45014 | RN., M.S.N.,C.S./will testify to plaintiff's diagnosis & prognosis. |
| 6. | Peter A. Ramirez M.D. | 2114 Central Ave., #202 Middletown, OH 45044 | M.D./will testify to plaintiff's diagnosis & prognosis. |
| 7. | Leonard R. Janis D.P.M. | 5131 Beacon Hill Rd. #360 Columbus, OH 43228 | D.P.M./will testify to plaintiff's diagnosis & prognosis & requested accommodations. |
| 8. | Gary Wolf | 168 Reister Dr. Hamilton, OH 45013 | Former employer of Bethart Printing Co./ will testify to Plaintiff's contacts during the course of employment. |
| 9. | Terry Marischen | 1171 Georgia Lane Cincinnati, OH 45214 | Employee of Saratoga/Cobb Press Printing Co./ will testify to Plaintiff's contacts during the course of employment. |
| 10. | Sadie Williams | 1309 Woodlawn Ave. Middletown, OH 45044 | Former Employee of BCDJFS will testify to plaintiff's contacts during course of employment. |
| 11. | Gina Marshall | 3212 Beatrice Dr. Middletown, OH 45044 | Employee of BCDJFS/will testify to plaintiff's contacts during course of employment. |
| 12. | Benny Goins | 1617 Carriage St. Middletown, OH 45044 | Employee of BCDJFS/will testify to plaintiff's contact during course of employment. |
| 13. | Gigi Elieff | BCDJFS ADDRESS | Employee of BCDJFS/will testify to plaintiff's contact during course of employment. |
| 14. | Vicki Cassidy | BCDJFS ADDRESS | Hostile witness |
| 15. | Malissa Gulley Herman | BCDJFS ADDRESS | Hostile witness |
| 16. | Pamela Suldovsky | BCDJFS ADDRESS | Hostile witness |
| 17. | Mary Jane Benoy | BCDJFS ADDRESS | Hostile witness |

| | | | |
|---|---|---|---|
| 18. | Dawn Sullivan | BCDJFS ADDRESS | Hostile witness |
| 19. | Jennifer Buker | BCDJFS ADDRESS | Hostile witness |

Plaintiff reserves the right to supplement this list prior to trial. Plaintiff further reserves the right to call any witnesses called by defendant as if on cross-examination.

Respectfully submitted,

*Brenda K Hurston*

Brenda K. Hurston, Plaintiff, Pro Se
1812 Grand Avenue
Middletown, OH 45011
(513) 420-9692


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Plaintiff's Amended Witness List filing was mailed by certified mail, by the 23[th], day of July, 2004, to Jack C. McGowan, Attorney for the Defendant, Butler County Department of Job and Family Services, 246 High St. Hamilton, OH 45011.

*Brenda K Hurston*

Brenda K. Hurston, Plaintiff, Pro Se