

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2004 SEP 10  PM 4: 17

U.S. ... .....URT
SOUT....... ..... OHIO
WEST DIV CINCINNATI

BRENDA K. HURSTON           :     CASE NO. C-1-01-313

   Plaintiff                :     Judge Weber; Timothy S. Black, M.J.

-vs-

BUTLER COUNTY DEPT. OF
JOB AND FAMILY SERVICES     :     **PLAINTIFF'S MOTION TO FILE
                                  LEAVE TO AMEND WITNESS**
   Defendants               :     **LIST.**

_____ :

   Comes now the plaintiff, Brenda Hurston's motion to request leave to amend witness List.

   Respectfully submitted,

   *Brenda K Hurston*
   Brenda K. Hurston, Plaintiff
   1812 Grand Avenue
   Middletown, OH  45044
   (513) 420-9602

### CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the Plaintiff's request to file leave to amend witness list was mailed by certified mail, by the 13th, day of September, 2004, to Jack C. McGowan, Attorney for the Defendant, Butler County Department of Job and Family Services, 246 High St., Hamilton, OH 45011.

   *Brenda K Hurston*
   Brenda K. Hurston, Plaintiff, Pro Se