IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | **CASE NO. C-1-01-313** |
| Plaintiff | : | Judge Weber; Timothy S. Black, M.J. |
| -vs- | | |
| BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES | : | **AMENDED WITNESS LIST OF PLAINTIFF, BRENDA HURSTON** |
| Defendants | | |
| _____ | : | |

    Comes now the plaintiff, Brenda K. Hurston and respectfully submits amended witness list herein.

| NAME | ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|---|
| 1. Randy Chafins | 1778 Hudepohl Lane<br>Cincinnati, OH 45231 | Former Supervisor/Administrator will testify at to plaintiff's work performance. |
| 2. Katherine Rump Butler | 99 Cain Ave.<br>Hamilton, OH 45011 | Former Hamilton Mayor/will testify to meeting with Dianne Logsdon in July/1990. |
| 3. Geraldine Bryant | 347 Hampshire Dr., (D)<br>Hamilton, OH 45011 | Former employee/will testify as to her knowledge of plaintiff's employment in 1990. Can verify Ms. Butler's meeting with Dianne Logsdon in July, 1990. |
| 4. Floyd Hurston | 214 Young St.<br>Middletown, OH 45044 | Ex-husband of plaintiff/will testify as to his knowledge of plaintiff's employment and health conditions over the course of her employment. |

| | | |
|---|---|---|
| 5. Pat Irwin R.N.,M.S.N.S | 3830 J. Woodridge Blvd. Fairfield, OH 45014 | RN., M.S.N.,C.S./will testify to plaintiff's diagnosis & prognosis. |
| 6. Peter A. Ramirez M.D. | 2114 Central Ave., #202 Middletown, OH 45044 | M.D./will testify to plaintiff's diagnosis & prognosis. |
| 7. Leonard R. Janis D.P.M. | 5131 Beacon Hill Rd. #360 Columbus, OH 43228 | D.P.M./will testify to plaintiff's diagnosis & prognosis & requested Accommodations. |
| 8. Gary Wolf | 168 Reister Dr. Hamilton, OH 45013 | Former employer of Bethart Printing Co./ will testify to Plaintiff's contacts during the course of employment. |
| 9. Terry Marischen | 1171 Georgia Lane Cincinnati, OH 45214 | Employee of Saratoga/Cobb Press Printing Co./ will testify to Plaintiff's contacts during the course of employment. |
| 10. Sadie Williams | 1309 Woodlawn Ave. Middletown, OH 45044 | Former Employee of BCDJFS will testify to plaintiff's contacts during course of employment. |
| 11. Gina Marshall | 3212 Beatrice Dr. Middletown, OH 45044 | Employee of BCDJFS/will testify to plaintiff's contacts during course of employment. |
| 12. Benny Goins | 1617 Carriage St. Middletown, OH 45044 | Employee of BCDJFS/will testify to plaintiff's contact during course of employment. |
| 13. Gigi Elieff | BCDJFS ADDRESS | Employee of BCDJFS/will testify to plaintiff's contact during course of employment. |
| 14. Vicki Cassidy | BCDJFS ADDRESS | Hostile witness |
| 15. Malissa Gulley Herrman | 209 E. Wadsworth Eaton, OH 45320 | Hostile witness |
| 16. Pamela Suldovsky | BCDJFS ADDRESS | Hostile witness |
| 17. Mary Jane Benoy | BCDJFS ADDRESS | Hostile witness |

| | | | |
|---|---|---|---|
| 18. | Dawn Sullivan | BCDJFS ADDRESS | Hostile witness |
| 19. | Jennifer Buker | BCDJFS ADDRESS | Hostile witness |
| 20. | Marilyn Lacey | 2514 ½ Manchester Ave. Middletown, OH 45044 | Employee of BCDJFS/will testify to plaintiff's contact during course of employment |
| 21. | Sue Strunk | 517 Fenwick Dr. Fairfield, OH 45014 | Employee of BCDJFS/will testify to plaintiff's contact during course of employment |
| 22. | Sharon Stevens or Representative | OHIO DAS County Services Unit 30 East Broad St.-28th Flr. Columbus, OH 43215-3414 | DAS's Supervisor/or Representative will testify to the defendant's contact with the Ohio Department of Administrative Services during course of the Plaintiff's employment. |

Plaintiff reserves the right to supplement this list prior to trial. Plaintiff further reserves the right to call any witnesses called by defendant as if on cross-examination.

Respectfully submitted,

*Brenda K. Hurston*
Brenda K. Hurston
1812 Grand Avenue
Middletown, OH 45011
(513) 420-9692

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Plaintiff's Amended Witness List filing was mailed by certified mail, by the 13th, day of September, 2004, to Jack C. McGowan, Attorney for the Defendant, Butler County Department of Job and Family Services, 246 High St. Hamilton, OH 45011.

*Brenda K. Hurston*
Brenda K. Hurston, Plaintiff, Pro Se