### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | **CASE NO. C-1-01-313** |
| Plaintiff | : | Judge; Timothy S. Black M.J. |
| -vs- | | |
| BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES | : | **PLAINTIFF'S MOTION TO REQUEST THE COURT TO PROVIDE THE TRANSCRIPTS OF THE DEPOSITIONS TO BRENDA HURSTON AT NO COST.** |
| Defendants | | |

---

COMES NOW Brenda K. Hurston's motion to request copies of the original transcripts of the depositions that were taken by Jack C. McGowan on August 26, 2004, and September 10, 2004 at no cost. Mr. McGowan has a deep-pocket client and the Plaintiff lacks the funds to pay for the costs of the transcripts. It would place the defendant at a big advantage over me, because he has money and I do not to pay for the transcripts.

Enclosed is the price list of the original transcripts of the depositions that were taken on August 26, 2004 for your review. I have not received the price list for the original transcript of the deposition of Sadie Ann Williams that was taken on September 10, 2004

Enclosed also are the Subpoena Duce Tecum by Notary Public.

Thank you for your kind consideration regarding this matter.

Respectfully submitted,

*Brenda K. Hurston*

Brenda K. Hurston, Plaintiff, Pro Se
1812 Grand Ave.
Middletown, OH 45044
(513)-420-9692

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Plaintiff's MOTION TO REQUEST THE COURT TO PROVIDE TRANSCRIPTS AT NO COST was hand-delivered by the 20th, day of September, 2004, to Jack C. McGowan, Attorney for the Defendant, Butler County Department of Job and Family Services, 246 High St., Hamilton, OH 45011.

*Brenda K Hurston*
_____
Brenda K. Hurston, Plaintiff, Pro Se