# JACKSON-WHITNEY REPORTING LLC

(Formerly Janet's Reporting)

P.O. Box 1006  
Hamilton, OH 45012-1006

Phone: 513.868.1919  
Fax: 513.892.4246  
jackson-whitney@cinci.rr.com

September 9, 2004

Brenda Hurston  
1812 Grand Avenue  
Middletown, OH 45044

RE: HURSTON VS. BUTLER COUNTY

Dear Ms. Hurston:

    Enclosed please find copies of the letters I sent to your witnesses for them to follow regarding reading and signing of their transcripts.

    I wanted to follow up with you on what Exhibit No. 4 was that we couldn't find at the end of the day on August 26, 2004. It is a document requesting a price quote. It was marked during Teresa Marischen's deposition. If you find it, if you could please forward it to my office.

    I also wanted to give you the cost for the deposition transcripts if you care to order them in the future:

| | |
|---|---|
| Randy Chafin | $152.00 |
| Katherine Rumph-Butler | $112.10 |
| Gina Marshall | $135.20 |
| Benny Goins | $128.90 |
| Georgianne Elieff | $74.30 |
| Gary Wolf | $82.50 (approximation since not transcribed yet.) |
| Teresa Marischen | $113.50 (approximation since not transcribed yet) |

Sincerely,

*Brenda R Whitney*

Brenda R. Whitney

Enclosures

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | CASE NO. C-1-01-313 |
| Plaintiff | : | Judge Weber; Timothy Black, M.J. |
| -vs- | | |
| BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES | : | SUBPOENA DUCES TECUM BY NOTARY PUBLIC |
| Defendants | | |
| _____ | : | DATE: September 17, 2004 |

TO: Jackson-Whitney Reporting LLC
P.O. Box 1006
Hamilton, OH 45012-1006
PHONE: 513-868-1919
FAX: 513-892-4246

RE: HURSTON VS. BUTLER COUNTY

ATTN: Brenda R. Whitney

YOU ARE HEREBY ORDERED AND COMMANDED to deliver to the Court by October15, 2004 **all** of the original transcripts of the depositions of the following people that were deposed on August 26, 2004:

1. Randy Chafin
2. Katherine Rumph-Butler
3. Gina Shirelle Marshall
4. Benny Goins
5. Georgianne Elieff
6. Gary Wolf
7. Teresa Marischen

1

Hereof fail not under penalty of the law and statutory powers of the undersigned to punish for contempt for failure to comply with the above mandate. Given under my hand and official seal this 17th day of September, 2004.



JAMES E. SHERRON
ATTORNEY AT LAW
Notary Public, State of Ohio
My Commission Has No Expiration Date
O.R.C. Section 147.03

_____
NOTARY PUBLIC

Please supply these transcripts to:

    Office of the Clerk Court
    Potter Stewart U.S. Courthouse, Room 103
    100 East Fifth Street
    Cincinnati, OH  45202
    CASE NUMBER:    C-1-01-313

JAMES E. SHERRON
ATTORNEY AT LAW
Notary Public, State of Ohio
My Commission Has No Expiration Date
O.R.C. Section 147.03

Respectfully submitted:

_____
NOTARY PUBLIC

_____
Brenda K. Hurston, Plaintiff
1812 Grand Avenue
Middletown, OH  45044
(513) 420-9602

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

BRENDA K. HURSTON : **CASE NO. C-1-01-313**

    Plaintiff : Judge Weber; Timothy Black, M.J.

-vs-

BUTLER COUNTY DEPT. OF
JOB AND FAMILY SERVICES : **SUBPOENA DUCES TECUM
BY NOTARY PUBLIC**

    Defendants

_____ :

DATE: September 17, 2004


TO:   Jackson-Whitney Reporting LLC
       P.O. Box 1006
       Hamilton, OH 45012-1006
       PHONE:  513-868-1919
       FAX:     513-892-4246


RE:   HURSTON VS. BUTLER COUNTY

ATTN:  Pamela L. Jackson

      YOU ARE HEREBY ORDERED AND COMMANDED to deliver to the Court by October 20, 2004, the original transcripts of Sadie Ann Williams that was deposed on September 10, 2004:

1

      Hereof fail not under penalty of the law and statutory powers of the undersigned to punish for contempt for failure to comply with the above mandate. Given under my hand and official seal this 17th day of September, 2004.



JAMES E. SHERRON
ATTORNEY AT LAW
Notary Public, State of Ohio
My Commission Has No Expiration Date
O.R.C. Section 147.03

NOTARY PUBLIC

Please supply the transcript to:

      Office of the Clerk Court
      Potter Stewart U.S. Courthouse, Room 103
      100 East Fifth Street
      Cincinnati, OH 45202
      CASE NUMBER:   C-1-01-313

JAMES E. SHERRON
ATTORNEY AT LAW
Notary Public, State of Ohio
My Commission Has No Expiration Date
O.R.C. Section 147.03

Respectfully submitted:

NOTARY PUBLIC

Brenda K. Hurston, Plaintiff
1812 Grand Avenue
Middletown, OH 45044
(513) 420-9602