# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | CASE NO. C-1-01-313 |
| Plaintiff | : | Judge Weber; Timothy S. Black, M.J. |
| -vs- | | |
| | | **PLAINTIFF, BRENDA HURSTON'S REQUEST FOR PRODUCTION OF DOCUMENTS, THINGS, AND** |
| BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES | : | **BUSINESS RECORDS** |
| Defendants | | |
| _____ | : | |

Brenda K. Hurston
1812 Grand Avenue
Middletown, OH 45044
PH-513-420-9692



July 23, 2004

**VIA CERTIFIED MAIL**

Jack C. McGowan
Attorneys at Law
246 High Street
Hamilton, OH 45011

Re: Brenda K. Hurston vs. Butler County Job & Family Services

Dear Mr. McGowan:

    Enclosed please find copies of Plaintiff's Motion to File Leave to Amend Witness List and Amended Witness List that is being filed with the Court. Also, enclosed please find copy of examples 1-6 and Plaintiff, Brenda Hurston's Request for Production of Documents, Things, and Business Records. Please respond within 30 days of receipt hereof to the following requests pursuant to Rule 34, Federal Rules of Civil Procedure.

    Thank you for your attention, regarding this matter.

Sincerely,

*Brenda K Hurston*

Brenda K. Hurston

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF AN ORDER TO COMPEL PRODUCTION OF DOCUMENTS AND DISCOVERY

In support of Plaintiff's motion for an order pursuant to Federal Rule 26(c) or 37(a) compelling the defendant for production of documents and discovery states that this request is necessary and reasonable so that the Plaintiff may comply with this Court's discovery order and further, to enable the Plaintiff to adequately represent herself, Pro Se.

Previous efforts to request production of documents and to schedule a time to inventory discovery(s) have been made and have been unsuccessful, attached hereto as Exhibit "3-D (1-23)".

BRENDA K. HURSTON

*Brenda K Hurston*

Brenda K. Hurston, Plaintiff, Pro Se
1812 Grand Ave.
Middletown, OH 45044
(513) 420-9692

## CERTIFICATE OF SERVICE

    I Brenda K. Hurston, hereby certify that a true and correct copy of Plaintiff's motion for and order compelling production of documents and inventory discovery has been FAXS and by regular meter mail to Jack C. McGowan, attorney for defendant, Butler County Department of Job and Family Services, 246 High Street, Hamilton, Ohio 45011 the 1st day of October, 2004.

*Brenda K Hurston*
Brenda K. Hurston, Plaintiff

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRENDA K. HURSTON  :  CASE NO. C-1-01-313

    Plaintiff  :  Judge Timothy S. Black, M.J.

-vs-

BUTLER COUNTY DEPT. OF
JOB AND FAMILY SERVICES  :  **MOTION AND MEMORANDUM OF PLAINTIFF BRENDA HURSTON FOR AN ORDER COMPELLING DEFENDANT'S PRODUCTION OF DOCUMENTS AND INVENTORY DISCOVERY**

    Defendants

  :

Now comes Brenda K. Hurston, Plaintiff and hereby moves the Court to compel Butler County Department of Job and Family Services, Defendant pursuant to Federal Rule of Civil Procedure 26(c) or Rule 37(a) for Production of documents and the inventory of plaintiff's discovery. This motion is supported by the attached memorandum.

                                         BRENDA K. HURSTON, PLAINTIFF

                                         */s/ Brenda K. Hurston*

                                         Brenda K. Hurston, Plaintiff
                                         1812 Grand Avenue
                                         Middletown, OH 45044
                                         (513) 420-9692

Brenda K. Hurston
1812 Grand Ave.
Middletown, OH 45044

# FAX

Date: October 1, 2004

Number of pages including cover sheet: 27

To: **Karen Jones**
Office of the Clerk Court
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202
Phone:          (513) 564-7500
Fax phone:      (513) 564-7505

From: **Brenda Hurston**
1812 Grand Ave.
Middletown, OH    45044
Phone:     (513) 420-9692
Fax phone: (513) 420-9692

REMARKS: Please file the attached motion. I have put a hard copy in the mail.

Thank you for your kind consideration.