Brenda K. Hurston
1812 Grand Avenue
Middletown, OH 45044
PH-513-420-9692

October 2, 2004

**LETTER BY FAX: REVISED**

Jack C. McGowan
Attorneys at Law
246 High Street
Hamilton, OH 45011

Re: Brenda K. Hurston vs. Butler County Job & Family Services

Dear Mr. McGowan:

On Wednesday, September 15, 2004, I came to your office with my discovery and you told me that you were not able to inventory my discovery, due to having an appointment with a client and you did not the have time. You told me to come back later and we could inventory my discovery. I told you that I would come back Monday, September 20, 2004. When I called to tell you that I was on my way, the secretary told me that You, Terri Niederman, and Mike Jacob were out of the office, I believe for the whole week. I then left you a voice mail asking you to contact me so that we can make arrangements. On Tuesday, September 21, 2004, Mike Jacob called and asked me to call him to make arrangement. On September 22, 2004, Mr. Jacob told me that he would not be available on Monday, September 27, 2004; and that you might be able to do the inventory of my discovery on Monday evening, September 27, 2004. I told Mr. Jacob to ask you to call me. I received no call from you or any representative of your office from September 22, 2004 to September 30, 2004.

Therefore, Thursday, September 30, 2004, 10:20 a.m., I called your office and the secretary that answered the telephone told me that You, Terri Niederman, and Mike Jacob are all out of the office again. You would not be back until Monday, October 4, 2004. I then left you a voice-mail message. Because of your non-corporation, Mr. Timothy S. Black's court order deadline is delayed by at least 15 days, which also put me in a bad light.

1

Enclosed is the letter to verify the message I left on your voice mail on September 30, 2004. The message is as follow:

I don't know what to do; I'm up against a discovery deadline, which was September 15, 2004. At that time, I understood that you had to see your client, and we had agreed to reschedule the meeting another day. I did tell you that I would be at your office the following Monday. You did not say that you would not be available on Monday, September 18, 2004. Since September 22, 2004, I have not been able to reach you or any member of your staff to submit my discovery.

Please respond at your earliest convenience. Your non-cooperation leaves me no other choice but to file motion to compel with the court. Also, I will let the Court know that you have not complied with my request for Production of Documents of July 23, and 30, 2004, pursuant to Rule 34, Federal Rules of Civil Procedure.

Thank you, in advance, for your attention, regarding this matter.

Sincerely,

*Brenda K Hurston*

Brenda K. Hurston

Brenda K. Hurston
1812 Grand Ave.
Middletown, OH 45044

# FAX

Date: October 2, 2004

Number of pages including cover sheet: 3

To:    Karen Jones
       Office of the Clerk Court
       Potter Stewart U.S. Courthouse
       100 East Fifth Street
       Cincinnati, OH 45202
       Phone:       (513) 564-7500
       Fax phone:   (513) 564-7505

From:  Brenda Hurston

       1812 Grand Ave.
       Middletown, OH    45044
       Phone:   (513) 420-9692
       Fax phone: (513) 420-9692

**REMARKS CONTINUED:**

Attached October 2, 2004 letter, that is a revision of October 1, 2004 letter due to discrepancy in days. Please attach this letter to my October 1, 2004 motion.

Thank you for your attention regarding this matter.

5