**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO** OCT -5 PH 1:55
**WESTERN DIVISION**

BRENDA K. HURSTON                    :        **CASE NO. C-1-01-313**

    Plaintiff                              :        Judge Timothy S. Black, M.J.

-vs-

BUTLER COUNTY DEPT. OF
JOB AND FAMILY SERVICES         :        **MOTION AND MEMORANDUM**
                                                        **OF PLAINTIFF BRENDA**
                                                        **HURSTON FOR AN ORDER**
    Defendants                            **COMPELLING DEFENDANT'S**
                                                        **PRODUCTION OF DOCUMENTS**
                                          :              **AND INVENTORY DISCOVERY**


      Now comes Brenda K. Hurston, Plaintiff and hereby moves the Court to compel

Butler County Department of Job and Family Services, Defendant pursuant to Federal

Rule of Civil Procedure 26(c) or Rule 37(a) for Production of documents and the

inventory of plaintiff's discovery. This motion is supported by the attached

memorandum.

                        BRENDA K. HURSTON, PLAINTIFF

                        *Brenda K. Hurston*

                        Brenda K. Hurston, Plaintiff
                        1812 Grand Avenue
                        Middletown, OH 45044
                        (513) 420-9692

## CERTIFICATE OF SERVICE

I Brenda K. Hurston, hereby certify that a true and correct copy of Plaintiff's motion for and order compelling production of documents and inventory discovery has been FAXS and by regular meter mail to Jack C. McGowan, attorney for defendant, Butler County Department of Job and Family Services, 246 High Street, Hamilton, Ohio 45011 the 1st day of October, 2004.

*Brenda K Hurston*

Brenda K. Hurston, Plaintiff

## PLAINTIFF'S MEMORANDUM  IN SUPPORT OF AN ORDER TO COMPEL PRODUCTION OF DOCUMENTS AND DISCOVERY

In support of Plaintiff's motion for an order pursuant to Federal Rule 26(c) or 37(a) compelling the defendant for production of documents and discovery states that this request is necessary and reasonable so that the Plaintiff may comply with this Court's discovery order and further, to enable the Plaintiff to adequately represent herself, Pro Se.

Previous efforts to request production of documents and to schedule a time to inventory discovery(s) have been made and have been unsuccessful, attached hereto as Exhibit "3-D (1-23)".

BRENDA K. HURSTON

*Brenda K Hurston*

Brenda K. Hurston, Plaintiff, Pro Se
1812 Grand Ave.
Middletown, OH 45044
(513) 420-9692

Brenda K. Hurston
1812 Grand Avenue
Middletown, OH 45044
PH-513-420-9692



PLAINTIFF'S EXHIBIT
D-3

July 23, 2004

**VIA CERTIFIED MAIL**

Jack C. McGowan
Attorneys at Law
246 High Street
Hamilton, OH 45011

Re: Brenda K. Hurston vs. Butler County Job & Family Services

Dear Mr. McGowan:

 Enclosed please find copies of Plaintiff's Motion to File Leave to Amend Witness List and Amended Witness List that is being filed with the Court. Also, enclosed please find copy of examples 1-6 and Plaintiff, Brenda Hurston's Request for Production of Documents, Things, and Business Records. Please respond within 30 days of receipt hereof to the following requests pursuant to Rule 34, Federal Rules of Civil Procedure.

 Thank you for your attention, regarding this matter.

<div style="margin-left:40%">
Sincerely,

*Brenda K Hurston*

Brenda K. Hurston
</div>

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

BRENDA K. HURSTON                    :        **CASE NO. C-1-01-313**

      Plaintiff                         :        Judge Weber; Timothy S. Black, M.J.

-vs-

                                             **PLAINTIFF, BRENDA HURSTON'S**
                                             **REQUEST FOR PRODUCTION OF**
                                             **DOCUMENTS, THINGS, AND**
BUTLER COUNTY DEPT. OF                        **BUSINESS RECORDS**
JOB AND FAMILY SERVICES              :

      Defendants

_____ :

        Plaintiff, Brenda K. Hurston requests defendant, Butler County Department of Job

and Family Services, to respond within 30 days of receipt hereof to the following requests

pursuant to Rule 34, Federal Rules of Civil Procedure:

        That defendant produces copy of each of the following documents:

1.   **Dr. Randolph's May 5, 1998 report**.

2.   **Personnel Action Forms from 6-6-88 to 12-30-01.** See example #1, dated 3-15-93.

3.   **Personnel File Checklist from 6-6-88 to 12-30-01.**  See example #2, dated 8-3-88.

4.   **Personnel Documents that reflects the plaintiff paycheck from 6-6-88 to 12-30-01**. See example #3, dated 6-9-00.

5.   **Personnel Interview Checklist from 2-88 to 12-88.** See example # 4, dated 6-2-88.

6.   **Plaintiff's request to personnel for an interview for the Machine Operator 2 job position.** See example #5, dated 4-6-88.

7. **Personnel/Betty Proctor's notification to plaintiff indicating that she received the Machine Operator 2 job position.** See example # 6, dated 6-3-88.

Thank you for your attention, regarding this matter.

Sincerely yours,

*Brenda K Hurston*

Brenda K. Hurston, Plaintiff, Pro Se
1812 Grand Avenue
Middletown, OH  45044
1-513-420-9692

## CERTIFICATE OF SERVICE

I hereby certify that a copy of PLAINTIFF, BRENDA HURSTON'S REQUEST FOR PRODUCTION OF DOCUMENTS, THINGS, AND BUSINESS RECORDS has been sent by certified mail to Jack C. McGowan, Attorney for Defendants, Butler County Department of Job and Family Services, 246 High Street, Hamilton, OH 45011 by the 23rd, day of July, 2004.

Respectfully submitted,

*Brenda K. Hurston*

Brenda K. Hurston, Plaintiff, Pro Se
1812 Grand Avenue
Middletown, OH  45044
(513) 420-9602

3

Example #1.

## PERSONNEL ACTION
### STATE OF OHIO

Hamilton County Dept. of Human Services

No. 3306391

| NAME | | | | SEX | DATE OF BIRTH | | | NO OF YEARS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| FROM | Hurston, Brenda K. | | | F | 8 | 5 | 59 | 12 | | |
| | (LAST) | (FIRST) | (MI) | | | | | | | |
| TO | | | | | | | | | | |

| ADDRESS | | | | | | |
|---|---|---|---|---|---|---|
| FROM | | | | | | |
| | (STREET) | | (CITY) | | (STATE) | (ZIP) (RT) (POINT) |
| TO | | | | | | |

| | EFFECTIVE DATE | | PAYROLL NUMBER FROM | POSITION NUMBER 11001.0 | BARG UNIT | FLAG | SOCIAL SECURITY NUMBER 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 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MO 3 | DAY 15 | YR 93 | TO | | | | | | | |

| | CLASS TITLE | CLASS NO | RANGE | STEP | RATE | STAT | FUND | SPDC | SAC | ADJC |
|---|---|---|---|---|---|---|---|---|---|---|
| FROM | Off Mach Opr 2 | 12422 | 04 | 5 | 8.83 | C | | | | |
| TO | | | | | | | | | | |

| APPOINTMENT | CHANGE | SEPARATION | INTERRUPTION |
|---|---|---|---|
| [ ] 0 EMERGENCY ENDS ____ | [ ] 1 PROMOTION | [ ] 1 RESIGNED REASON | [ ] 1 MILITARY LEAVE |
| [ ] 1 FULL TIME PERMANENT | [ ] 2 DEMOTION | | [ ] 2 PERSONAL LEAVE ENDS ____ |
| [ ] 2 FULL TIME TEMPORARY ENDS ____ | [ ] 3 LATERAL CLASS | | [ ] 3 SUSPENSION ENDS ____ |
| [ ] 3 FULL TIME SEASONAL ENDS ____ | [ ] 4 TRANSFER WITHIN AGENCY | [ ] 2 RETIRED | [ ] 4 DISABILITY LEAVE |
| [ ] 4 PART TIME PERMANENT | [ ] 5 TRANSFER BETWEEN AGENCIES | [ ] 3 DISABILITY RETIREMENT | [ ] 5 SEASONAL END. ____ |
| [ ] 5 PART TIME TEMPORARY ENDS ____ | [ ] 6 CIVIL SERVICE STATUS | [ ] 4 DECEASED | [ ] 7 EDUCATIONAL LEAVE ENDS ____ |
| [ ] 6 PART TIME SEASONAL ENDS ____ | [ ] 7 NAME | [ ] 5 REMOVED | [ ] 9 WORKERS COMP BENEFITS |
| [ ] 7 INTERMITTENT | [ ] 8 APPOINTMENT CHANGE | [ ] 6 PROBATIONARY | [ ] 11 UNION LEAVE |
| [ ] 8 FIXED TERM-SALARIED ENDS ____ | TO ____ | [ ] 7 LAID OFF | [ ] 12 END A17 ____ |
| [ ] 9 FIXED TERM-PER DIEM | [ ] 9 DISPLACEMENT | [ ] 8 UNCLASSIFIED | [ ] 13 END A18 ____ |
| [ ] 10 APPOINTMENT DATE CORRECTED | [ ] 10 RATE | [ ] 9 OTHER (SEE REMARKS) | REINSTATEMENT |
| [ ] 11 FULL TIME INTERIM INTERNAL | [ ] 11 REASSIGNMENT | [ ] 10 CANCEL APPOINTMENT | [ ] 1 FROM SEPARATION |
| [ ] 12 FULL TIME INTERIM EXTERNAL | [ ] 12 POSITION CHANGED | [ ] 12 DISABILITY SEPARATION | X 2 FROM INTERRUPTION |
| [ ] 13 PART TIME INTERIM INTERNAL | [ ] 19 TEMPORARY WORK LEVEL | [ ] 13 INTERIM SEPARATION | [ ] 3 BY PERSONNEL BD OF REVIEW |
| [ ] 14 PART TIME INTERIM EXTERNAL | ENDS ____ | | [ ] 4 BY COURT ORDER |
| [ ] 15 UNIT 10 INTERIM | CLASS ____ RATE ____ | | [ ] 5 SEPARATION RESCINDED |
| [ ] 16 UNIT 11, 12 INTERIM | [ ] 20 REASSIGNED BY APPEAL DECISION | | [ ] 7 BY GRIEVANCE |
| [ ] 17 ESTABLISHED TERM REGULAR | [ ] 22 CANCEL INTERIM | | [ ] 8 BY ARBITRATION AWARD |
| [ ] 18 ESTABLISHED TERM IRREGULAR | [ ] 23 SERVICE CHANGE | | |
| | [ ] 25 CORRECTION OF | | |
| | ____ | | |
| | TO ____ | | |

| PRIOR SERVICE | DATE OF LAST PROMOTION | CERTIFICATION NO | DATE OF CONTINUOUS SERVICE 6/6/88 | BUDGETED HOURS |
|---|---|---|---|---|

REMARKS (INCLUDE ANY PAY SUPPLEMENTS TO BE PAID)

Return from medical leave.

| APPROVAL OF APPOINTING AUTHORITY | | PERSONNEL DIVISION | |
|---|---|---|---|
| _(signature)_ | 3/15/93 | [ ] APPROVED | CERTIFICATION |
| (SIGNATURE) | (DATE) | [ ] DISAPPROVED | |
| | | [ ] NOTED | |

SIGNATURE OF RELEASING AUTHORITY          DATE

4

EXAMPLE #2

## PERSONNEL FILE CHECKLIST

1. _____/_____ Personnel Actions (stapled to inside front cover)

2. _____/_____ Position Description

3. _____/_____ Acknowledgement Receipt of Position Description

4. _____/_____ Application

5. _____/_____ School Credits and Certificates

6. _____ Written Reprimands

7. _____ Accident Reports; Workmen's Comp.

8. _____ Garnishments

9. _____/_____ Miscellaneous:  letters regarding promotions or non-acceptance;
change of address; W-2s; blank Personnel Action
form with current PD #

10. _____ Overtime Requests (stapled by year)

11. _____ Sick Leave and Vacation Sheets (stapled by year)

12. _____/_____ Evaluations (stapled to inside back cover)



**CAMERA CARD**

**EMPLOYEE**
Identification Card
Butler County Human Services

*Brenda K King*
Signature
BRENDA K KING          8-3-83

5

BUTLER COUNTY DEPARTMENT OF HUMAN SERVICES    *Example # 3.*

6-9-00
_____
Pay Day Date

TO:    *Brenda Hurston*

FROM:    Personnel

_____
_____

Your paycheck reflects the following:

_____  Step increase

✓  Longevity

_____  Overtime

_____  Raise

_____  Promotion

_____  Other _____
- - - - - - - - - - - - - - - - - -

Leave Without Pay For

_____  Not enough or no sick time

_____  Not enough or no vacation time

_____  Late time

_____  Other _____
- - - - - - - - - - - - - - - - -

Your current hourly rate of pay is   11.43

6

## PERSONNEL INTERVIEW CHECKLIST    Example # 4

☐ Pay Scale of Position

    ☐ Pay Periods            step 1     6.65

    ☐ Pay Dates            step 2     6.88

    ☐ Probation Periods

         180days   step 5     9.62

☐ Position Description

☐ Work Hours

☐ Vacation/Sick Time/Leave Without Pay

☐ Prior Service

    ☐ Accumulated, Unused Sick Leave

    ☐ Longevity Pay

    ☐ Vacation Credit

☐ Travelers Insurance   none

    ☐ Benefit Plan

    ☐ Reporting of Changes

☐ Credit Union

☐ Residency

☐ ID

☐ Handbook

☐ Confidentiality

I acknowledge that the above policies and benefits have been explained to my satisfaction during an interview on    6/2/88   .

*Brenda K King*
**Employee's Signature**

*6-3-88*
**Date**

16     *Betty Proctor*
**Personnel Officer's Signature**     7

EXAMPLE #5

# Butler County Department of Human Services

### DEPARTMENTAL CORRESPONDENCE                          BCDHS–211

DATE ___4/6/88___

SUBJECT _____

TO _____Personnel/Betty Proctor_____    FROM ___Brenda King___

Your announcement of a opening for the position of
"12332-Data Entry Operator 2" was posted on the board
at the Middletown's Butler Co. Dept. of Human Services.
Data Entry is an area of interest to me, and I would
like to apply for the position.

May I come for an interview at a time that is con-
venient for you?

EXAMPLE #6

# Butler County Department of Human Services

### DEPARTMENTAL CORRESPONDENCE                          BCDHS–211

DATE ___6/3/88___

SUBJECT _____

TO ___Brenda King___                      FROM ___Personnel/Betty Proctor___

This is an intermittent Data Entry Opr 2 position.  In an intermittent
appointment the only benefit that you are eligible for is sick time
which is based on the number of hours that you work each week.  (You
are not eligible for any vacation and/or holidays with pay, or any health
insurance coverage)  You will have an irregular work schedule and you
cannot work more than 1,000 hrs. per year.  Your supervisor is Charlene
McIntyre and you will be on probation for 180 days.  your rate of pay is
$6.65 per hour and you will receive your first paycheck on 6/24/88, for
the week of 6/6 & 6/13/88.

Brenda K. Hurston
1812 Grand Avenue
Middletown, OH  45044
PH-513-420-9692


July 30, 2004


**VIA CERTIFIED MAIL**


Jack C. McGowan
Attorneys at Law
246 High Street
Hamilton, OH  45011


RE:    Brenda K. Hurston vs. Butler County Job & Family Services

Dear Mr. McGowan:

Enclosed please find copy of, Plaintiff, Brenda Hurston's Request for Production of Documents, Things, and Business Records. Please respond within 30 days of receipt hereof to the following requests pursuant to Rule 34, Federal Rules of Civil Procedure.

Thank you for your attention, regarding this matter.

Sincerely,

*Brenda K Hurston*

Brenda K. Hurston, Plaintiff, Pro Se

9

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| BRENDA K. HURSTON | : | **CASE NO. C-1-01-313** |
| Plaintiff | : | Judge Weber; Timothy S. Black, M.J. |
| -vs- | | **PLAINTIFF, BRENDA HURSTON'S REQUEST FOR PRODUCTION OF DOCUMENTS, THINGS, AND BUSINESS RECORDS** |
| BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES | : | |
| Defendants | | |
| _____ | : | |

On July, 30th, 2004, Plaintiff, Brenda K. Hurston requests defendant, Butler County Department of Job and Family Services, to respond within 30 days of receipt hereof to the following requests pursuant to Rule 34, Federal Rules of Civil Procedure:

That defendant produces copy of each of the following documents:

1. Union's Contract Agreements between Butler County Department of Human Services and American Federation of State, County, and Municipal Employees, Ohio Council 8, Local 3062, AFL-CIO, from November 30, 1987 through 2001.

2. Copy of Dianne Logsdon's Guest Ledger/ Visitor's Registration Log from 6-19-90 to 7-10-90.

Thank you for your attention, regarding this matter.

Sincerely yours,

*Brenda K Hurston*

_____
Brenda K. Hurston, Plaintiff, Pro Se

1812 Grand Avenue
Middletown, OH  45044
1-513-420-9692

## CERTIFICATE OF SERVICE

I hereby certify that a copy of PLAINTIFF, BRENDA HURSTON'S REQUEST FOR PRODUCTION OF DOCUMENTS, THINGS, AND BUSINESS RECORDS has been sent by certified mail to Jack C. McGowan, Attorney for Defendants, Butler County Department of Job and Family Services, 246 High Street, Hamilton, OH 45011 by the 30th , day of July, 2004.

Respectfully submitted,

*Brenda K Hurston*

Brenda K. Hurston, Plaintiff, Pro Se
1812 Grand Avenue
Middletown, OH  45044
(513) 420-9602

Brenda K. Hurston
1812 Grand Avenue
Middletown, OH  45044
PH-513-420-9692

September 4, 2004

**VIA CERTIFIED MAIL**

Jack C. McGowan
Attorneys at Law
246 High Street
Hamilton, OH  45011

RE:    Brenda K. Hurston vs. Butler County Job & Family Services

Dear Mr. McGowan:

Enclosed please find copy of, Plaintiff, Brenda Hurston's (two) Second Requests for

Production of Documents, Things, and Business Records.  It is my hope to receive this

information requested within 10 days without Court intervention.

Thank you, in advance, for your attention, regarding this matter.

Sincerely,

*Brenda K Hurston*

Brenda K. Hurston, Plaintiff, Pro Se

12

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

BRENDA K. HURSTON                    :        **CASE NO. C-1-01-313**

    Plaintiff                            :        Judge Weber; Timothy S. Black, M.J.

-vs-

                                          **PLAINTIFF, BRENDA HURSTON'S**
                                          **SECOND REQUEST FOR PRODUC-**
                                          **TION OF DOCUMENTS, THINGS,**
BUTLER COUNTY DEPT. OF                   **AND BUSINESS RECORDS**
JOB AND FAMILY SERVICES              :

    Defendants

_____        :

On July 30th, 2004, Plaintiff, Brenda K. Hurston requests defendant, Butler

County Department of Job and Family Services, to respond within 30 days of receipt hereof to

the following requests pursuant to Rule 34, Federal Rules of Civil Procedure:

        That defendant produces copy of each of the following documents:

1.    Union's Contract Agreements between Butler County Department of Human Services
    and American Federation of State, County, and Municipal Employees, Ohio Council
    8, Local 3062, AFL-CIO, from November 30, 1987 through 2001.

2.    Copy of Dianne Logsdon's Guest Ledger/ Visitor's Registration Log from 6-19-90 to
    7-10-90.

        As of Saturday, September 4, 2004, the defendant failed to respond within 30 days of

first request. It is my hope to receive this information requested within 10 days without Court

intervention.

13

Thank you, in advance for your attention, regarding this matter.

Sincerely yours,

*Brenda K. Hurston*

_____

Brenda K. Hurston, Plaintiff, Pro Se
1812 Grand Avenue
Middletown, OH  45044
1-513-420-9692

## CERTIFICATE OF SERVICE

I hereby certify that a copy of PLAINTIFF, BRENDA HURSTON'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS, THINGS, AND BUSINESS RECORDS has been sent by certified mail to Jack C. McGowan, Attorney for Defendants, Butler County Department of Job and Family Services, 246 High Street, Hamilton, OH  45011 on the 4th, day of September, 2004.

Respectfully submitted,

*Brenda K. Hurston*

_____

Brenda K. Hurston, Plaintiff, Pro Se
1812 Grand Avenue
Middletown, OH  45044
(513) 420-9602

14

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


BRENDA K. HURSTON          :          **CASE NO. C-1-01-313**

    Plaintiff          :          Judge Weber; Timothy S. Black, M.J.

-vs-

                                           **PLAINTIFF, BRENDA HURSTON'S
SECOND REQUEST FOR PRODUC-
TION OF DOCUMENTS, THINGS,
AND BUSINESS RECORDS**

BUTLER COUNTY DEPT. OF
JOB AND FAMILY SERVICES          :

    Defendants

_____ :


          Plaintiff, Brenda K. Hurston respectfully requests for the second time the

defendant, Butler County Department of Job and Family Services, to respond to the

following requests.  It is my hope to receive this information requested within 10 days

without Court intervention. The first request was made on or approximately July 23,

2004. The defendant failed to respond within 30 days pursuant to Rule 34, Federal

Rules of Civil Procedure after receipt of first request on July 25, 2004.

       The second request is that the defendant produces copy of each of the following
documents:

1.    **Dr. Randolph's May 5, 1998 report.**

2.    **Personnel Action Forms from 6-6-88 to 12-30-01**. See example #1, dated 3-15-93.

3.    **Personnel File Checklist from 6-6-88 to 12-30-01.**  See example #2, dated 8-3-88.

4.   **Personnel Documents that reflects the plaintiff paycheck from 6-6-88 to 12-30-01.** See example #3, dated 6-9-00.

Thank you, in advance, for your cooperation, with this matter.

Sincerely yours,

*Brenda K. Hurston*

_____

Brenda K. Hurston, Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that a copy of PLAINTIFF, BRENDA HURSTON'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS, THINGS, AND BUSINESS RECORDS has been sent by certified mail to Jack C. McGowan, Attorney for Defendants, Butler County Department of Job and Family Services, 246 High Street, Hamilton, OH 45011 by the 4th, day of September, 2004.

Respectfully submitted,

*Brenda K. Hurston*

_____

Brenda K. Hurston, Plaintiff
1812 Grand Avenue
Middletown, OH 45044
(513) 420-9692

AUG 2 2004

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

BRENDA K. HURSTON                    :          **CASE NO. C-1-01-313**

      Plaintiff                    :          Judge Weber; Timothy S. Black, M.J.

-vs-                                                      **RESPONSES TO**
                                        **PLAINTIFF, BRENDA HURSTON'S**
                                        **REQUEST FOR PRODUCTION OF**
                                        **DOCUMENTS, THINGS, AND**
BUTLER COUNTY DEPT. OF                     **BUSINESS RECORDS**
JOB AND FAMILY SERVICES          :

      Defendants

_____          :

On July, 30th, 2004, Plaintiff, Brenda K. Hurston requests defendant, Butler

County Department of Job and Family Services, to respond within 30 days of receipt hereof to

the following requests pursuant to Rule 34, Federal Rules of Civil Procedure:

      That defendant produces copy of each of the following documents:

1.    Union's Contract Agreements between Butler County Department of Human Services
      and American Federation of State, County, and Municipal Employees, Ohio Council
      8, Local 3062, AFL-CIO, from November 30, 1987 through 2001.
      Please see attached.

2.    Copy of Dianne Logsdon's Guest Ledger/ Visitor's Registration Log from 6-19-90 to
      7-10-90.
      Defendant has searched and has been unable to find this document.
      It is believed the document was not retained and for that reason
Thank you for your attention, regarding this matter.          cannot be produced.

      Sincerely yours,

      *Brenda K. Hurston*

      _____
      Brenda K. Hurston, Plaintiff, Pro Se

17

1812 Grand Avenue
Middletown, OH 45044
1-513-420-9692

## CERTIFICATE OF SERVICE

I hereby certify that a copy of PLAINTIFF, BRENDA HURSTON'S REQUEST
FOR PRODUCTION OF DOCUMENTS, THINGS, AND BUSINESS RECORDS
has been sent by certified mail to Jack C. McGowan, Attorney for Defendants, Butler
County Department of Job and Family Services, 246 High Street, Hamilton, OH
45011 by the 30th , day of July, 2004.

Respectfully submitted,

*Brenda K Hurston*

Brenda K. Hurston, Plaintiff, Pro Se
1812 Grand Avenue
Middletown, OH 45044
(513) 420-9602

McGOWAN & JACOBS, LLC

Jack C. McGowan        (0005619)
Attorney for Defendants
 Butler County Department of Job
 and Family Services
246 High Street
Hamilton, Ohio 45011
(513) 844-2000


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the within has been hand delivered
to Brenda K. Hurston, 1812 Grand Avenue, Middletown, Ohio 45044 this
_1st_ day of September, 2004

Jack C. McGowan

Brenda K. Hurston
1812 Grand Ave.
Middletown, OH  45044

# FAX

Date:    October 1, 2004

Number of pages including cover sheet:    7

To:    Jack C. McGowan & Associates
       Attorneys and Counselors at Law
       246 High Street
       Hamilton, OH  45011
       Phone:          (513) 844-2000
       Fax phone:      (513) 868-1190

From:    Brenda Hurston

         1812 Grand Ave.
         Middletown, OH      45044
         Phone:      (513) 420-9692
         Fax phone: (513) 420-9692

REMARKS:  Urgent___    For your review___    Reply ASAP ✓    Please comment___

Will you please send me a correct and true copy of the Union's Contract Agreements between Butler County Department of Human Services and American Federation of State, County, and Municipal Employees, Ohio Council 8 Local 3062, AFL-CIO, 1987 through 2001? 1987 contract I did not received. 1990 contract had the odd pages missing from the contract. Some of the Classified Series are also missing.

3

Will you please send me a true and correct copy of Dr. Randolph's May 5, 1998 report.

Will you please send me the true and correct copies of Personnel Action forms from 6-6-88 to 12-20-01, Personnel File Checklist from 6-6-88 to 12-20-01, Personnel Documents that reflects the plaintiff's paycheck from 6-6-88 to 12-20-01, Personnel Interview Checklist from 2-88 to 12-88, and Plaintiff's request to personnel for an interview for the Machine Operator 2 job position. Please see the examples that I submitted to you on July 23 and 30, 2004.

**REMARKS CONTINUED:**

Attached October 1, 2004 letter, and Motion to compel defendant's production of documents and inventory of plaintiff discovery.

Thank you for your attention regarding this matter.

Brenda K. Hurston
1812 Grand Avenue
Middletown, OH  45044
PH-513-420-9692

October 1, 2004

**LETTER BY FAX:**

Jack C. McGowan
Attorneys at Law
246 High Street
Hamilton, OH  45011

Re: Brenda K. Hurston vs. Butler County Job & Family Services

Dear Mr. McGowan:

On Friday, September 15, 2004, I came to your office with my discovery and you told me that you were not able to inventory my discovery, due to having an appointment with a client and you did not the have time. You told me to come back later and we could inventory my discovery. I told you that I would come back Monday, September 18, 2004. When I called to tell you that I was on my way, the secretary told me that You, Terri Niederman, and Mike Jacob were out of the office, I believe for the whole week. I then left you a voice mail asking you to contact me so that we can make arrangements. On Wednesday, September 20, 2004. Mike Jacob called and asked me to call him to make arrangement. On September 22, 2004, Mr. Jacob told me that he would not be available on Monday, September 25, 2004; and that you might be able to do the inventory of my discovery on Monday evening, September 25, 2004. I told Mr. Jacob to ask you to call me. I received no call from you or any representative of your office from September 22, 2004 to September 30, 2004.

Therefore, Thursday, September 30, 2004, 10:20 a.m., I called your office and the secretary that answered the telephone told me that You, Terri Niederman, and Mike Jacob are all out of the office again. You would not be back until Monday, October 4, 2004. I then left you a voice-mail message. Because of your non-corporation, Mr. Timothy S. Black's court order deadline is delayed by at least 15 days, which also put me in a bad light.

1

Enclosed is the letter to verify the message I left on your voice mail on September 30. 2004. The message is as follow:

I don't know what to do; I'm up against a discovery deadline, which was September 15, 2004. At that time, I understood that you had to see your client, and we had agreed to reschedule the meeting another day. I did tell you that I would be at your office the following Monday. You did not say that you would not be available on Monday, September 18, 2004. Since September 22, 2004, I have not been able to reach you or any member of your staff to submit my discovery.

Please respond at your earliest convenience. Your non-cooperation leaves me no other choice but to file motion to compel with the court. Also, I will let the Court know that you have not complied with my request for Production of Documents of July 23, and 30, 2004, pursuant to Rule 34, Federal Rules of Civil Procedure.

Thank you, in advance, for your attention, regarding this matter.

Sincerely,

*Brenda K Hurston*

Brenda K. Hurston