IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRENDA K. HURSTON : **CASE NO. C-1-01 313**

    Plaintiff : (Judge Weber)

-vs- :

BUTLER COUNTY DEPT. OF : **AFFIDAVIT OF MARGIE LAUT,**
JOB AND FAMILY SERVICES,   **HUMAN RESOURCES DIRECTOR,**
et al : **BUTLER COUNTY DEPARTMENT**
  **OF JOB AND FAMILY SERVICES**

    Defendants :

::: ::: ::: :::

STATE OF OHIO    )
                    )SS:
COUNTY OF BUTLER  )

    Now comes, Margie Laut, an individual over the age of eighteen and having personal knowledge of the facts contained herein, after being first duly sworn, states that the following is true and accurate to the best of her knowledge and belief:

    1. I am Human Resources Director for the Butler County Department of Job and Family Services.

    2. I have directed the search for documents relative to Brenda Hurston's employment at the Department of Job and Family Services.

    3. All documents in her personnel file have been turned over to counsel for the Department of Job and Family Services.

    4. A diligent search of records in other locations and within the department has occurred for additional records

requested by Brenda Hurston.

5. No additional documents have been found other than those already turned over to counsel.

FURTHER AFFIANT SAYETH NAUGHT.

_____
MARGIE LAUT

Sworn to and subscribed before me, a Notary Public, this 22 day of October, 2004.

_____
NOTARY PUBLIC  My Commission Does Not Expire per R.C. 147.03