IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | **CASE NO. C-1-01 313** |
| Plaintiff | : | (Judge Weber) |
| -vs- | : | |
| BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES, et al | : | **NOTICE TO TAKE DEPOSITION OF SUE STRUNK** |
| Defendants | : | |

::: ::: ::: :::

Now comes the defendant, by and through counsel, and hereby gives notice that the deposition of Sue Strunk will be taken in the above matter on Wednesday, December 1, 2004 beginning at 9:30 a.m. at the offices of McGowan & Jacobs, 246 High Street, Hamilton, Ohio 45011 and will continue from day to day until completed. Defendants will provide a court reporter.

McGOWAN & JACOBS, LLC

s/Jack C. McGowan
Jack C. McGowan     (0005619)
Attorney for Defendants
 Butler County Department of Job
 and Family Services
246 High Street
Hamilton, Ohio 45011
(513) 844-2000/(513)868-1190 (FAX)
Email: jcm@jcmcgowan.com

## CERTIFICATE OF SERVICE

    I hereby certify that on November 16, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jack C. McGowan, 246 High Street, Hamilton, OH 45011, and I hereby certify that I have mailed the document by U.S. Postal Service via certified mail to the following non CM/ECF participant: Brenda K. Hurston, 1812 Grand Avenue, Middletown, Ohio 45044.

                                              s/Jack C. McGowan
                                              Jack C. McGowan