IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRENDA K. HURSTON            :    CASE NO. C-1-01 313

    Plaintiff            :    (Judge Weber)

-vs-                         :

BUTLER COUNTY DEPT. OF       :    **NOTICE TO TAKE DEPOSITION**
JOB AND FAMILY SERVICES, et al    **OF GERALDINE BRYANT**
                             :

    Defendants

::: ::: ::: :::

Now comes the defendant, by and through counsel, and hereby gives notice that the deposition of Geraldine Bryant will be taken in the above matter on Wednesday, December 1, 2004 beginning at 11:00 a.m. at the offices of McGowan & Jacobs, 246 High Street, Hamilton, Ohio 45011 and will continue from day to day until completed.  Defendants will provide a court reporter.

                      McGOWAN & JACOBS, LLC

                      s/Jack C. McGowan
                      Jack C. McGowan    (0005619)
                      Attorney for Defendants
                       Butler County Department of Job
                       and Family Services
                      246 High Street
                      Hamilton, Ohio 45011
                      (513) 844-2000/(513)868-1190 (FAX)
                      Email: jcm@jcmcgowan.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jack C. McGowan, 246 High Street, Hamilton, OH 45011, and I hereby certify that I have mailed the document by U.S. Postal Service via certified mail to the following non CM/ECF participant: Brenda K. Hurston, 1812 Grand Avenue, Middletown, Ohio 45044.

s/Jack C. McGowan
Jack C. McGowan