# PETER A. RAMIREZ, M.D.

3351 Dayton-Xenia Road, Ste. D
Beavercreek, OH 45432
Telephone: (937) 320-9908

**RECEIVED**

NOV 3 0 2004

**JAMES BONINI, Clerk**
CINCINNATI, OHIO

November 29, 2004

Clerk of Courts
Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, OH 45202

Re: Case # C-1-01-313 (*Brenda Hurston V. Butler County Dept. of Job & Family Services*)

Dear Sir/Madam:

I request that the subpoena I received to testify in this case be quashed. I have included a copy of the subpoena with this letter. Thank you.

Sincerely,

*[signature]*

Peter A. Ramirez, M.D.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

DISTRICT OF  WESTERN DIVISION

BRENDA K. HURSTON

V.

BUTLER COUNTY DEPT. OF JOB & FAMILY SERVICES

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] C-1-01-313

TO: Peter Ramirez, M.D.,
    2114 Central Ave., #202
    Middletown, OH  45044

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, OH  45202 | Room No. 6 |
| | DATE AND TIME<br>On or after January 17, 2005 |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Marcia Carter, Deputy Clerk* | 08/13/04 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | 513-564-7500 |
| *Marcia Carter, 100 E. Fifth St., Room 103, Cincinnati, OH 45202* | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.