UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRENDA HURSTON,                                              Case No. 01-cv-313

    Plaintiff,                                                       Black, M.J.

vs.

BUTLER COUNTY DEPARTMENT
OF JOB AND FAMILY SERVICES,

    Defendant.                                                       **ORDER**

This matter is before the Court on a request by Peter A. Ramirez, M.D., a non-party, to quash a subpoena served by plaintiff Brenda A. Hurston. (Doc. 132). The subpoena commands Dr. Ramirez to appear before the Court "on or after January 17, 2005." (*Id.*)

A review of the record shows that, on October 6, 2004, the Court entered an order vacating the trial date previously set for January 17, 2005. (*See* doc. 120). In light of the order vacating the trial date, the Court finds that the subpoena served on Dr. Ramirez must be quashed to avoid imposing undue burden or expense on him.[1]

---

[1] The Court has a duty to ensure that a party or an attorney responsible for the issuance and service of a subpoena takes reasonable steps to avoid imposing undue burden or expense on one who is subject to the subpoena. Fed. R. Civ. P. 45(c).

**IT IS THEREFORE ORDERED THAT** Dr. Ramirez' request that subpoena be quashed (doc. 132) is **GRANTED,** and that the subpoena served on him by plaintiff is **QUASHED**.

**IT IS SO ORDERED.**

Date:  12/3/04                              s/Timothy S. Black
                                            Timothy S. Black
                                            United States Magistrate Judge