IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | **CASE NO. C-1-01-313** |
| Plaintiff | : | Judge Weber; Timothy Black, M.J. |
| -vs- | | |
| BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES | : | |
| Defendants | | |
| _____ | : | |

**PLAINTIFF'S, BRENDA HURSTON NOTICE OF FILING THE DEPOSITIONS OF RANDY CHAFIN (VOLUME II), FLOYD HURSTON, MARILYN LACEY, SUE STRUNK AND SADIE WILLIAMS. THEY ARE ALL WITNESSESS FOR THE PLAINTIFF.**

COMES NOW the plaintiff, Brenda K. Hurston hereby gives notice to the Court and all parties hereto of the filing of volume II of the deposition of Randy Chafin. Also, the depositions of Floyd Hurston, Marilyn Lacey, Sue Strunk, and Sadie Williams. They are all witnesses for the plaintiff and their depositions are for all purposes allowed under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

BRENDA K. HURSTON, PLAINTIFF, PRO SE

*Brenda K Hurston*
_____
Brenda K. Hurston, Plaintiff, Pro Se
1812 Grand Avenue
Middletown, OH  45044
(513) 420-9602

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within NOTICE OF THE FILING OF DEPOSITIONS were hand delivered this 27th day of January 2005 to Jack C. McGowan, 246 High Street, Hamilton, OH 45011, counsel for the defendant Butler County Department of Job and Family Services.

*Brenda K Hurston*
_____
Brenda K. Hurston, Plaintiff, Pro Se