**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | **CASE NO. C-1-01-313** |
| Plaintiff | : | Judge Weber; Black M.J. |
| -vs- | | |
| BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES | | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION
IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.**

COME NOW, Plaintiff, Brenda K. Hurston request motion for extension of time to file response motion in opposition to the defendant's motion for summary judgment, due to non-notification of certified mail (see exhibit 0211).

Respectfully submitted,

*Brenda K Hurston*
Brenda K. Hurston
1812 Grand Avenue
Middletown, OH 45044
(513) 420-9692

**CERTIFCATE OF SERVICE**

I, Brenda K. Hurston, hereby certify that a true and correct copy of Plaintiff's motion requesting extension of time has been sent by regular mail and fax to Jack C. McGowan, Attorney for Defendant, Butler County Department of Job and Family Services, 246 High Street, Hamilton, Ohio 45011, this 12th, day of February 2005.

*Brenda K Hurston*
Brenda K. Hurston, Plaintiff, Pro Se

Attachment:

| U. S. Postal Service<br>ROUTING SLIP | Office or<br>Room No. | ☐ Approval<br>☐ Signature<br>☐ Comment<br>☐ See Me<br>☐ As Requested<br>☐ Information<br>☐ Read and Return<br>☐ Read and File<br>☐ Necessary Action<br>☐ Investigate<br>☐ Recommendation<br>☐ Prepare Reply<br>☐ |
|---|---|---|
| To:<br>1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| From: Brenda Schubert<br>Date 2-11-05 | Supervisor<br>Middletown<br>P.O. | Phone No.<br><br>Room No. |

PLAINTIFF'S EXHIBITS 0211

Remarks:

To whom it may concern.

Brenda Hurston called on 2-11-05 to inquire if she had a certified mail here at the office. She was NOT notified she did and she came to pick it up.

Breda Schubt

[Middletown OH 45042 FEB 11 2005 USPS postmark]

ITEM 0-13, April 1998    (Additional Remarks on Reverse)

**United States Postal Service**
**Sorry We Missed You! We ReDeliver for You**

Today's Date: 2/11/05
Sender's Name:

Item is at:
☒ Post Office (See back)

Available for Pick-up After
Date: 2/11/05    Time:

We will redeliver or you or your agent can pick up. See reverse.

___ Letter
☒ Large envelope, magazine, catalog, etc.
___ Parcel
___ Restricted Delivery
___ Perishable Item
___ Other:

For Delivery: (Enter total number of items delivered by service type)
For Notice Left: (Check applicable item)
___ Express Mail (We will attempt to deliver on the next delivery day unless you instruct the post office to hold it.)
☒ Certified
___ Recorded Delivery
___ Firm Bill
___ Registered
___ Insured
___ Return Receipt for Merchandise
___ Delivery Confirmation
___ Signature Confirmation

☐ If checked, you or your agent must be present at time of delivery to sign for item

Article Number(s)
7004 0550 0000 0986 2505

Notice Left Section
Customer Name and Address
BROWNA FEDERSTON
1812 GRAND AVE

Article Requiring Payment    Amount Due
☐ Postage Due  ☐ COD  ☐ Customs    $

☐ Final Notice: Article will be returned to sender on

Delivered By and Date
RW

PS Form **3849**, November 1999    Delivery Notice/Reminder/Receipt

---

MIDD USPS
MIDDLETOWN, Ohio
450422023
3816070842-0097
(800)275-8777

02/11/2005                     12:19:01 PM

Sales Receipt
Product         Sale    Unit    Final
Description     Qty     Price   Price

Mail Pickup                    Delivered
Label # 70040550000098625505
# of Mail Pieces : 1
Mail Pickup Date:02/11/2005  12:17 PM

Total:                                $0.00

Paid by:

Bill#: 1000302013064
Clerk: 03

--- All sales final on stamps and postage. ---
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy