**United States District Court**
**Southern District of Ohio**
**Western Division**

| | |
|---|---|
| BRENDA K. HURSTON,<br>    Plaintiff, | Civil Action No. 1:01cv313 |
| vs. | Weber, J.<br>Black, M.J. |
| BUTLER COUNTY DEPARTMENT OF<br>JOB AND FAMILY SERVICES,<br>    Defendant. | **ORDER** |

On 2/17/05, Plaintiff filed a Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment. (Doc. 139). The motion is GRANTED, and Plaintiff shall respond by 3/4/05.

Date:  2/18/05                               s/<u>Timothy S. Black</u>
                                                          Timothy S. Black
                                                          United States Magistrate Judge

# United States District Court
## Southern District of Ohio
### Western Division

| | |
|---|---|
| BRENDA K. HURSTON,<br>    Plaintiff, | Civil Action No. 1:01cv313 |
| vs. | Weber, J.<br>Black, M.J. |
| BUTLER COUNTY DEPARTMENT OF<br>JOB AND FAMILY SERVICES,<br>    Defendant. | **ORDER** |

On 2/17/05, Plaintiff filed a Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment. (Doc. 139). The motion is GRANTED, and Plaintiff shall respond by 3/4/05.

Date:  2/18/05        s/<u>Timothy S. Black</u>
                     Timothy S. Black
                     United States Magistrate Judge