IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 MAR -1 PM 2:39

BRENDA K. HURSTON : **CASE NO. C-1-01-313**

    Plaintiff : Magistrate Judge: Timothy S. Black

-vs-

BUTLER COUNTY DEPT. OF
JOB AND FAMILY SERVICES

**PLAINTIFF'S MOTION TO REQUEST EXTENSION OF TIME TO FILE MOTION IN OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.**

Due to sudden illness and unforeseen occurrence beyond my control, I, Plaintiff, Brenda K. Hurston request motion to file extension of time (10 days from 3-4-05), to file motion in opposition to the defendant's motion for summary judgment.

Sincerely,

*Brenda K. Hurston*

Brenda K. Hurston, Plaintiff, Pro Se
1812 Grand Ave.
Middletown, OH 45044
(513) 420-9692

## CERTIFCATE OF SERVICE

    I, Brenda K. Hurston, hereby certify that a true and correct copy of Plaintiff's motion requesting extension of time has been sent by regular mail to Jack C. McGowan, Attorney for Defendant, Butler County Department of Job and Family Services, 246 High Street, Hamilton, Ohio 45011, this 28th, day of February, 2005.

*Brenda K Hurston*

Brenda K. Hurston, Plaintiff, Pro Se