United States District Court
Southern District of Ohio
Western Division

BRENDA HURSTON,
    Plaintiff,

Civil Action No.  1:0cv313

vs.

Black, M.J.

BUTLER COUNTYJOB AND
FAMILY SERVICE ,
    Defendant.

**ORDER**

On 3/2/05, Plaintiff filed a Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment. (Doc. 141).  The motion is GRANTED, and Plaintiff shall respond by 3/14/05.

Date:  3/3/05

s/<u>Timothy S. Black</u>
Timothy S. Black
United States Magistrate Judge

1