IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | CASE NO. C-1-01 313 |
| Plaintiff, | : | Magistrate Judge Black |
| -vs- | : | |
| BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES, et al. | : | **MOTION OF DEFENDANT BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES FOR AN EXTENSION OF TIME TO FILE ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | : | |

Now comes the defendant Butler County Department of Job and Family Services, by and through its undersigned counsel, and hereby moves the Court for an extension of time in which to file its Reply Memorandum in Support of its Motion for Summary Judgment, to and including April 8, 2005.  A memorandum and proposed Order are presented herewith.

                              Respectfully submitted,

                              McGOWAN & JACOBS, LLC
                              s/Jack C. McGowan
                              Jack C. McGowan       (0005619)
                              Attorney for Defendants
                               Butler County Department of Job
                               and Family Services
                              246 High Street
                              Hamilton, Ohio 45011
                              (513) 844-2000/(513)868-1190 (FAX)
                              Email: jcm@jcmcgowan.com

## MEMORANDUM

In support of its motion for an extension of time and pursuant to Federal Rule of Civil Procedure 6(B), counsel for defendant states that because of the press of a number of cases he has not been able to complete a reply memorandum. Also, counsel is investigating plaintiff's affidavit which she relied on in her opposition to defendant's motion; however, the EEOC is having difficulty locating its file to verify whether the affidavit submitted to the Court is contained in its file. Only a brief extension is being requested which will enable final research to be completed.

The granting of this extension is not expected to negatively affect other deadlines in this case. Further, counsel for defendant states that this motion is not being made for the purposes of delay.

Respectfully submitted,

McGOWAN & JACOBS, LLC
s/Jack C. McGowan
Jack C. McGowan        (0005619)
Attorney for Defendants
 Butler County Department of Job
 and Family Services
246 High Street
Hamilton, Ohio 45011
(513) 844-2000/(513)868-1190 (FAX)
Email: jcm@jcmcgowan.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within Motion of defendant Butler County Dept. of Job and Family Services for Extension of Time in Which to File its Reply Memorandum in Support of its Motion for Summary Judgment was mailed by certified mail, return receipt requested this 22nd day of March, 2005 to Brenda Hurston, pro se, 1812 Grand Avenue, Middletown, OH 45044.

s/Jack C. McGowan