IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | CASE NO. 1:01-cv-313 |
| Plaintiff | : | Magistrate Judge Black |
| -vs- | : | |
| BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES, ET AL | : : | ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR |
| Defendants | : | SUMMARY JUDGMENT |

On March 22, 2005, defendant filed a Motion for Extension of Time to File Its Reply Memorandum in Support of Its Motion for Summary Judgment. (Doc. 144).

Upon application, for good cause shown and pursuant to Federal Rule of Civil Procedure 6(B), defendant is hereby granted to and including April 8, 2005 in which to file its Reply Memorandum in Support of its Motion for Summary Judgment.

SO ORDERED.


Date:  3/24/05                                                         s/Timothy S. Black
                                                                              Timothy S. Black
                                                                              United States Magistrate Judge