# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 221A10062 |

Ohio Civil Rights Commission _____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Brenda K. Hurston | (513) 420-9692 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1812 Grand Avenue, Middletown, OH 45044 | | 08/05/1959 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| BUTLER CO DEPT OF JOB & FAMILY SERV | Cat C (201-500) | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 315 High Street P O Box 4000, Hamilton, OH 45012-4000 | | 017 |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 07/13/2000   LATEST 10/17/2000
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I. Some of the duties I was able to perform with my disabilities were removed from me and given to someone else (White) without disabilities; while duties that were more difficult for me to perform were increased. This was from on or about July 13, 2000, and continuing. I have received only one of the items I requested as an accommodation and not the other. I was given a verbal warning on August 17 and August 18, 2000, and a written warning on October 18, 2000. I am the only one required to do a daily log.

II. Linda Day (Middletown Office Manager, White) told me some of my duties were being removed and given to someone else on a trial basis because the forms were going to be obsoleted. Ms. Day gave me a verbal warning for being late returning from a break. She repeated this same reason the next day and added some co-workers complained about my approaching them in an unprofessional manner. On October 18, she gave me a written warning for insubordination because I refused to comply with a direct request to relinquish all documentations of co-workers comings and goings throughout the process of the workday and I did not come to her with my difficulties. Ms. Day told me she wanted me to keep a log so they can update my job description.

** Text is Continued on Attached Sheet(s)

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Charging Party (Signature)

Brenda K. Ayres, Notary Public
In and For the State of Ohio
My Commission Expires July 14, 2005

NOTARY - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
*Brenda K. Hurston*   11/6/00

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year)

**DEFENDANT'S EXHIBIT A**

Oct 25 09:35 2000   CP Initials _____   Chg # , Attachment Page 1

---

Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text

---

III.  I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act, and because of my disabilities in violation of the Americans with Disabilities Act.

