IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

05 APR 20 PM 12:05

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

BRENDA K. HURSTON  :  CASE NO. C-1-01-313

    Plaintiff  :  Magistrate Judge: Timothy S. Black

-vs-

BUTLER COUNTY DEPT. OF
JOB AND FAMILY SERVICES

**PLAINTIFF'S MOTION TO REQUEST EXTENSION OF TIME TO FILE RESPONSE MOTION IN OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE EXHIBITS.**

Due to sudden death of a love one and unforeseen occurrence beyond my control, I, Plaintiff, Brenda K. Hurston request motion to file extension of time (10 days from 4-22-05), to file response motion in opposition to the defendant's motion for summary judgment and motion to strike exhibits.

Sincerely,

*Brenda K. Hurston*

Brenda K. Hurston, Plaintiff, Pro Se
1812 Grand Ave.
Middletown, OH  45044
(513) 420-9692

## **CERTIFCATE OF SERVICE**

I, Brenda K. Hurston, hereby certify that a true and correct copy of Plaintiff's motion requesting extension of time to file response motion in opposition of summary judgment & motion to strike exhibits has been sent by regular mail to Jack C. McGowan, Attorney for Defendant, Butler County Department of Job and Family Services, 246 High Street, Hamilton, Ohio 45011, this 19th, day of April, 2005.

*Brenda K. Hurston*
_____
Brenda K. Hurston, Plaintiff, Pro Se