# United States District Court
# Southern District of Ohio
# Western Division

| | |
|---|---|
| BRENDA K. HURSTON,<br>    Plaintiff, | Civil Action No.  1:01cv313 |
| vs. | Black, M.J. |
| BUTLER COUNTY DEPT. OF<br>JOB AND FAMILY SERVICES,<br>    Defendant. | **ORDER** |

On 4/21/05, Plaintiff filed a Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment. (Doc. 148).  The motion is GRANTED, and Plaintiff shall respond by 5/6/05.

Date:  4/22/05               s/<u>Timothy S. Black</u>
                             Timothy S. Black
                             United States Magistrate Judge

1