Ohio Department of Administrative Services    Human Resources Division       614.466.3455 voice
Bob Taft, *Governor*                          Floor 28                       614.466.5127 fax
Scott Johnson, *Director*                     30 East Broad Street           www.state.oh.us/das
                                              Columbus, Ohio 43215-3414

# Ohio**DAS**

September 3, 2004

Brenda K. Hurston
1812 Grand Avenue
Middletown Oh 45044

Dear Ms. Hurston:

This is in response to your recent letter concerning the reporting status of Butler County Department of Job & Family Services. According to Chapter 124.09 of the revised code, all county agencies should be reporting to the director of the Department of Administrative Services. The only exception would be if an agency has a collective bargaining agreement and bargains not to report their bargaining unit employees to DAS. If you were part of a bargaining unit and the contract had specific language about not reporting to DAS then it is possible that we would never have had any record of your work history. I have enclosed the last written correspondence I could find concerning the reporting status of Butler CDJFS. There is a letter from the director of Butler CDJFS (Bruce E. Jewett) to the supervisor of the County Services Unit (Beverly Wood). There is also a written response to this letter from Beverly Wood to your director. Since Butler CDJFS decided in 2001 to quit reporting personnel changes to DAS, we currently show no records of any employees. Per the attached letters all employee records were terminated in February of 2001. We could find no record of any personnel actions ever being submitted for your self.

You also asked what percent of the time you would have to perform higher-level duties in order to be reclassified to the higher classification. According to the Ohio Administrative Code (OAC) Chapter 123:1-3-04, Part (D), "the duties must satisfy the class concept or function statement at least twenty percent of the time".

Per your request I am submitting copies of the classification specifications for 12422CHS – Office Machine Operator 2, 64511-CHS – Purchasing Assistant 1, 69412JFS- Social Program Coordinator, and 66551JFS-Contract Evaluator/Negotiator. There is no classification called Social Administrator in the bargaining unit classifications. Please note that these class specs pertain to bargaining unit classifications for JFS but do not pertain to bargaining unit positions for an agency that has created their own class plan.

I am also including the copies of any work history we have of Benny Goins (who we show no record of) and Sadie A. Williams (only have 1987 appointment), per your request. If they have to have a separate letter written to them about their records please let me know.

The total number of copies enclosed from state and county files is 16. Please submit a check for sixteen cents addressed to the State of Ohio. Please submit the check to the following address

> State Records Center
> 30 E. Broad Street, 28th Floor
> Columbus, Oh 43215-3414



If you have any further questions please feel free to call our office at (614) 466-3810.

**Ohio DAS**

September 3, 2004
Page 2

C. Scott Johnson
Director

*Sharon K. Stevens*

Sharon K. Stevens
For the Director

SKS/ss

PLAINTIFF'S
EXHIBITS

770-2

Ohio Department of Administrative Services
Bob Taft, *Governor*
Scott Johnson, *Director*

Human Resources Division
28th Floor
30 East Broad Street
Columbus, Ohio 43215

614.466.3455 voice
614.466.5127 fax

# Ohio**DAS**

February 5, 2001

Bruce E. Jewett, Director
Butler County Department of Job
  & Family Services
315 High Street
P. O. Box 4000
Hamilton, Ohio 45012-4000

Dear Mr. Jewett:

Thank you for your January 26, 2001 letter concerning the agency's classification plans. As you know, I have been trying to obtain the resolution establishing the classification plan and pay schedule for non-bargaining and bargaining unit employees. Effective July 2, 2000, a new classification plan was implemented for non-bargaining unit positions. This new classification plan can be found in Section 123:1-7-27 of the Administrative Code. This classification plan contained completely new classification numbers, classification titles and classification specifications. The old classification plan for non-bargaining unit positions which used to be listed in Section 123:1-7-19 of the Administrative Code was "deleted". All non-bargaining unit positions had to be classified in accordance with the new classification plan contained in Section 123:1-7-27 of the Administrative Code effective July 2, 2000. Upon assignment of the appropriate classification, each employee was to be notified on their appeal rights to the State Personnel Board of Review. Per my discussions with Julie Tragesser, this is the reason we have been trying so persistently to assist your agency in establishing a resolution adopting the new classification plan with appropriate pay range assignments for each classification. We still request that the agency submit the resolution on the non-bargaining employees.

The current Section 123:1-7-19 of the Administrative Code effective July 2, 2000 contains classifications that may be used for bargaining unit positions only. This section contains only classifications that are pertinent to bargaining unit positions. In the memorandum dated June 23, 2000 from our department, we requested that counties with collective bargaining agreements declare if positions in the collective bargaining unit would be using the classification plan effective July 2, 2000 listed in Section 123:1-7-19 of the Administrative Code, or Section 123:1-7-27 of the Administrative Code, or unique classification specifications developed through a legally negotiated collective bargaining agreement. It is my understanding that the collective bargaining agreement in effect on July 2, 2000 contained the classifications listed in the current Section 123:1-7-19 of the Administrative Code for bargaining unit positions and that agreement expired on November 30, 2000. We appreciate your offer to keep us advised on the current negotiations and look forward to receiving a copy of the signed agreement.

*Service, Support, Solutions for Ohio Government*

PLAINTIFF'S
EXHIBITS

770-3

 Ohio**DAS**

Bruce E. Jewett
Butler County Department of J&F Services
February 5, 2001

It is unfortunate that your agency feels that there is not a meaningful purpose to reporting. I believe that the non-compliance with the classification plans is an example of meaningful purpose. However, if it is the desire of the Butler County Commissioners, we will proceed with terminating employee records in this agency. Obviously, we do remind the agency of its obligation to abide by Sections 124.34, 124.321 through 124.328 of the Revised Code.

If you have any questions, please contact me at 614-466-3810.

Sincerely,

*Beverly S. Wood*

Beverly S. Wood
County Services Supervisor
Office of Classification and Compensation

BSW/bp

Cc:  Derek Conklin, County Administrator, Butler County Commissioners
      Douglas Duckett, Human Resources Administrator, Butler County Commissioners
      Heath MacAlpine, Assistant Director Butler County Department of Job & Family Services
      Jim Sprague, Executive Director, State Personnel Board of Review

PLAINTIFF'S
EXHIBITS

770-4



**Butler County's
Department of Job
& Family Services**

January 26, 2001

Ms. Beverly Wood
Ohio Department of Administrative Services
Office of Personnel Services
30 E. Broad St., 28th Floor
Columbus, Ohio 43215-0405

Subject:    Butler County Department of Job & Family Services

Dear Ms. Wood:

Thank you for your recent inquiries regarding our department. As Julie Tragesser has
informed you, the Board of County Commissioners has by resolution approved
maintaining the existing classification structure for non-bargaining-unit employees of
the Butler County Department of Job & Family Services. For bargaining unit
employees, that issue is now the subject of collective bargaining negotiations with
Local 3062, AFSCME, Ohio Council 8, but we anticipate adopting a classification
structure identical with or close to the newly approved ODAS classifications for
bargaining-unit positions. When that has occurred, we will so advise you. Until then,
we have nothing further to report on that issue.

Please be advised that The Butler County Work Place, Butler County's Department of
Job & Family Services will, with the support of the Butler County Board of
Commissioners, no longer routinely submit reports, position descriptions, performance
evaluations, pay data, or any other materials or information to the Ohio Department of
Administrative Services for review, approval, or any other purpose. Most county
agencies throughout Ohio do not submit such reports because the paperwork serves no
meaningful purpose, and we have reached that conclusion here.

COUNTY COMMISSIONERS
COURTNEY E.COMBS
CHARLES R.FURMON
MICHAEL A. FOX

**BUTLER COUNTY DEPARTMENT OF JOB & FAMILY SERVICES**
315 HIGH STREET, P.O. BOX 4000 • HAMILTON, OHIO 45012-4000
PHONE: 513-887-4000 • FAX: 513-887-4334
VISIT US ON THE WEB: WWW.BUTLERCOUNTYOHIO.ORG/WORKPLACE

PLAINTIFF'S
EXHIBITS

770-5

Ms. Wood
Page Two
January 26, 2001

Thank you for your concern, and we will let you know about the classification structure when the negotiations conclude.

Sincerely,

Bruce E. Jewett
Director

cc:    Derek Conklin
       Douglas Duckett
       Heath MacAlpine

T:\Management\WPWIN60\PERSONEL\das letter 2 Jan01.wpd

DAS/HRD/QUALITY ASSUR.
2001 FEB -1 PM 12: 36

PLAINTIFF'S
EXHIBITS

770-6

RCM AUG 0 2 1994

| OHIO CLASSIFICATION SPECIFICATION | CLASS TITLE: Office Machine Operator 2 | CODE: 12422 CHS |
| --- | --- | --- |
| *Developed for Equal Opportunity* | MAJOR AGENCIES: County Human Services | JURISDICTION: County |

**FUNCTION:** Under general supervision from office management or department supervisor, operates small office machines for complex copy &/or record work, &/or operates large-scale automatic duplicating equipment for production copy work;

-PERFORMS RELATED DUTIES AS REQUIRED.

| RANK | % OF TIME | JOB DUTIES | MAJOR WORKER CHARACTERISTICS |
| --- | --- | --- | --- |
| 1 | 44-64 | Operates small office machines for complex copy &/or record work (i.e., usually involving manual operations or adjustments & constant attention to mechanical functioning of machinery or equipment, as opposed to setting up & observing automatic functions); operates automatic duplicating equipment for production copy work (e.g., xerox 4000, 6000, 7000, 2300 copy center, multilith 1250) with no multi-color involved. | Knowledge of (1) office machine operation, (2) office practices & procedures*; ability to (3) carry out instructions in written, oral & picture form, (4) add, subtract & record figures, (5) copy material from one record to another, catching gross errors, (6) sort items into categories. |
| 2 | 9-29 | Performs clerical & technical tasks related to copy &/or record work, including record-keeping, minor repairs & preventive maintenance on machines or equipment, & operation of peripheral or related equipment. | Knowledge of 1, 2*; ability to 3, 4, 5. |
| 3 | 8-28 | Performs routine clerical tasks (e.g., receives, sends out, prepares, opens, sorts & delivers mail; delivers supplies; answers phone). | Knowledge of 2*; ability to 3, 4, 5, 6. |
| 4 | 0-19 | Assists, trains & advises other operators; assists area supervisor or substitutes for supervisor. | Knowledge of 2*; ability to (7) cooperate with co-workers on group projects. |

*Developed after employment*

| UNUSUAL WORKING CONDITIONS: | MINIMUM CLASS REQUIREMENTS: *(including license, if any.)* Ability to add, subtract, multiply & divide whole numbers & to read & write simple sentences plus: 300 hrs. training in operation of photoreproduction & office machines; (or 3 mos. exp.); or equivalent. | TRAINING & DEVELOPMENT: |
| --- | --- | --- |
| | | |

| CLASS TITLE Office Machine Operator 2 | CODE: 12422 CHS | Page 1 of 1 |
| --- | --- | --- |

PLAINTIFF'S EXHIBITS

FORM-ADM-4134

(43)

/33: 1-7-19

770-7

**OHIO CLASSIFICATION SPECIFICATION**

*Developed for Equal Opportunity*

| | |
|---|---|
| CLASS TITLE: Purchasing Assistant 1 | CODE: 6451LCHS |
| MAJOR AGENCIES: County Human Services | JURISDICTION: County |

FUNCTION:    Under general supervision from supervisor, verifies cost & quantities of supplies & materials, obtains information regarding purchase, materials &/or prices, reviews invoices, purchase orders & receiving reports for technical accuracy pertaining to specifications &/or prices, answers inquiries on general purchasing procedures & types & maintains files.

PERFORMS RELATED DUTIES AS REQUIRE

| RANK | % OF TIME | JOB DUTIES | MAJOR WORKER CHARACTERISTICS |
|---|---|---|---|
| 1 | 49-69 | Verifies cost & quantities of supplies & materials, notes substitutions & determines if variance meets specifications & costs, obtains information regarding purchases materials &/or prices, corrects invoices, purchases stocks & issues office supplies & printed forms & reviews invoices, purchase orders & receiving reports for technical accuracy pertaining to specifications &/or prices. | Knowledge of (1) agency purchasing policies, procedures & regulations*, (2) state procurement regulations*, ability to (3) calculate fractions, decimals & percentages, (4) deal with problems involving few variables within familiar context, (5) sort items into categories according to established method, (6) complete routine forms. |
| 2 | 22-32 | Types purchase orders, memos, letters &/or reports; checks invoices &/or receiving reports for accuracy; maintains record storage, term contract &/or supplies catalog files; prepares inventory report for internal cost accounting. | Knowledge of 1*, 2*; skill in (7) typing; ability to 3, 4, 6, (8) gather collate & classify information about data, people or things. |
| 3 | 9-19 | Keeps records of materials & invoices received & submits for payment; assists in preparing & processing contracts &/or specifications for distribution; handles general requests for information pertaining to contracts, bonds, payments & billings. | Knowledge of 1*, 2*, (9) public relations (10) bookkeeping; ability to 3, 4, 5, 6, 8, (11) answer routine telephone inquiries from public. |
| | | | *Developed after employment |

(365)

(365)

| | |
|---|---|
| UNUSUAL WORKING CONDITIONS: | MINIMUM CLASS REQUIREMENTS: *(including license, if any.)* Ability to calculate fractions, decimals & percentages & to read & write common vocabulary plus: 1 course in typing (or 1 mo. exp.); 1 course in public relations (or 1 mo. exp.); 1 course in bookkeeping (or 1 mo. exp.); or equivalent. | TRAINING & DEVELOPMENT: |

| | | |
|---|---|---|
| CLASS TITLE Purchasing Assistant 1 | CODE: 6451LCHS | Page 1 of 1 |

123:1-7-19

FORM ADM 4134

PLAINTIFF'S EXHIBITS

NEW    AUG 0 2 1987

| OHIO CLASSIFICATION SPECIFICATION | CLASS TITLE: Contract Evaluator/Negotiator | CODE: 66551CHS |
| | MAJOR AGENCIES: County Human Services | JURISDICTION: County |

*Developed for Equal Opportunity*

**FUNCTION:** Under general supervision from contract evaluator/negotiator supervisor or other higher-level supervisor, analyzes proposed contracts, evaluates contract provisions, determines appropriateness of contract for intended purposes, determines contracts legal compliance & negotiates contract with providers of goods & services according to established procedures, policies & regulations;
PERFORMS RELATED DUTIES AS REQUIRED.

| RANK | % OF TIME | JOB DUTIES | MAJOR WORKER CHARACTERISTICS |
|---|---|---|---|
| 1 | 38-48 | Reviews & analyzes proposed contracts & invoices for accuracy & for adherence to applicable agency, state &/or federal statutes, regulations, rules, policies &/or procedures prior to negotiations, insures that provisions from administrative costs conform to federal guidelines, prepares correspondence for local office &/or inter-office communications regarding changes & adjustments indicated by review & evaluation, negotiates changes, approves contract & prepares legal binding contract for signature. | Knowledge of (1) agency, state &/or federal statutes, rules, policies, regulations &/or procedures governing contracts & negotiations associated with procurement of service prrgrams*, (2) human resource training & development*, (3) manpower planning*, (4) accounting, (5) budgeting, (6) written communication (e.g., English composition & grammar, technical writing, business communication), (7) oral communication (e.g., speech); ability to (8) define problems, collect data, establish fact & draw valid conclusions, (9) calculate fractions, decimals & percentages, (10) write instructions & specifications for contracts, (11) handle sensitive inquiries from & contacts with service providers & general public. |

(448)

133.1-7.19

| | | |
|---|---|---|
| UNUSUAL WORKING CONDITIONS: May require travel. | MINIMUM CLASS REQUIREMENTS: *(including license, if any)* Ability to calculate fractions, decimals & percentages & to read & write common vocabulary plus: 3 courses in accounting that covers budget methods & procedures (or 3 mos. exp.); 1 course in written communication (e.g., English composition & grammar, technical writing, business communication) (or 1 mo. exp.); 100 hrs. training in oral communication (or 1 mo. exp.); 1 course in public relations (or 1 mo. exp.); or equivalent. | *Developed for employment* |

| CLASS TITLE Contract Evaluator/Negotiator | CODE: 66551CHS | Page 1 of 2 |

PLAINTIFF'S EXHIBITS

FORM ADM-4134

| | CODE: |
|---|---|
| | 66551CHS |
| | JURISDICTION: County |

**CLASS TITLE:** Contract Evaluator/Negotiator

**MAJOR AGENCIES:** County Human Services

OHIO
CLASSIFICATION
SPECIFICATION
*Developed for Equal Opportunity*

## MAJOR WORKER CHARACTERISTICS

| RANK | % OF TIME | JOB DUTIES | MAJOR WORKER CHARACTERISTICS |
|---|---|---|---|
| 2 | 27-37 | Provides technical assistance to contracted services at all stages of program to insure continuing compliance, develops & assists in development of procedures & forms for systematic review of grant proposal, reviews reports submitted on expenditures, communicates by telephone or makes on-site visits to verify compliance with contract provisions, assists grantee in maintaining fiscal control & ensuring compliance with federal accounting procedures, makes contract budget decisions & reviews, records & processes contractual invoices for payment. | Knowledge of 1*, 4, 5, (12) public relations; ability to 8, 9, 10, 11. |
| 3 | 10-20 | Provides technical assistance to staff members prior to, during & after contract negotiations regarding most effective means of complying with state & federal laws & regulations; prepares reports for use by staff members in maintaining fiscal control over use of funds; provides technical assistance to staff of related units regarding contract implementation, vouchering procedures & computer information analysis; provides summaries & reports of possible misuse of funds under contract arrangements to program compliance & service delivery staff for further investigation; assists in continual review of state & federal laws, regulations & policies affecting contracted services. | Knowledge of 1*, (13) data entry & control*; ability to 8, 9, 10, (14) develop good rapport with service providers & program staff personnel. |
| 4 | 7-13 | Assists in development & maintenance of records control systems for contracts, reports & related supporting documentation & cooperates with other units or departments for system implementation; prepares reports for management concerning amendments, cancellations or renewals; assists in training of personnel engaged in entering contract data to computer bank & trains local offices in use & capability of current computer system; assists in preparation of financial reports. | Knowledge of 1*, 12, 13*; ability to 8, 9, 10, 11. |

**UNUSUAL WORKING CONDITIONS:**

**MINIMUM CLASS REQUIREMENTS:** *(including license, if any.)*

*Developed after employment*

**TRAINING & DEVELOPMENT:**

| CLASS TITLE | CODE: | Page 2 of 2 |
|---|---|---|
| Contract Evaluator/Negotiator | 66551CHS | |

FORM ADM-4134

123:1.0-19 (4/94)

PLAINTIFF'S EXHIBITS

770-10

CODE: 69412CHS

**CLASS TITLE:** Social Program Coordinator

**MAJOR AGENCIES:** County Human Services

**JURISDICTION:** County

**OHIO CLASSIFICATION SPECIFICATION**

*Developed for Equal Opportunity*

**FUNCTION:** Under general supervision from social program administrator or other higher-level supervisor, provides technical assistance in developing, monitoring &/or expanding delivery of social or psychiatric/rehabilitation or medical programs, projects &/or services, consults with local &/or federal governmental personnel, community agencies &/or state agency personnel or medical providers to coordinate administration of programs & services, monitors & documents program operation & program compliance, assists in development of comprehensive social service activities & provides variety of public relations duties;

| RANK | % OF TIME | JOB DUTIES |
|------|-----------|------------|
| 1 | 34-54 | Provides technical assistance to institution-based, community, state &/or federal agencies or medical providers in developing, expanding &/or monitoring delivery of social or psychiatric/ rehabilitation or medical programs, projects &/or services (e.g., manpower development & training; drug abuse; registration & certification of all drug services; family resource & respite care; nursing homes; local development of access roads, jobs, private investment &/or state research demonstration for districts in Appalachia; new social programs for community contact agencies; specific social, juvenile &/or criminal justice; home energy assistance; foster grandparents; planned parenthood; public or private out-patient clinics; sexually transmitted & communicable diseases; alcoholism; adult services; child protection or child placement; child day care; identification of inmates needing substance abuse services; hospital emergency rooms; public & private laboratories; institutional employee assistance; hospital-based community preparation programs). |

*PERFORMS RELATED DUTIES AS REQUIRE[D]*

**MAJOR WORKER CHARACTERISTICS**

Knowledge of (1) social or behavioral science or pre-medicine, (2) agency, state &/or federal statutes, rules, regulations &/or procedures governing delivery of social programs specific to area of employment*, (3) available community resources specific to area of employment*, (4) social service problems policy & program planning & analysis, (5) accounting or finance or budgeting, (6) public relations, (7) written communication (e.g., English composition & grammar, technical writing, business munication (e.g., speech); ability to (9) nication (e.g., speech); ability to (9) define problems, collect data, establish facts & draw valid conclusions, (10) use statistical analysis, (11) proofread technical materials, recognize errors & make corrections, (12) gather, collate & classify information about data, people or things, (13) establish good rapport with program participants &/or program recipients.
*Developed after employment*

**MINIMUM CLASS REQUIREMENTS:** *(including license, if any.)* Completion of undergraduate major program core requirements in social or behavioral science or pre-medicine as required by university or college plus 18 mos. exp. in delivery of social/human services or medical assistance in governmental, community or private human support services agency or for medical provider; or completion of graduate major program core

**UNUSUAL WORKING CONDITIONS:** Exposed to contagious diseases & emotionally disturbed persons; may require overnight travel.

**TRAINING & DEVELOPMENT:**

| CLASS TITLE | CODE: | |
|-------------|-------|---|
| Social Program Coordinator | 69412 CHS | Page 1 of 2 |

PLAINTIFF'S EXHIBITS

FORM ADM-4134

770-11

CODE: 69412CHS
JURISDICTION: County

OHIO
CLASSIFICATION
SPECIFICATION

*Developed for Equal Opportunity*

CLASS TITLE: Social Program Coordinator

MAJOR AGENCIES: County Human Services

| RANK | % OF TIME | JOB DUTIES | MAJOR WORKER CHARACTERISTICS |
|---|---|---|---|
| 2 | 22-42 | Consults with local & field community agencies, associations, groups &/or other state &/or federal departmental personnel or medical providers to coordinate administration of programs or services; assists local community agencies & field office personnel in developing budget & obtaining resources for programs & services. | Knowledge of 1, 2*, 3*, 4, 5, 6, 8, (14) interviewing; ability to 9, 10, 11, 12, 13. |
| 3 | 11-21 | Monitors & documents program operation & program compliance; assists in development of comprehensive social service plan & in development of participants procedural manual; provides functional supervision to community agencies in appropriate use of local, state &/or federal funds; processes, reviews & completes funding applications & grant proposals; completes correspondence & reports. | Knowledge of 1, 2*, 3*, 4, 5, 6; ability to 9, 12, 13, (15) prepare meaningful, concise & accurate reports. |
| 4 | 3-13 | Attends training sessions; reads professional publications, technical manuals & related literature to maintain up-to-date knowledge of current developments in social service field; assists in development of informational materials used by state & county agencies, providers &/or general public; gives talks, lectures & speeches to community groups & schools to promote social service program participation. | Knowledge of 1, 2*, 3*, 6, 8, 10; ability to 9, 10, 12, 13, (16) prepare specialized & deliver speeches before specialized audiences. |

*Developed after employment*

**MINIMUM CLASS REQUIREMENTS:** *(including license, if any.)*

requirements in social or behavioral science as required by university or college plus 12 mos. exp. delivering social/human services or medical assistance in governmental, community or private human support services agency or for medical provider & 1 course in accounting, finance or budgeting (or 1 mo. exp.); or equivalent.
Note: Pre-medicine education & previous experience in providing medical assistance for medical provider only pertains to positions in area of medical assistance.

CLASS TITLE: Social Program Coordinator

CODE: 69412CHS

Page 2 of 2

FORM ADM 4134

PLAINTIFF'S EXHIBITS

770-12

**PERSONNEL ACTION**
STATE OF OHIO

AGENCY FROM: **Butler County Human Services**

DIVISION OR INSTITUTION

UNIT OR OFFICE

**No. 3554684**

| NAME FROM | WILLIAMS, SADIE A. | | SEX F | DATE OF BIRTH MO / DAY / YR. | NO. OF YEARS | EDUCATION DEGREE | MAJOR |
|---|---|---|---|---|---|---|---|
| | (LAST) (FIRST) (M.I.) | | | 56 | 15 | | |

| ADDRESS FROM | 1215 Elm Street | Middletown, Ohio | 45044 | Butler |
|---|---|---|---|---|
| | (STREET) | (CITY) (STATE) | (ZIP CODE) | (COUNTY) |

| EFFECTIVE DATE | | PAYROLL NUMBER FROM 990-009 | POSITION NUMBER 20003.0 | SOCIAL SECURITY NUMBER ▓▓-6017 | WORK UNIT | CHECK SEQ | HQ COUNTY Butl |
|---|---|---|---|---|---|---|---|
| MO 12 | DAY 14 | YR 87 | | | | | |

| CLASS TITLE FROM Typist 1 | CLASS NO. 12511 | RANGE 03 | STEP 1 | RATE 6.14 | STAT C | FUND | ITEM | ALLOT | PROG | ACTIVITY |
|---|---|---|---|---|---|---|---|---|---|---|

| APPOINTMENT | CHANGE | SEPARATION | INTERRUPTION |
|---|---|---|---|
| ☐ 0 EMERGENCY | ☐ 1 PROMOTION | ☐ 1 RESIGNED REASON | ☐ 1 MILITARY LEAVE |
| ENDS ___ | ☐ 2 DEMOTION | | ☐ 2 PERSONAL LEAVE |
| [X] 1 FULL TIME PERMANENT | ☐ 3 LATERAL CLASS | | ☐ 3 SUSPENSION |
| ☐ 2 FULL TIME TEMPORARY | ☐ 4 TRANSFER WITHIN AGENCY | ☐ 2 RETIRED | |
| | ☐ 5 TRANSFER BETWEEN AGENCIES | ☒ 3 DISABILITY RETIREMENT | ☐ 5 SEASONAL END |
| ENDS ___ | ☐ 6 CIVIL SERVICE STATUS | ☐ 4 DECEASED | ☐ 7 EDUCATIONAL LEAVE |
| ☐ 3 FULL TIME SEASONAL ___ TO ___ | ☐ 7 NAME | ☐ 5 REMOVED | ☐ 8 DISABILITY BENEFITS |
| ☐ 4 PART TIME PERMANENT | ☐ 8 APPOINTMENT CHANGE TO | ☐ 6 PROBATIONARY | DATE OF RETURN ___ |
| ☐ 5 PART TIME TEMPORARY | ☐ 9 DISPLACEMENT | ☐ 7 LAID OFF | **REINSTATEMENT** |
| ENDS ___ | ☐ 10 RATE | ☐ 8 UNCLASSIFIED | ☐ 1 FROM SEPARATION |
| ☐ 6 PART TIME SEASONAL ___ TO ___ | ☐ 11 REASSIGNMENT | ☐ 9 OTHER (SEE REMARKS) | ☐ 2 FROM INTERRUPTION |
| ☐ 7 INTERMITTENT | ☐ 12 POSITION CHANGED | ☐ 10 CANCEL APPOINTMENT | ☐ 3 BY PERSONNEL BD OF REVIEW |
| ☐ 8 FIXED TERM - SALARIED | ☐ 13 TEMPORARY PROMOTION | ☐ 12 DISABILITY SEPARATION | ☐ 4 BY COURT ORDER |
| ENDS ___ | ENDS ___ | | ☐ 5 SEPARATION RESCINDED |
| ☐ 9 FIXED TERM - PER DIEM | ☐ CORRECTION OF ___ | | |
| ☐ 10 APPOINTMENT DATE CORRECTED | TO ___ | | |

| PRIOR SERVICE | PRIOR SICK LEAVE | DATE OF LAST PROMOTION | CERTIFICATION NO. 97275 | DATE OF CONTINUOUS SERVICE | VACANCY PRIORITY CODE | BUDGETED HOURS |
|---|---|---|---|---|---|---|

| P S R A U E Y P O P L O S M E S E N T | (1) HAZARD DUTY ☐ PERMANENT ☐ TEMPORARY TO ___ ☐ UNUSUAL (5%) ☐ CONSIDERABLE (7½%) ☐ EXCEPTIONAL (10%) | (2) EDUCATIONAL ATTAINMENT ☐ BACHELOR'S PLUS 20 HRS (2½%) ☐ MASTERS (7½%) ☐ MASTER'S PLUS 30 HRS (10%) ☐ MASTER TEACHER (5%) ☐ SPECIAL EDUCATION (5%) | 3 ☐ SHIFT DIFFERENTIAL 4 ☐ PROFESSIONAL ACHIEVEMENT (5%) 5 ☐ BILINGUAL (5%) 6 ☐ TEMPORARY WORKING LEVEL TO CLASS ___ STEP ___ |
|---|---|---|---|

**REMARKS**   00-020 days as of 1/2/88

PLAINTIFF'S EXHIBITS

SS12/31/87

| APPROVAL OF APPOINTING AUTHORITY *Dianne Rice* SIGNATURE | 12/17/87 DATE | PERSONNEL BUREAU ☒ APPROVED 12/29/87 ☐ DISAPPROVED | CERTIFICATION 12-31-87 RFC 770-13 |
|---|---|---|---|

SIGNATURE OF RELEASING AUTHORITY
ADM-4100 (REV. 5/83)

*William G. Stephens* SIGNATURE 1/4/88
04-20-88

**ADMINISTRATIVE SERVICES PERSONNEL DIVISION**

# SECTION I – PERSONAL INFORMATION    OHIO CIVIL SERVICE APPLICATION

EQUAL OPPORTUNITY EMPLOYER

SOCIAL SECURITY NO. ███████-6017

LAST NAME _Williams_   FIRST NAME _Sadie_   MIDDLE INITIAL _A._

STREET ADDRESS _1215 Elm Street_

CITY _Middletown_   STATE _Ohio_   ZIP CODE _45044_

COUNTY _Butler_   (OPTIONAL) WORK NUMBER _424-1891_
PHONE: AREA CODE _513_   HOME NUMBER _423-5823_

### APPLICANTS FOR CIVIL SERVICE EXAMINATION PLEASE READ MINIMUM QUALIFICATIONS

To qualify for a requested examination, applicant must show clearly, by stated experience or training, that he/she meets all the minimum qualifications specified in the announcement bulletin. Failure to do so will result in your application being disapproved.

### MILITARY CREDIT CLAIM

In order to claim military service credit on your exam score, check the box below. Honorable Discharge or DD214 or copy thereof must be submitted with this application.

☐ MILITARY CREDIT

| ARE YOU INTERESTED IN: | YES | NO | CURRENT EXAMINATIONS REQUESTED | | | |
|---|---|---|---|---|---|---|
| | | | EXAM NO. | EXAM TITLE | APP | DIS |
| FULL-TIME PERMANENT work? | ☑ | ☐ | 01-C-12511 | Typist I | @ | |
| PART-TIME work? | ☑ | ☐ | | | | |
| TEMPORARY work? | ☐ | ☑ | | Anna | | |
| INTERMITTENT work? | ☐ | ☑ | | | | |
| SUMMER work only? | ☐ | ☑ | DEADLINE: _January 16, 1982_ | | | |

Please check below the counties where you would be willing to accept employment. You are encouraged to limit the list of counties to only those counties where you would seriously consider working.

| | | | |
|---|---|---|---|
| Adams _____ | Darke _____ | Hocking _____ | Miami _____ | Scioto _____ |
| Allen _____ | Defiance _____ | Holmes _____ | Monroe _____ | Seneca _____ |
| Ashland _____ | Delaware _____ | Huron _____ | Montgomery ✓ | Shelby _____ |
| Ashtabula _____ | Erie _____ | Jackson _____ | Morgan _____ | Stark _____ |
| Athens _____ | Fairfield _____ | Jefferson _____ | Morrow _____ | Summit _____ |
| Auglaize _____ | Fayette _____ | Knox _____ | Muskingum _____ | Trumbull _____ |
| Belmont _____ | Franklin _____ | Lake _____ | Noble _____ | Tuscarawas _____ |
| Brown _____ | Fulton _____ | Lawrence _____ | Ottawa _____ | Union _____ |
| Butler ✓ | Gallia _____ | Licking _____ | Paulding _____ | Van Wert _____ |
| Carroll _____ | Geauga _____ | Logan _____ | Perry _____ | Vinton _____ |
| Champaign _____ | Greene _____ | Lorain _____ | Pickaway _____ | Warren ✓ |
| Clark _____ | Guernsey _____ | Lucas _____ | Pike _____ | Washington _____ |
| Clermont _____ | Hamilton ✓ | Madison _____ | Portage _____ | Wayne _____ |
| Clinton _____ | Hancock _____ | Mahoning _____ | Preble _____ | Williams _____ |
| Columbiana _____ | Hardin _____ | Marion _____ | Putnam _____ | Wood _____ |
| Coshocton _____ | Harrison _____ | Medina _____ | Richland _____ | Wyandot _____ |
| Crawford _____ | Henry _____ | Meigs _____ | Ross _____ | |
| Cuyahoga _____ | Highland _____ | Mercer _____ | Sandusky _____ | |

### INFORMATION RELEASE

I hereby authorize the release of this form to appropriate officials for recruitment purposes.

Applicant Signature _Sadie A. Williams_

Date _January 14, 1982_   770-10

ADM-4268 (Rev. 10/83)

PLAINTIFF'S EXHIBIT

## SECTION II — EXPERIENCE

In the areas below, please type or print legibly past work experience beginning with the most recent employment. If the title and duties changed materially in the course of your service in any one organization, indicate such changes clearly and as separate employments. Attach extra sheets if necessary. Volunteer work may also be included as employment. NOTE: A resume may not be used as a substitute for completing this page.

**PRESENT OR MOST RECENT JOB:**

Employer's name and address _MidFed Savings Bank, 180 City Centre Mont_ M: dd, OH 45042

Length of employment    FROM: mo. _09_ yr. _22_ TO: mo. _—_ yr. _—_ _still employed_

Reason for leaving _I would like to have the opportunity to broaden my skills_

Position (job title and classification) _Sr. Teller_    Salary: beginning _$5.50 per hr_ ending _$6.15 per hr._

Duties Performed _To assist the supervisor in maintaing a functional office, To handle large sums of cash, To perform the customer's banking transaction, and to serve the public in a quick, but efficient manner_

**NEXT MOST RECENT JOB:**

Employer's name and address _Lazarus, Tri-County, Springdale Ohio 45202_

Length of employment    FROM: mo. _09_ yr. _86_ TO: mo. _—_ yr. _—_ _still employed_

Reason for leaving _I would like to become self-supporting with one job._

Position (job title and classification) _Sales Associate_    Salary: beginning _$3.60 per hr_ ending _Same_

Duties Performed _To assist customers while they select their china or crystal patterns as well as silverware, to be able to add-a-sale and to be able to close the sale._

Employer's name and address _Ofuns, Towne Mall Blvd, Franklin Ohio 45005_

Length of employment    FROM: mo. _01_ yr. _22_ TO: mo. _09_ yr. _22_

Reason for leaving _I had wanted a full-time position at the time_

Position (job title and classification) _Catalog Sales_    Salary: beginning _$2.35 per hr_ ending _$2.50 per hr._

Duties Performed _To be able to promote some of the catalog sale items over the phone as well as the counter, to take catalog sale orders and to use the cash terminal when closing a sale._

Employer's name and address _McDonald's, 2351 N. Verity Pkwy, Midd OH 45042_

Length of employment    FROM: mo. _06_ yr. _75_ TO: mo. _01_ yr. _22_

Reason for leaving _I had wanted to learn a distent type of skill_

Position (job title and classification) _Cashier_    Salary: beginning _$1.95 per hr_ ending _$2.50 per hr_

Duties Performed _To perform any odd job necessary to keep the restuarant running smoothly, to assist the customer with their food order in a pleasant & friendly manner._

Employer's name and address _____

Length of employment    FROM: mo. _____ yr. _____ TO: mo. _____ yr. _____

Reason for leaving _____

Position (job title and classification) _____    Salary: beginning _____ ending _____

Duties Performed _____

PLAINTIFF'S EXHIBITS

770-15

## SECTION III — EDUCATION AND TRAINING

**EDUCATION**

Total number of years of education, including primary school: _____ 15 yrs.

Highest academic degree or level attained: _____ Diploma with 2 yrs college

Name and address of school, college or university where degree
attained. If no degree, last school attended:

Middletown High School
601 N. Breik Blvd.
Middletown OH 45042

Major subject area for graduate degree, if any: _____

Major subject area for graduate study without a degree, if any: _____ Word Processing

Major subject area for undergraduate degree, if any: _____

Major subject area for undergraduate study without a degree, if any: _____

Minor subject area(s) for undergraduate degree, if any: _____

If applying for a student help or college intern position, please list the school you are attending:

_____

Please list below the specific course work areas relevant to the position(s) for which you are applying. Also, indicate the number of courses you have successfully completed in each area. NOTE: A transcript may not be substituted for this section.

| EXAMPLE ONLY | A list of course work areas for a position as a purchasing agent might include: | | COURSE WORK AREA | NO. OF COURSES |
|---|---|---|---|---|
| **COURSE WORK AREA** | **NO. OF COURSES** | | Typing | 6 |
| Procurement | 6 | | Word processing | 2 |
| Inventory control | 3 | | Computer Concepts | 2 |
| Bookkeeping | 3 | | | |
| Public relations | 1 | | | |
| Government | 1 | | | |
| Budgeting | 1 | | | |

## TRAINING AND OTHER QUALIFICATIONS

If applying for a clerical position:    TYPING SPEED: _____ 80 wpm    SHORTHAND SPEED: _____

If you have received TRAINING in an area which you feel is relevant to the position(s) for which you are applying, please submit the following information (do not include training gained as a part of your education as described above):

| Type of Training | Organization | Length of Training | Subject(s) Covered |
|---|---|---|---|
| | | | |

In the area below, please describe briefly any additional information or special qualifications you have for the position(s) requested. Include special machines or equipment you operate, hobbies which have taught you qualifying skills, etc.

I had taken typing throughout my high school years and I have taken brush up courses at Miami University & Southern Ohio College.

PLAINTIFF'S EXHIBITS  770-16

## SECTION IV – MISCELLANEOUS

THE FOLLOWING INFORMATION WILL BE USED ONLY IF IT IS DIRECTLY RELATED TO THE CLASSIFICATION/POSITION FOR WHICH YOU ARE APPLYING

|  |  | YES | NO |
|---|---|---|---|
| 1. | Are you willing and able to secure an Ohio Driver's License, if a license is required? | ☑ | ☐ |
| 2. | If necessary, can you supply your own transportation for work use? | ☐ | ☑ |
| 3. | Have you ever been employed in the state or county service of Ohio? | ☐ | ☑ |
| 4. | Have you been convicted of any felony? | ☐ | ☐ |
| 5. | Can you perform the job-related requirements of the specific job for which you are applying? | ☑ | ☐ |

If you have answered "YES" to question 3 or 4 or "NO" to question 5, please explain fully below, indicating by number to which question you are responding.

_____

_____

_____

### EMERGENCY INFORMATION
List the name and address of ONE PERSON WHO WILL ALWAYS KNOW YOUR WHEREABOUTS.

| NAME | ADDRESS | CITY | STATE | ZIP CODE | PHONE |
|---|---|---|---|---|---|
| Barbara Williams | 121S Elm St. | Middletown | OH | 45044 | 423-3873 |

### REFERENCES
Please list the names and addresses of three individuals, other than relatives, whom we may contact for a PROFESSIONAL RECOMMENDATION.

| NAME | ADDRESS | CITY | STATE | ZIP CODE | PHONE |
|---|---|---|---|---|---|
| Alrethia Hull | 533 Elmsgrove | Middletown | Ohio | 45044 | 423-2590 |
| Marjorie Forrester | 1522 Blair Ct. | Middletown | Ohio | 45042 | 424-5283 |
| Mary Hay Hazlett | 5732 Franklin-lebanon | Franklin | Ohio | 45005 | 746-2540 |

### PREVIOUS ADDRESSES
Please list TWO MOST RECENT PREVIOUS HOME ADDRESSES with the date of residence for each previous address.

| ADDRESS | CITY | STATE | ZIP CODE | DATES OF RESIDENCE |
|---|---|---|---|---|
| 121S Elm St. | Middletown | Ohio | 45044 | 22 yrs |

**APPLICATION WILL NOT BE ACCEPTED IF THIS OATH IS OMITTED. YOU MUST PERSONALLY APPEAR BEFORE A NOTARY PUBLIC OR OTHER AUTHORIZED OFFICIAL FOR THIS PURPOSE.**

I solemnly swear or affirm that the answers I have made to each and all of the questions in this application are complete and true to the best of my knowledge and belief. I hereby waive all provisions of law forbidding my physician or other person who has attended or examined me or who may hereafter attend or examine me, colleges or universities which I attended, or past employers, from disclosing any knowledge or information which they thereby acquired relevant to my employment and I hereby consent that they may disclose such knowledge or information to the Division of Personnel, Department of Administrative Services.

SIGNATURE OF APPLICANT: _Barbra A. Williams_

Subscribed and duly sworn before me according to law, by the above named applicant this _15th_ day of _January_

19 _87_ at _Middletown_, County of _Butler_ and State of _Ohio_

Signature of officer: _George A. Meloy III_

Official Title: _____

GEORGE A. MELOY, III, Notary Public
STATE OF OHIO
My Commission Expires October 13, 1989