# OHIO CIVIL SERVICE APPLICATION

**SECTION I – PERSONAL INFORMATION**  
EQUAL OPPORTUNITY EMPLOYER

SOCIAL SECURITY NO. ~~█████~~ 3403

LAST NAME: King   FIRST NAME: Brenda   MIDDLE INITIAL: K

STREET ADDRESS: 1228 Young St

CITY: Middletown   STATE: OH   ZIP CODE: 45044

COUNTY: Butler   (OPTIONAL) WORK NUMBER: BCOHS

PHONE: AREA CODE 513   HOME NUMBER: 423-9951

---

**APPLICANTS FOR CIVIL SERVICE EXAMINATION PLEASE READ**

**MINIMUM QUALIFICATIONS**
To qualify for a requested examination, applicant must show clearly, by stated experience or training, that he/she meets all the minimum qualifications specified in the announcement bulletin. Failure to do so will result in your application being disapproved.

**MILITARY CREDIT CLAIM**
In order to claim military service credit on your exam score, check the box below. Honorable Discharge or DD214 or copy thereof must be submitted with this application.

[ ] MILITARY CREDIT

**ARE YOU INTERESTED IN:**

|  | YES | NO |
|---|---|---|
| FULL-TIME PERMANENT work? | ✓ |  |
| PART-TIME work? |  | ✓ |
| TEMPORARY work? |  | ✓ |
| INTERMITTENT work? |  | ✓ |
| SUMMER work only? |  | ✓ |

**CURRENT EXAMINATIONS REQUESTED**

| EXAM NO. | EXAM TITLE | APP | DIS |
|---|---|---|---|
| 12422 | Office Machine Opr. 2 | | |

DEADLINE: _____

---

Please check below the counties where you would be willing to accept employment. You are encouraged to limit the list of counties to only those counties where you would seriously consider working.

| | | | | |
|---|---|---|---|---|
| Adams | Darke | Hocking | Miami | Scioto |
| Allen | Defiance | Holmes | Monroe | Seneca |
| Ashland | Delaware | Huron | Montgomery | Shelby |
| Ashtabula | Erie | Jackson | Morgan | Stark |
| Athens | Fairfield | Jefferson | Morrow | Summit |
| Auglaize | Fayette | Knox | Muskingum | Trumbull |
| Belmont | Franklin | Lake | Noble | Tuscarawas |
| Brown | Fulton | Lawrence | Ottawa | Union |
| Butler ✓ | Gallia | Licking | Paulding | Van Wert |
| Carroll | Geauga | Logan | Perry | Vinton |
| Champaign | Greene | Lorain | Pickaway | Warren |
| Clark | Guernsey | Lucas | Pike | Washington |
| Clermont | Hamilton | Madison | Portage | Wayne |
| Clinton | Hancock | Mahoning | Preble | Williams |
| Columbiana | Hardin | Marion | Putnam | Wood |
| Coshocton | Harrison | Medina | Richland | Wyandot |
| Crawford | Henry | Meigs | Ross | |
| Cuyahoga | Highland | Mercer | Sandusky | |

---

**INFORMATION RELEASE**

I hereby authorize the release of this form to appropriate officials for recruitment purposes.

Applicant Signature: *Brenda King*

Date: 10-3-88

ADM-4268 (Rev. 10/83)

**PLAINTIFF'S EXHIBIT 768-1 1-4**

## SECTION II — EXPERIENCE

In the areas below, please type or print legibly past work experience beginning with the most recent employment. If the title and duties changed materially in the course of your service in any one organization, indicate such changes clearly and as separate employments. Attach extra sheets if necessary. Volunteer work may also be included as employment. NOTE: A resume may not be used as a substitute for completing this page.

**PRESENT OR MOST RECENT JOB:**
Employer's name and address: 300 N. Fair Ave   BCDHS - Hamilton, OH 45011
Length of employment: FROM: mo. 6 yr. 88   TO: mo. 10 yr. 88
Reason for leaving: presently working
Position (job title and classification): Asst. Control part-time thermitt   Salary: beginning 6.65   ending 6.65
Duties Performed: Status sheet - put input into computer, check status sheet for errors, mail - process A&10C Registration, process daily registration, relieves co worker of some of their work

**NEXT MOST RECENT JOB:**
Employer's name and address: 159 City Centre Mart   BCOHS - Middletown, OH 45044
Length of employment: FROM: mo. 3 yr. 88   TO: mo. 6 yr. 88
Reason for leaving: 2-mo. hire.
Position (job title and classification): Typist #2   Salary: beginning 6.65   ending 6.65
Duties Performed: Process EPSDT records, Run envelopes, and Servey Daily, made new cases, closed old cases, transfers, redes.

Employer's name and address: Elder - Beerman Stores Corp. Towne Mall 3459 Towne, Middletown OH, 45042
Length of employment: FROM: mo. 8 yr. 85   TO: mo. 2 yr. 86
Reason for leaving: Job transferred to Hamilton, due to store closing, with ten hrs. weekly.
Position (job title and classification): Cashier/Clerk   Salary: beginning $3.35   ending $3.55
Duties Performed: Operated cash register, Customer service, and handled money.

Employer's name and address: Cook United Incorporated (formerly Rink's) 16501 Rockside Rd., Cleveland OH 44137
Length of employment: FROM: mo. 8 yr. 78   TO: mo. 4 yr. 84
Reason for leaving: Job terminated, due to store closing.
Position (job title and classification): Cashier/Clerk   Salary: beginning $2.95   ending $4.65
Duties Performed: Operated cash register, Customer service, handled money & stock merchandised.

Employer's name and address: Frischs Big Boy Restaurant 1800 Germantown Rd, Middletown, OH 45044
Length of employment: FROM: mo. 8 yr. 78   TO: mo. 7 yr. 79
Reason for leaving: Became full-time for Cook United Inc.
Position (job title and classification): Carhop   Salary: beginning $1.90 plus tip   ending 2.40 plus tip
Duties Performed: Delivered food to customer, collect money & kept area clean.

PLAINTIFF'S EXHIBITS
PLAINTIFF'S EXHIBITS
768-2

## SECTION IV — MISCELLANEOUS

THE FOLLOWING INFORMATION WILL BE USED ONLY IF IT IS DIRECTLY RELATED TO THE CLASSIFICATION/POSITION FOR WHICH YOU ARE APPLYING

|   | YES | NO |
|---|---|---|
| 1. Are you willing and able to secure an Ohio Driver's License, if a license is required? | ☑ | ☐ |
| 2. If necessary, can you supply your own transportation for work use? | ☑ | ☐ |
| 3. Have you ever been employed in the state or county service of Ohio? | ☐ | ☑ |
| 4. Have you been convicted of any felony? | ☐ | ☑ |
| 5. Can you perform the job-related requirements of the specific job for which you are applying? | ☑ | ☐ |

If you have answered "YES" to question 3 or 4 or "NO" to question 5, please explain fully below, indicating by number to which question you are responding.

___

### EMERGENCY INFORMATION
List the name and address of ONE PERSON WHO WILL ALWAYS KNOW YOUR WHEREABOUTS.

| NAME | ADDRESS | CITY | STATE | ZIP CODE | PHONE |
|---|---|---|---|---|---|
| Eula Brundidge | 1217 Young St. | Middletown | OH | 45044 | 423-9951 |

### REFERENCES
Please list the names and addresses of three individuals, other than relatives, whom we may contact for a PROFESSIONAL RECOMMENDATION.

| NAME | ADDRESS | CITY | STATE | ZIP CODE | PHONE |
|---|---|---|---|---|---|
| Mrs. Peggy Powell | BCOHS | Ham. | OH | 45011 | Ext 4191 |
| Mrs. Sue Takach | 303 Ardmore Dr. | Middletown | OH | 45042 | 423-6612 |

### PREVIOUS ADDRESSES
Please list TWO MOST RECENT PREVIOUS HOME ADDRESSES with the date of residence for each previous address.

| ADDRESS | CITY | STATE | ZIP CODE | DATES OF RESIDENCE |
|---|---|---|---|---|
| 1228 Young St | Middletown | OH | 45044 | 6-84 – Present 6-88 |

APPLICATION WILL NOT BE ACCEPTED IF THIS OATH IS OMITTED. YOU MUST PERSONALLY APPEAR BEFORE A NOTARY PUBLIC OR OTHER AUTHORIZED OFFICIAL FOR THIS PURPOSE.

I solemnly swear or affirm that the answers I have made to each and all of the questions in this application are complete and true to the best of my knowledge and belief. I hereby waive all provisions of law forbidding my physician or other person who has attended or examined me or who may hereafter attend or examine me, colleges or universities which I attended, or past employers, from disclosing any knowledge or information which they thereby acquired relevant to my employment and I hereby consent that they may disclose such knowledge or information to the Division of Personnel, Department of Administrative Services.

SIGNATURE OF APPLICANT: *Brenda King*

Subscribed and duly sworn before me according to law, by the above named applicant this **3** day of **October** 19**88** at **Hamilton**, County of **Butler** and State of **Ohio**

Signature of officer: *Betty Proctor*

BETTY PROCTOR
Notary Public, State of Ohio
Official Title: Notary
My Commission Expires Aug. 23, 1990

PLAINTIFF'S EXHIBITS

768-3

## SECTION III – EDUCATION AND TRAINING

### EDUCATION

Total number of years of education, including primary school: __13½ yrs__

Highest academic degree or level attained: __1½ toward associate degree.__

Name and address of school, college or university where degree attained. If no degree, last school attended: __South Western College of Business   1830 Yankee Rd.   Middletown, OH 45042__

Major subject area for graduate degree, if any: __Business Admin / Computer Science.__

Major subject area for graduate study without a degree, if any: __N/A__

Major subject area for undergraduate degree, if any: __N/A__

Major subject area for undergraduate study without a degree, if any: __N/A__

Minor subject area(s) for undergraduate degree, if any: __N/A__

If applying for a student help or college intern position, please list the school you are attending: ____

---

Please list below the specific course work areas relevant to the position(s) for which you are applying. Also, indicate the number of courses you have successfully completed in each area. **NOTE:** A transcript may not be substituted for this section.

| EXAMPLE ONLY | A list of course work areas for a position as a purchasing agent might include: | | COURSE WORK AREA | NO. OF COURSES |
|---|---|---|---|---|
| COURSE WORK AREA | NO. OF COURSES | | Typing | 2 |
| Procurement | 6 | | Office procedure | 4 |
| Inventory control | 3 | | I.O.E. (Internation Office Education) | 2 yrs program |
| Bookkeeping | 3 | | | |
| Public relations | 1 | | | |
| Government | 1 | | | |
| Budgeting | 1 | | | |

---

### TRAINING AND OTHER QUALIFICATIONS

If applying for a clerical position: TYPING SPEED: __46 wpm__  SHORTHAND SPEED: ____

If you have received TRAINING in an area which you feel is relevant to the position(s) for which you are applying, please submit the following information (do not include training gained as a part of your education as described above):

| Type of Training | Organization | Length of Training | Subject(s) Covered |
|---|---|---|---|

PLAINTIFF'S EXHIBITS
768-4

In the area below, please describe briefly any additional information or special qualifications you have for the position(s) requested. Include special machines or equipment you operate, hobbies which have taught you qualifying skills, etc.

__I.O.E. 2 yrs program, I had taken at Middletown Senior High School. (Deals with photo reproduction & office procedures.__