Brenda K. Hurston
1812 Grand Ave.
Middletown, OH 45044
PH-513-420-9692

August 30, 2004

Ohio Department of Administrative Services
Human Resources Division
Office of County Services
PH-614-466-0901
FX-614-728-3046

Attn: Sharon Stevens/Supervisor

Dear Ms. Stevens:

Thank you for taking the time to address my questions regarding my concerns about personnel action forms, my personnel file and higher classification issues on Friday, August 27, 2004.

Please submit your response in writing regarding my concerns. My questions are as follow:

1. Are Butler County Department of Jobs and Family Services listed on your roster to submit personnel action forms to you regarding their employees?

2. If so, when are Butler County Department of Jobs and Family Services required to submit personnel action forms?

3. Is the submission of personnel action forms a requirement by law?

4. What percentage of the time do you need to perform higher-level duties in order to be change to that higher classification?

5. Will you please send me a copy of your Machine Operator 2 job position?

6. Will you please send me a copy of your Purchasing Assistant 1 job position?



1

7.   Will you please send me a copy of your Social Administrator 1 job position?

8.   Will you please send me a copy of your procurement job position?

Thank you for your kind consideration regarding this matter.

                                            Sincerely,

                                            *Brenda K. Hurston*

                                            Brenda K. Hurston

PLAINTIFF'S EXHIBITS

769-2

Brenda K. Hurston
1812 Grand Ave.
Middletown, OH 45044
PH-513-420-9692

August 30, 2004

Ohio Department of Administrative Services
Human Resources Division
Office of County Services
PH-614-466-0901
FX-614-728-3046

| | |
|---|---|
| TO: | **SHARON STEVENS/SUPERVISOR** |
| FROM: | **BRENDA K. HURSTON** |
| RE: | **REQUEST FOR COMPLETE PERSONNEL FILE** |
| FX: | 614-728-3046 |
| S.S.No: | ███-3403 |
| PCN: | 11410.0, 11309.0, 11302.0, 1101.0, and 12106.0 |
| Class No: | 12422 |
| Class Title: | OFFICE MACHINE OPERATOR 2 |
| MEMO: | Please send me a complete copy of my personnel file. If you have any questions regarding this matter, please do not hesitate to call me at 1-(513)-420-9692. Also, please let me know how much it is for each copy. My address is above or you can fax at 1-(513)-420-9692. Enclosed I have attached a two-page letter, I will put a hardcopy in the mail to you. |

Thank you for your kind consideration regarding this matter.

Sincerely,

*Brenda K Hurston*
Brenda K. Hurston

PLAINTIFF'S EXHIBITS

769-3

1