FILED
JAMES BONINI
CLERK

05 MAY -6 PM 4: 31

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | **CASE NO. C-1-01-313** |
| Plaintiff | : | Judge Weber; Black M.J. |
| -vs- | | |
| | : | **NOTICE OF FILING THE** |
| BUTLER COUNTY DEPT. OF | | **AFFIDAVIT OF** |
| JOB AND FAMILY SERVICES | | **RICHARD L. SHIPP (FORENSIC** |
| | | **DOCUMENT EXAMINER)** |

COME NOW, Plaintiff, Brenda K. Hurston hereby gives notice of the filing of the affidavit of Richard L. Shipp (Forensic Document Examiner), which is being submitted in support of plaintiff's response motion and memorandum in opposition to defendant's motion of summary judgment and motion to strike exhibits previously filed herein on April 8th , 2005.

Respectfully submitted,

*Brenda K. Hurston*

Brenda K. Hurston
1812 Grand Avenue
Middletown, OH 45044
(513) 420-9692

### CERTIFCATE OF SERVICE

I, Brenda K. Hurston, hereby certify that a true and correct copy of the within was sent by regular mail to Jack C. McGowan, Attorney for Defendant, Butler County Department of Job and Family Services, 246 High Street, Hamilton, Ohio 45011, this 6th, day of May 2005.

*Brenda K. Hurston*

Brenda K. Hurston, Plaintiff, Pro Se

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | **CASE NO. C-1-01 313** |
| Plaintiff | : | M.J. Judge: Timothy S. Black |
| -vs- | : | |
| BUTLER COUNTY DEPT. OF | : | **AFFIDAVIT OF** |
| JOB AND FAMILY SERVICES | | **Richard L. Shipp/Handwriting** |
| | : | **Identification Expert** |
| Defendants | | |

::: ::: ::: ::: ::: ::: :::

STATE OF OHIO            )
                                      :
COUNTY OF BUTLER    )


**AFFIDAVIT OF RICHARD L. SHIPP IN SUPPORT OF PLAINTIFF'S**
**RESPONSE IN OPPOSITION OF SUMMARY JUDGMENT AND MOTION TO**
**STRIKE EXHIBITS**


Richard L. Shipp, being first duly sworn on oath and with personal knowledge of
the information contained herein, respectfully states to the U.S. District Court as follows:

1.  I am over eighteen years of age and am competent to testify as to the matters here
    set forth.

2.  My gender is male and my racial identity is <u>Caucasian</u>                              .
                                                                                    (*race*)

3.  I reside at <u>1276 Meadowbright Ln Mt. Washington</u>                          .
                              (*Number/Street*)

    City of <u>Cincinnati</u> , County of <u>Hamilton</u>                                    .


    State of <u>Ohio</u> , Zip Code <u>45230</u>                      .


4.  My telephone number is (*including area code*) <u>1-(513)-232-0844</u>                .

5.  My statement concerns the verification of the authenticity of the handwriting identification of M. Lynn Watkins/Mitchell (see exhibits 3-(37-39); 3-(54-56); 3-74; 74½; 42; 38-(1-11); 97-(1-4); and 97(6 & 7) that were submitted to me by Brenda K. Hurston for examination.

6.  I am presently employed as a Forensic Document Examiner or Handwriting Expert with 41 years of experience (see exhibit 97-5).

7.  REVIEW OF THE EXHIBITS:
    The questioned exhibits were all of Plaintiffs 3-37 thru 39, 3-54 thru 3-56.  Also, questioned were initials "lm" on Plaintiffs 38-3 and 38-5.
    The known exhibits were Plaintiffs 3-74, 3-74½, 42, 97-4, 97-6 and 97-7.

8.  DISCUSSSION AND OPINIONS:
    Study, examination and comparison of the questioned and known exhibits resulted in the following:

    (a)  There is evidence that indicates Lynn Watkins/Mitchell wrote Plaintiff exhibits 3-37 thru 3-39 and 3-54 thru 3-56, however the evidence falls short of that necessary to support a definite conclusion.

    (b)  The initials "lm" on Plaintiffs exhibits 38-3 and 38-5 were probably written by the writer of the "lm" on Plaintiffs exhibit 3-74.

9.  All of the documents furnished by Brenda Hurston were returned to her by Certified Mail.

10. This document examination was complicated by the fact that most original documents were not available for examination, and that the amount of known documents were less than would have been desired.

2

I declare under penalty that the foregoing is true to the best of my knowledge and belief.

_____    Date: _____
Richard L. Shipp
Handwriting Identification Expert


SUBSCRIBED AND SWORN TO before me this _____ day of April, 2005.


Notary Public

DAWN MICHELLE WILSON
Notary Public, State of Ohio
My Commission Expires March 3, 2008

3

BCDHS-29 (B)

Requested by: _____ BUTLER CO. DEPT. OF HUMAN SERVICES _____   No. in Family _____

Address: _____ 300 N. FAIR AVE., HAMILTON OH 45011 _____   Date _____ 7-12-93 _____

THIS ORDER NOT TO EXCEED

$ 1,774.75

O.P.I. PRINT SHOP
P.O. BOX 511
COLUMBUS, OH 43216
ATTN:  LARRY KRIST

To Any Authorized Vendor:

Please furnish the following items or service to  BCDHS (ABOVE ADDRESS)

for a period limited to _____ ONCE _____   beginning _____ 7-13-93 _____
                        (# days, weeks, months)           (Date)

| Quantity | Code | Item or Services Authorized | Unit Cost | Totals |
|---|---|---|---|---|
| 16,000 | 010-20 | BCDHS 4113 FORM — White original, first copy yellow, second copy pink, 8½" x 11", individually wrap 100/pk. (one original and two copies, perforated at top). | | 1072.00 |
| | | SEE ATTACHED | | 499.00 |
| 8,000 | 010-20 | BCDHS 137 FORM — White original, first copy yellow, second copy pink, 8½" x 11", individually wrap 100/pk, (one original and two copies, perforated at top). | | |
| | | SEE ATTACHED | | |
| 4,000 | 010-20 | BCDHS 4550 FORM— White original and one copy, 8½"x11", individually wrap 100/pk, (one original and one copy, perforated at top). | | 203.75 |
| | | SEE ATTACHED | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Authorized by: _____ Randall Chafins _____
                   (Caseworker)

Approved by: _____ Tony Calender _____
                 (Supervisor)

Give
Mail _____ to CW __RC__ Clerk _____

FUND  659-21099-066

NOTICE TO VENDOR:

This form is for internal requisition only.  Do not accept this as an authorization for services or merchandise.  The Department of Human Services will not be responsible for subsequent charges.

PLAINTIFF'S
EXHIBITS

3-H

7-13-93

Upon receipt of County
PO mail samples &
originals per Brenda
Hurston

PLAINTIFF'S
EXHIBITS

3-74 ½

5-7-90

Dianne Lee Logsdon, Betty Proctor

Brenda King, Lynn Mitchell

Larry Watkins - Ohio Council 8

BK  Falsification charges were going to be filed as
Betty Proctor and Linda Duff couldn't confirm
Brenda's appointment on 4/23/90. BP asked BK
if she could contact doctor. Nurse at Dr's office
specified that BK didn't have an appointment. BK
advised BP to call back because Dr. told
BK to come the same time so her sister's appt.
4-30-90 BP & LD called BK into personal office
and stated that BK didn't have appt and her
time off wouldn't be paid. Questioned BK about
falsifying doctor statement. 5-1-90 BK again
questioned by BP & LD and stated that
BK's appt verified and she would be paid
for time off. Lynn Mitchell present @ this meeting
(I want an apology.)

DP  Since BK didn't have appt according to nurse at
DR's office, her time sheet requesting time off
was of concern regarding falsification. (Later write
nurse at DR's office confirm that BK did
the DR.)

LW  BK's doctor's statement was from DR's office.
Statement provided. BK needed to view the type

PLAINTIFF'S
EXHIBITS
3-37

of shoes she wears. Employees bringing in
Doctor's statement should be sufficient enough.

DL.   Deanne apologized for BK's inconveniences during this
      problem. BK extremely upset with administration

BK.   BK was upset about even being brought up on the
      falsification charges which weren't substantiated
      BK never reluctant about providing issues
      concerning this matter. 4-30-90 issued a written
      reprimand and disapprove sick leave by LD.
      BP & LD then wanted BK to sign the written
      reprimand. BK refused to sign the reprimand.

BP    4-24-90 Spoke with Brenda regarding the statement
      from doctor (condition not on statement)
      4-30-90 Time of sick leave disapproved & falsified time
      sheet with written reprimand. Two nurses stated
      BK not a patient and not on the appt book.
      Doctor not in and unavailable to speak with Betty.

DL    Doctor should have notified his staff that BK
      was in the office. Wasn't on the appt book
      Unfortunate incident where questions were raised after
      first contacting doctor's office. Doctor's office gave
      incorrect information.

PLAINTIFF'S
EXHIBITS

3-38

DL    I have apologized as the director. BP & LD didn't act inappropriately as the questions which came up. Misinformation supplied by doctors office.

LW    Ask BP why she didn't question the nurses as to how BK received the doctor's statement. All this could have been avoided if LD & BP had apologized once the doctor confirm appt.

DL    Confusion began with contacting DR's office. Ask BK if there was any futher questions and if she wanted to speak about anything else.

BK    No I don't have any questions. Why are my shoes out of dress code. Her other shoes weren't addressed until she purchased the new shoes.

DL    I don't consider those dress shoes.

PLAINTIFF'S
EXHIBITS

3-39

7-13-93

Upon receipt of County
P.O. Maile samples &
originals per Brenda
Hurston

PLAINTIFF'S
EXHIBITS

3-74 ½



Evaluation Hearing

Dianne Logsdon, Linda Duff

Brenda King, Lynn Mitchell

Larry Watkins - Ohio Council 8

BK    #5 - Average rating, because always willing to do what is ~deserved~
      ask of duties to be performed. LD needs to be more
      specific in directives of duties requested.

LD    BK approached LD in very hostile manner and gave
      LD no indication of misunderstanding orders requested.

      Form requested by LD wasn't specific about how to
      complete form to satisfactory

LW    Willingness to accept responsibly has been shown by
      reorganizing mail room + forms requested throughout
      agency use.

BK    Shredder - using shredder was causing white particles
      to be flying into mail room area. Ask LD to do
      something about flying paper from shredder - obtain
      caps for hair. Discussed this with Roy Kadle. LD stressed
      "You will do this" BK never refused to do this

DL    Supervisor has right to ask job duties but must be
      professional in attitude and manner of speech.

BK    Ask to do all the "dirty jobs." LD + other staff
      in group talking about happenings of the morning weekend

DL   Misunderstandings are taking place. BK acknowledges not working outside of job classification.

BK   Other employees aren't requested to do jobs requested by LD. Socializing of other employees within unit at times of groups but I am expected to work while they socializing. LD has very negative attitude toward me.

DL   Considerable discussion and debates by your own admission before completing tasks.

BK   LD always makes an argument out of questions that I ask.

DL   Do you have suggestions or remedies between you & L.D.

BK   Show more respect to me

LD   Printing – Averages 1-90 thru 4-90   944 per hour after factoring out coverage of other duties. They ready to print.

LW   Pre-copy forms & place in rates.

DL   We only print orders by requisition because forms can change and become obsolete. Copies printed out by machines. Come up with accurate time spent of printing.

BK   #17 ~~xxxxx~~ I have been given responsibilities on my own and able to adjust to change and being flexible LD now in midd office and working on my own and working out quite well. LD needs to attend management classes.

PLAINTIFF'S
EXHIBITS

3-55

D L    Quantity Work—} Willing to look at measuring or observing
Printing Time —} time spent during job duties.

BK All 4 ratings be changed to 3 ratings

Linda prejudice against blacks. Smart remarks made
to myself. Felt pressure from LD, Rude toward me,
Unforgiving & vindictive toward me.

D.L.    BK's attitude toward LD must be professional and
courtesy. BK needs to work toward a decent working
relationship.

D L to get back with an answer

PLAINTIFF'S
EXHIBITS
3-56

# J.A. Kindel Co.

**PACKING LIST AND RETURN FORM**

FOR INTERNAL USE ONLY

SHIPPING ORDER #: **200547**

| | |
|---|---|
| DATE/TIME: | 6/18/93  12:56 |
| SALES REP: | JKT |
| B/O FROM: | |
| SOURCE: | |
| PAGE: | 1   KW/WHSE   P/L |

RA # _____
Call Tag # _____
Received At JA Kindel By: _____
Date _____

# Of Pieces _____

Ship Via _____

**WAREHOUSE LOCATION**

CUSTOMER #

PUR/ORDER #

| STOCK NUMBER / DESCRIPTION | S/H/P/O | B/O | QUANTITY SHIPPED | QUANTITY ORDERED | UM | QTY RETURN | UM | RETURN CODE |
|---|---|---|---|---|---|---|---|---|
| | | | | 18 EA | | | | |
| | | | | 24 EA | | | | |
| | | | | 6 DZ | | | | |
| | | | | 36 | | | | |
| | | | | 25 EA | | | | |
| | | | | | | 20 | | |

**REASON FOR RETURN (select code)**

A. Cust. Order Wrong   F. Repair
B. Damaged             G. Bad Sub.
C. Defective           H. Rec'v Wrong Merch.
D. Duplicate Del       I. Data Entry Error
E. Overshipment

**RETURN PROCEDURE:** When returning merchandise please follow these instructions to insure a speedy return and the proper credit.

1. Fill out this RETURN form completely. This information is needed to accurately process your credit.
2. CALL your J.A.K. customer service representative so we may set up a time to pick up your return or advise you otherwise.
3. REPACK items in its manufacturer's box, place that in a shipping carton with this RETURN form. Return merchandise must be in resaleable condition.
4. The LABEL on this sheet must be taped to outside of shipping carton. Take return to your DOCK for pick up.

**RETURN POLICY:** Each return must meet the following criteria in order to be picked-up.

1. Keep manufacture box so that the return is in saleable condition.
2. Dated merchandise (calendars) are returnable only up to Jan. 1st of the year that calendar is dated.
3. Items purchased out of our catalog are returnable provided they are in resaleable condition.
4. The value of item(s) must exceed $10.00 or more.
5. Item(s) valued less than $10.00 will not be picked up, but WILL BE CREDITED. Please call your J.A.K. customer service representative for credit.

**DAMAGED MERCHANDISE:** In the event an order is received damaged, please report this to J.A.K. within 48 hours to quickly process an exchange or credit.

PLAINTIFF'S EXHIBIT
38-1

# J.A. Kindel Co.

## PACKING LIST AND RETURN FORM

905 E. WAYNE AVE
CINCINNATI, OHIO 45215
(513) 728-5600

**CUSTOMER #** 0028070.840

**WAREHOUSE LOCATION**

BUTLER CO. HUMAN SERVICES
ATTN: LYNN MITCHELL
905 SOUTH FAIR AVENUE
OH' 45011

**PUR/ORDER #** RESH0075

| S H I P T O | B/O | QUANTITY SHIPPED | QUANTITY ORDERED | U/M | QTY RETURN | U/M | RETURN CODE |
|---|---|---|---|---|---|---|---|

BUTLER CO. HUMAN SERVICES
ATTN: LYNN MITCHELL WARSTON
905 SOUTH FAIR AVENUE
BUTLER OH 45011
C. HUMAN SERVICES

RECEIVED
JUL 7 1993

Received At JA Kindel By:

Date _____

**FOR INTERNAL USE ONLY**

| SHIPPING ORDER # | 200947 |
|---|---|
| DATE/TIME: | 6/18/93  12:59 |
| SALES REP.: | JKT |
| B/O FROM: | |
| SOURCE: | KW/WHSE |
| PAGE: | 2  PL  FL |

RA # _____

Call Tag # _____  Ship Via _____

# Of Pieces _____

| WAREHOUSE LOCATION | STOCK NUMBER DESCRIPTION |
|---|---|
| | 9 DE-N27-17B  (124243  ** MARKER, LGE, CHSL, BK  (175,#270)  12EA/PK,12BX/CS |
| | SUPPLY,  (157980  DISPENSER TAPE, PY  841668  12EA/CS |
| | PE-KR0220  (540179  RAD LEGL CA B 5X11.75 PEPE  PEK20220  102 PK,807/CS |
| | PE-KR0220  (540186  **R.U.D  PK A114334  PEK23-000  12EA/PK,12PK/CS |
| | 6 PE-KJ08A  (947495  BROAD REG, 9.5X11,204,IPT  9511-020E  2700/CT |
| | 1 DU-RMM1S0B2  (127955  BATTERIES,SIZE AA  AL1730535RA-Y815-2 |

Quantities (handwritten):
- 270
- 230
- 1520
- 1360
- 1570
- 1020

Quantity Ordered:
- 36 EA
- 12 EA
- 12 DZ
- 288 EA
- 20 CT
- 24 PK

C. Duelling
6-31-93

**TOTAL QTY**

## REASON FOR RETURN (select code)

A. Cust. Order Wrong  F. Repair
B. Damaged  G. Bad Sub.
C. Defective  H. Rec'v Wrong Merch.
D. Duplicate Del.  I. Data Entry Error
E. Overshipment

**RETURN PROCEDURE:** When returning merchandise please follow these instructions to insure a speedy return and the proper credit.

1. Fill out this **RETURN** form completely. This information is needed to accurately process your credit.
2. **CALL** your J.A.K. customer service representative so we may set up a time to pick up your return or advise you otherwise.
3. **REPACK** items in its manufacturer's box, place that in a shipping carton with this **RETURN** form. Return merchandise must be in resaleable condition.

The **LABEL** on this sheet must be taped to outside of shipping carton. Take return to your **DOCK** for pick up.

**RETURN POLICY:** Each return must meet the following criteria in order to be picked up.

1. Keep manufacturer box so that the return is in saleable condition.
2. Dated merchandise (calendars) are returnable only up to Jan. 1st of the year that calendar is dated.
3. Items purchased out of our catalog are returnable provided they are in resaleable condition.
4. The value of item(s) must exceed $10.00 or more.
5. Item(s) valued less than $10.00 will not be picked up, but WILL BE CREDITED. Please call your J.A.K. customer service representative for credit.

**DAMAGED MERCHANDISE:** In the event an order is received damaged, please report this to J.A.K. within 48 hours to quickly process an exchange or credit.

PLAINTIFF'S EXHIBIT
38-2

# J.A. Kindel Co.

**PACKING LIST AND RETURN FORM**

| WAREHOUSE LOCATION | STOCK NUMBER DESCRIPTION | B.O. | QUANTITY SHIPPED | QUANTITY ORDERED | U/M | QTY RETURN | U/M | RETURN CODE | REASON FOR RETURN (select code) |
|---|---|---|---|---|---|---|---|---|---|

**CUSTOMER #**   002002 240

**PUR/ORDER #**

BUTLER CO. HUMAN SERVICES
ATTN: LYNN MITCHELL
300 NORTH FAIR AVENUE
HAMILTON   OH   45011

SHIP TO:
BUTLER CO. HUMAN SERVICE
ATTN: BRENDA HURSTON
300 NORTH FAIR AVENUE
HAMILTON, OHIO

RECEIVED
JUL 16 1993
BUTLER COUNTY DEPARTMENT
OF HUMAN SERVICES

SHIPPING ORDER # 2009 13

| DATE/TIME: | 6/16/93   12:40 |
| SALES REP: | JKT |
| B/O FROM: | |
| SOURCE: | KW/WHSE |
| PAGE: | 1 |

FOR INTERNAL USE ONLY

Cincinnati, Ohio 45215
(800) 798-5983

Call Tag #
For Credit, Call Kindel By:

PL   PL

Ship Via

# Of Pieces

Date

**REASON FOR RETURN (select code)**

A. Cust. Order Wrong   F. Repair
B. Damaged   G. Bad Sub.
C. Defective   H. Rec'v Wrong Merch.
D. Duplicate Del.   I. Data Entry Error
E. Overshipment

**RETURN PROCEDURE:** When returning merchandise please follow these instructions to insure a speedy return and the proper credit.

1. Fill out this RETURN form completely. This information is needed to accurately process your credit.
2. CALL your J.A.K. customer service representative so we may set up a time to pick up your return or advise you otherwise.
3. REPACK items in its manufacturer's box, place mail in a shipping carton with this RETURN form. Return merchandise must be in resaleable condition.
4. The LABEL on this sheet must be taped to outside of shipping carton. Take return to your DOCK for pick up.

**RETURN POLICY:** Each return must meet the following criteria in order to be picked up.

1. Keep manufacture box so that the return is in saleable condition.
2. Dated merchandise (calendars) are returnable only up to Jan. 1st of the year that the calendar is dated.
3. Items purchased out of our catalog are returnable provided they are in resaleable condition.
4. The value of item(s) must exceed $10.00 or more.
5. Item(s) valued less than $10.00 will not be picked up, but WILL BE CREDITED. Please call your J.A.K. customer service representative for credit.

**DAMAGED MERCHANDISE:** In the event an order is received damaged, please report this to J.A.K. within 48 hours to quickly process an exchange or credit.

PLAINTIFF'S EXHIBIT 38-3

# RETURN AUTHORIZATION

## J.A. Kindel Co.
Office Products & Furniture

**RA NO.**

**DATE**

**SALES REP.** JKT

**PAGE NO.**

**SOURCE**

**CREDIT NO.**

SOLD TO
```
BUTLER CO. HUMAN SERVICES
ATTN: LYNN MITCHELL
300 NORTH FAIR AVENUE
HAMILTON   OH 45011
```

RETURNED FROM
```
BUTLER CO. HUMAN SERVICES
ATTN: BRENDA PURSTON
300 NORTH FAIR AVENUE
HAMILTON, OHIO      45011
```

CONTACT: BRENDA   887-4435

Customer No.
Purchase Order No.   0570-440
                     REQ# 3986

| DISPOSITION CODE | VENDOR / WHSE | STOCK NUMBER | DESCRIPTION | QTY. RET'D | AUTH'D TO RETURN | UM |
|---|---|---|---|---|---|---|
| 1 LINE ITEMS | ROGERS<br>ROS 47521<br>292572 | 1 R3E5*7521 | 1 ELEV STCKING CHR,32K | 1 TOTAL QTY | 1 | PK |

**Note: This is your proof of return of merchandise.**

ORIGINAL SO # 263035

INVOICE NO. 7/26/93

Returned via _____   Call tag # _____

Please attach CALL TAG PICK UP RECEIPT to this sheet or have driver sign this sheet when merchandise is picked up.

Received _____ cartons.

Driver _____   Date _____

| | |
|---|---|
| 605 North Wayne Avenue | Cincinnati, OH 45215 | 513-733-9600 |
| 211 Market Street | Hamilton, OH 45011 | 513-863-4747 |
| 7668 McEwen Road | Dayton, OH 45459 | 513-435-7811 |
| 2416 Regency Road | Lexington, KY 40503 | 606-276-6600 |
| 529 South Broadway | Greenville, OH 45331 | 513-548-3198 |
| 121 S. Hite Ave. | Louisville, KY 40206 | 502-893-7288 |

PLAINTIFF'S EXHIBIT 38-4

# J.A. Kindel Co.

**PACKING LIST AND RETURN FORM**

CINCINNATI, OHIO 45215
(513) 733-7600

| SHIPPING ORDER #: | 286151 |
|---|---|
| DATE TIME: | 8/13/93   16:45 |
| SALES REP: | JKT |
| B.O FROM: | |
| SOURCE: | AW/WHSE |
| PAGE: | 1    P/L    PL |

**FOR INTERNAL USE ONLY**

RA # _____
Call Tag # _____
Received At: JA Kindel By: _____
Date _____    # Of Pieces _____
Ship Via _____

**CUSTOMER #** 005670 240

CTLEN CO HUMAN SERVICES
ATTN LYNN MITCHELL
500 REUTH PARK AVENUE
HAMILTON OH 45011

REA # 0075

S: BUTLER CO HUMAN SERVICES
H: ATTN GLENDA HINSTON
I: 500 RORTH PARK AVENUE
P: HAMILTON OHIO
T: 45011
O:

**PUR/ORDER #**

| WAREHOUSE LOCATION | STOCK NUMBER DESCRIPTION | B/O | QUANTITY SHIPPED | QUANTITY ORDERED | U/M | QTY. RETURN | U/M | RETURN CODE |
|---|---|---|---|---|---|---|---|---|
| FROM LINE 01013135 | 1 ES-830 #CARD INDEX 3X5 PLN WHI 92# | | 1250 | | | | | |
| | 2 610 100EA/PK 10PK/BX 10BX/CS | | | | | | | |
| FROM LINE X1023 | 2 10-RPN1500B2 (127335) # BATTERIES SIZE AA, 2/CD ALT/30536RA-YB15-2 | | 1050 | 30 | PK | | | |
| 2 LINE ITEMS | | | | 24 | CD | | | |
| | | | 54 | 54 TOTAL | | | | |

*Received 8.17.93*

**RETURN PROCEDURE:** When returning merchandise please follow these instructions to insure a speedy return and the proper credit.

1. Fill out the RETURN form completely. This information is needed to accurately process your credit.
2. CALL your J.A.K. customer service representative so we may set up a time to pick up your return or advise you otherwise.
3. REPACK items in its manufacturer's box, place that in a shipping carton with this RETURN form. Return merchandise must be in resaleable condition.
4. The LABEL on this sheet must be taped to outside of shipping carton. Take return to your DOCK for pick up.

**REASON FOR RETURN** (select code)

| | | | |
|---|---|---|---|
| A. | Cust. Order Wrong | F. | Repair |
| B. | Damaged | G. | Bad Sub. |
| C. | Defective | H. | Rec'v Wrong Merch. |
| D. | Duplicate Del. | I. | Data Entry Error |
| E. | Overshipment | | |

**RETURN POLICY:** Each return must meet the following criteria in order to be picked-up.

1. Keep manufacture box so that the return is in saleable condition.
2. Dated merchandise (calendars) are returnable only up to Jan. 1st of the year that calendar is dated.
3. Items purchased out of our catalog are returnable provided they are in resaleable condition.
4. The value of item(s) must exceed $10.00 or more.
5. Item(s) valued less than $10.00 will not be picked up, but WILL BE CREDITED. Please call your J.A.K. customer service representative for credit.

**DAMAGED MERCHANDISE:** In the event an order is received damaged, please report this to J.A.K. within 48 hours to quickly process an exchange or credit.

PLAINTIFF'S EXHIBIT 38-5

# J.A. Kindel Co.

**PACKING LIST AND RETURN FORM**

| WAREHOUSE LOCATION | STOCK NUMBER DESCRIPTION | B/O | QUANTITY SHIPPED | QUANTITY ORDERED | U/M | QTY RETURN | U/M | RETURN CODE |
|---|---|---|---|---|---|---|---|---|
| | B PE-PMWD00A | | )12335 | | | | | |
| | ##TAPE CELLO #603335 | | | | | | | |
| | 5 MM-M600-3/4-1 | | | | | | | |
| | P-KB5200 | (9435060 | ) 1945 | | | | | |
| | ##PAPER BOND PK 1945 | | | | | | | |
| | 4 EM-D153L | | | | | | | |
| | ##XFOLDER, 1/3 LTT570 100/BX 5BX/CS | | | | 1575 | 5 BX | | |

PLAINTIFF'S EXHIBIT 38-6

FOR INTERNAL USE ONLY

RA #
Call Tag #
Received At JA Kindel By:
Date        # Of Pieces        Ship Via

**REASON FOR RETURN** (select code)

A. Cust. Order Wrong   F. Repair
B. Damaged             G. Bad Sub.
C. Duplicate Del.      H. Rec'v Wrong Merch.
D. Duplicate Del.      I. Data Entry Error
E. Overshipment

**RETURN PROCEDURE:** When returning merchandise please follow these instructions to insure a speedy return and the proper credit.

1. Fill out this **RETURN** form completely. This information is needed to accurately process your credit.
2. **CALL** your J.A.K. customer service representative so we may set up a time to pick up your return or advise you otherwise.
3. **REPACK** items in its manufacturer's box, place that in a shipping carton with this **RETURN** form. Return merchandise must be in resaleable condition.
4. The **LABEL** on this sheet must be taped to outside of shipping carton. Take return to your **DOCK** for pick up.

**RETURN POLICY:** Each return must meet the following criteria in order to be picked-up.
1. Keep manufacture box so that the return is in saleable condition.
2. Dated merchandise (calendars) are returnable only up to Jan. 1st of the year that calendar is dated.
3. Provided they are in resaleable condition.
4. The value of item(s) must exceed $10.00 or more. Items valued less than $10.00 will not be picked up, but WILL BE CREDITED. Please call your J.A.K. customer service representative for credit.

**DAMAGED MERCHANDISE:** In the event an order is received damaged, please report this to J.A.K. within 48 hours to quickly process an exchange or credit.

# J.A. Kindel Co.

**PACKING LIST AND RETURN FORM**

| WAREHOUSE LOCATION | STOCK NUMBER DESCRIPTION | B/O | QUANTITY SHIPPED | QUANTITY ORDERED | U/M | QTY. RETURN | U/M | RETURN CODE |
|---|---|---|---|---|---|---|---|---|
| | | | 0 | 2 | EA | | | |
| | | | 12 | 12 | EA | | | |
| | | 5 | 0 | 5 | 3X | | | |
| | | | 12 | 12 | EA | | | |
| | | | 24 | 24 | EA | | | |
| | | 10 | | 10 | EA | | | |

**SHIPPING ORDER #**  29450B

**FOR INTERNAL USE ONLY**

DATE/TIME:
SALES REP:
B/O FROM:
SOURCE:
PAGE: 1

RA #
Call Tag #
Received At JA Kindel By:
Date
# Of Pieces
Ship Via

PLAINTIFF'S EXHIBIT 38-7

**REASON FOR RETURN (select code)**

A. Cust. Order Wrong  F. Repair
B. Damaged  G. Bad Sub.
C. Defective  H. Rec'v Wrong Merch.
D. Duplicate Del.  I. Data Entry Error
E. Oversnipment

**RETURN PROCEDURE:** When returning merchandise please follow these instructions to insure a speedy return and the proper credit:
1. Fill out this **RETURN** form completely. This information is needed to accurately process your credit.
2. **CALL** your J.A.K. customer service representative so we may set up a time to pick up your return or advise you otherwise.
3. **REPACK** items in its manufacturer's box, place that in a shipping carton with this **RETURN** form. Return merchandise must be in resaleable condition.
4. The **LABEL** on this sheet must be taped to outside of shipping carton. Take return to your DOCK for pick up.

**RETURN POLICY:** Each return must meet the following criteria in order to be picked-up.
1. Keep manufacture box so that the return is in saleable condition.
2. Dated merchandise (calendars) are returnable only up to Jan. 1st of the year that calendar is dated.
3. Items purchased out of our catalog are returnable provided they are in resaleable condition.
4. The value of item(s) must exceed $10.00 or more item(s) valued less than $10.00 will not be picked up, but WILL BE CREDITED. Please call your J.A.K. customer service representative for credit.

**DAMAGED MERCHANDISE:** In the event an order is received damaged, please report this to J.A.K. within 48 hours to quickly process an exchange or credit.

# PACKING LIST AND RETURN FORM

# J.A. Kindel Co.

435 MAIN STREET
HAMILTON OH 45013
(513) 863-4747

| | | |
|---|---|---|
| SHIPPING ORDER #: | | 4810 7583-00 |
| DATE/TIME: | 03/11/94 | 12:34 |
| SALES REP: | JKT | /kweather |
| B/O FROM: | | |
| SOURCE: | | |
| PAGE: | 1 | Phone;Warehouse PL WHSE |

**FOR INTERNAL USE ONLY**

CUSTOMER # H02870    240-0001

S O L D
T O

BUTLER CO. HUMAN SERVICES
ATTN: LYNN WATKINS
300 NORTH FAIR AVENUE
HAMILTON    OH  45011

PUR/ORDER # REQ# 1238

S H I P
T O

BUTLER CO. HUMAN SERVICES
ATTN: BRENDA HURSTON
300 NORTH FAIR AVENUE
HAMILTON    OH  45011

RA # _____
Call Tag # _____
Received At JA Kindel By: _____

Date _____    # Of Pieces _____

Ship V _____

| LINE # WAREHOUSE LOCATION | STOCK NUMBER DESCRIPTION | B/O | QUANTITY SHIPPED | QUANTITY ORDERED | UM | QTY. RETURN | UM | RETURN CODE | REASON FOR RE (select code) |
|---|---|---|---|---|---|---|---|---|---|
| 1 AB10 | SMD-C15H / 183142 #FOLD,HANGING,LTR,1/5, 25/BX;10BX/CS @ C15H | | 6 | 6 | BX | | | | |
| 1 LINE ITEM | | | | 6 TOTAL QTY | | | | | |

*Received 3-21-94 [initials]*

**RETURN PROCEDURE:** When returning merchandise please follow these instructions to insure a speedy return and the proper credit.
1. Fill out this **RETURN** form completely. This information is needed to accurately process your credit.
2. **CALL** your J.A.K. customer service representative so we may set up a time to pick up your return or advise you otherwise.
3. **REPACK** items in its manufacturer's box, place that in a shipping carton with this **RETURN** form. Return merchandise must be in resaleable condition.
4. The **LABEL** on this sheet must be taped to outside of shipping carton. Take return to your **DOCK** for pick up.

| | | | |
|---|---|---|---|
| A. | Cust. Order Wrong | F. | Repair |
| B. | Damaged | G. | Bad Sub. |
| C. | Defective | H. | Rec'v Wrong Merch. |
| D. | Duplicate Del. | I. | Data Entry Error |
| E. | Overshipment | | |

**RETURN POLICY:** Each return must meet the following criteria in order to be picked-up.
1. Keep manufacture box so that the return is in saleable condition.
2. Dated merchandise (calendars) are returnable only up to Jan. 1st of the year that calendar is dated.
3. Items purchased out of our catalog are returnable provided they are in resaleable condition.
4. The value of item(s) must exceed $10.00 or more.
5. Item(s) valued less than $10.00 will not be picked up, but WILL BE CREDITED. Please call your J.A.K. customer service representative for credit.

**DAMAGED MERCHANDISE:** In the event an order is received damaged, please report this to J.A.K. within 48 hours to quickly process an exchange or credit.

PLAINTIFF'S EXHIBIT
33-8

# PACKING LIST AND RETURN FORM

# J.A. Kindel Co.
435 MAIN STREET
HAMILTON OH 45013
(513) 863-4747

**PLAINTIFF'S EXHIBIT**

**PLAINTIFF'S EXHIBIT**
3.8-9

| SHIPPING ORDER # | 48122917-00 |
|---|---|
| DATE/TIME: | 03/22/94   14:18 |
| SALES REP: | JKT   /k |
| B/O FROM: | |
| SOURCE: | PO;debbie c |
| PAGE: | 1   PL WHSE |

**FOR INTERNAL USE ON**

**WAREHOUSE LOCATION** | **STOCK NUMBER DESCRIPTION** | **B/O** | **QUANTITY SHIPPED** | **QUANTITY ORDERED** | **UM** | **QTY RETURN** | **U/M** | **RETURN CODE**

CUSTOMER #   H02870   240-0001

S O L D   BUTLER CO. HUMAN SERVICES
T O   ATTN: LYNN WATKINS
      300 NORTH FAIR AVENUE
      HAMILTON   OH   45011

S H I P   BUTLER CO. HUMAN SERVICES
T O   ATTN: BRENDA HURSTON
      300 NORTH FAIR AVENUE
      HAMILTON   OH   45011
      LYNN WATKINS

PUR/ORDER # REQ# 1247

IN # 1

/ X*MISCOPY
MEMOREX RIBBONS 32051188

[X*MISCOPY] 32051188&/MEMOREX
32051188 MEMOREX RIBBONS
DIRECT

1 LINE ITEM

| | 6 | 6 EA | | | | |

6 TOTAL QTY

**RECEIVED**
APR 5 1994
BUTLER COUNTY DEPARTMENT
OF HUMAN SERVICES

BRENDA HURSTON   4-5-6

Received 4-4-94

| | | | 4/1/94 | | | | RDS |

Call Tag # _____   Ship _____

Received At JA Kindel By: _____

RA # _____

Date _____   # Of Pieces _____

**REASON FOR RETURN**
(select code)

A. Cust. Order Wrong   F. Repair
B. Damaged   G. Bad Sub.
C. Defective   H. Rec'v Wrong Merch.
D. Duplicate Del.   I. Data Entry Error
E. Overshipment

**RETURN PROCEDURE:** When returning merchandise please follow these instructions to insure a speedy return and the proper credit.

1. Fill out this **RETURN** form completely. This information is needed to accurately process your credit.
2. **CALL** your J.A.K. customer service representative so we may set up a time to pick up your return or advise you otherwise.
3. **REPACK** items in its manufacturer's box, place that in a shipping carton with this **RETURN** form. Return merchandise must be in resaleable condition.
4. The **LABEL** on this sheet must be taped to outside of shipping carton. Take return to your **DOCK** for pick up.

**RETURN POLICY:** Each return must meet the following criteria in order to be picked-up.
1. Keep manufacture box so that the return is in saleable condition.
2. Dated merchandise (calendars) are returnable only up to Jan. 1st of the year that calendar is dated.
3. Items purchased out of our catalog are returnable provided they are in resaleable condition.
4. The value of item(s) must exceed $10.00 or more.
5. Item(s) valued less than $10.00 will not be picked up, but WILL BE CREDITED. Please call your J.A.K. customer service representative for credit.

**DAMAGED MERCHANDISE:** In the event an order is received damaged, please report this to J.A.K. within 48 hours to quickly process an exchange or credit.



# J.A. Kindel Co.

435 MAIN STREET
HAMILTON OH 45013
(513) 863-4747

PACKING LIST AND INVOICE

CUSTOMER #  H02070  240-0001

SOLD TO:
BUTLER CO. HUMAN SERVICES
ATTN: LYNN WATKINS
300 NORTH FAIR AVENUE
HAMILTON OH 45011

PURORDER # REQ # 2576

SHIP TO:
BUTLER CO. HUMAN SERVICES
MAINTENANCE DEPT
300 NORTH FAIR AVENUE
HAMILTON OH 45011
MORELAND/NESBITT/CHARLENE

SHIPPING ORDER #  48347644-00
DATE/TIME:  08/30/94  10:00
SALES REP:  JKT/awren
BO FROM:
SOURCE:  FAX: Warehouse
PAGE:  1  PL WHSE

FOR INTERNAL USE ONLY

| WAREHOUSE LOCATION | LN | STOCK NUMBER DESCRIPTION | BO | QUANTITY SHIPPED | QUANTITY ORDERED | QTY RETURNED |
|---|---|---|---|---|---|---|
| G1-R10 | 2 | PEK-85100 / 94305! #PAPER XERO WH 8.5 X 11 #20 0 PEK-85100(CHIEF)(183) (0RM/CS (1955) | | 40 | 40 RM | |
| G1-R10 | 1 | PEK-3DPT / 949795 #BOND,REG.,9.5X11,20#,1PT 0 9511-002CE 951047 2700/CT (1970) | | 60 | 6 CT | |

2 LINE ITEMS  46 TOTAL QTY

RECEIVED
Randall C. Chafin : SEP · 2 1994
Received At JA Kindel By: _____ Date _____

RA #: _____  Pag #: _____  Ship Via: _____  # Of Pieces: _____

| | REASON FOR RETURN (select code) |
|---|---|
| A. Cust. Order Wrong | F. Repair |
| B. Damaged | G. Bad Sub. |
| C. Defective | H. Rec'v Wrong Merch. |
| D. Duplicate Del. | I. Data Entry Error |
| E. Overshipment | |

**RETURN PROCEDURE:** When returning merchandise please follow these instructions to insure a speedy return and the proper credit:

1. Fill out this RETURN form completely. This information is needed to accurately process your credit.
2. CALL your J.A.K. customer service representative so she may set up a time to pick up your return or advise you otherwise.
3. REPACK items in its manufacturer's box, place that in a shipping carton with this RETURN form. Return merchandise must be in resaleable condition.
4. The LABEL on this sheet must be taped to outside of shipping carton. Take return to you DOCK for pick up.

**RETURN POLICY:** Each return must meet the following criteria in order to be picked-up:
1. Keep manufacturers box so that the return is in saleable condition.
2. Dated merchandise (calendars) are returnable only up to Jan. 1st of the year that calendar is dated.
3. Items purchased out of our catalog are returnable provided they are in resaleable condition.
4. The value of item(s) must exceed $5.00 or more.
5. Item(s) valued less than $5.00 will not be picked up, but WILL BE CREDITED. Please call your J.A.K. represen...

PLAINTIFF'S
EXHIBIT
38-10

# J. A. Kindel Co.

435 MAIN STREET
HAMILTON OH 45013
(513) 863-4747

PLAINTIFF'S
EXHIBIT

## PACKING LIST AND RETURN FORM

**CUSTOMER #** H02070   240-0001

**CUSTOMER:**
BUTLER CO. HUMAN SERVICES
ATTN: LYNN WATKINS
320 NORTH FAIR AVENUE
HAMILTON          OH  45011

**PUR/ORDER# REQ # 2576**

**SHIP TO:**
BUTLER CO. HUMAN SERVICES
MAINTENANCE DEPT
300 NORTH FAIR AVENUE
HAMILTON
MORELAND/NE

**SHIPPING ORDER #** 48347644-01

**DATE/TIME** 08/31/94  15:46
**SALES REP** JKT/auran
**B O FROM** kmurray 08/31
**SOURCE** FAX;Warehouse
**PAGE** 1   **PL WHSE**

SEP 2 1994
RECEIVED

FOR INTERNAL USE ONLY

RA # ____
Call Tag # ____
Received At JA Kindel By: ____
Date ____
Ship Via ____
# Of Pieces ____

| STOCK NUMBER DESCRIPTION | B.O. | QUANTITY SHIPPED | QUANTITY ORDERED | U/M | RETURN | CODE | REASON FOR RETURN (select code) |
|---|---|---|---|---|---|---|---|
| 1  LINE ITEM | | | | | | | |
| PEK-9DPT / 949795 | | | 6 | CT | | | |
| #BOND,REG.9.5X11,20#,1PT | | | | | | | |
| 9511-00ECE 951047 2700/CT | | | | | | | |
| (1970) | | | | | | | |
| 6  TOTAL QTY | | | | 6 CT | | | |

**BUTLER COUNTY DEPARTMENT OF HUMAN SERVICES**

Handwritten notes:
= 5 boxes rec'd 9/2   R. Chp.

9.2.94 Randy called & 2:30 pm. He said that there was
another box of computer in from of
another R's desk.

CHILDREN PLACEMENT this Kindel mystery un-fold me to
hold off on payment tuesday to be closes they
have an needs drive

O.1  6  R1  desk  R2

**WAREHOUSE LOCATION**  1  B/O  BY  SKED BY  B O FORWARD  DATE FILLED  NO PIECES  SHIP TO VIA  DELIVERY CHARGES

**RETURN PROCEDURE:** When returning merchandise please follow these instructions to insure a speedy return and the proper credit.

1. Fill out this RETURN form completely. The information is needed to accurately process your credit.
2. CALL your J.A.K. customer service representative so as may set up a time to pick up your return or advise you otherwise.
3. REPACK items in its manufacturer's box, place that in a shipping carton with this RETURN form. Return merchandise must be in resalable condition.
4. The LABEL on this sheet must be taped to outside of shipping carton. Take return to your DOCK for pick up.

**RETURN POLICY:** Each return must meet the following criteria in order to be picked-up.
1. Keep manufacture box so that the return is in saleable condition.
2. Dated merchandise (calendars) are returnable only up to Jan. 1st of the year that calendar is dated.
3. Items purchased out of our catalog are returnable provided they are in resaleable condition.
4. The value of item(s) must exceed $5.00 or more.
5. Item(s) valued less than $5.00 will not be picked up, but WILL BE CREDITED. Please call your J.A.K. customer service representative for credit.

**DAMAGED MERCHANDISE:** In the event an order is received damaged, please report this to J.A.K. within 48 hours to quickly process an exchange or credit.

**RETURN CODES:**
A. Cust. Order Wrong   F. Repair
B. Damaged            G. Bad Sub.
C. Defective          H. Rec'v Wrong Merch.
D. Duplicate Del.     I. Data Entry Error
E. Overshipment