# AGREEMENT

Between

**BUTLER COUNTY DEPARTMENT OF HUMAN SERVICES, BUTLER COUNTY, OHIO**

And

**AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, OHIO COUNCIL 8, LOCAL 3062, AFL-CIO**

Effective through November 30, 1997

* * * * * * * * *

PENGAD 800-631-6989
PLAINTIFF'S EXHIBIT
97-1

# TABLE OF CONTENTS

| | | Page |
|---|---|---|
| Article | I - Recognition - The Collective Bargaining Unit | 2-3 |
| Article | II - Union Activity, Visitation and Bulletin Boards | 3-5 |
| Article | III - Dues Checkoff/Payroll Checks | 5-6 |
| Article | IV - Management Rights | 6-8 |
| Article | V - Subcontracting | 8 |
| Article | VI - Amendment/Exclusive Application | 8-9 |
| Article | VII - No Strike or Lockout | 9-10 |
| Article | VIII - Savings Clause | 10-11 |
| Article | IX - No Discrimination | 11-12 |
| Article | X - Temporary Reassignments | 12-13 |
| Article | XI - Probationary Employees | 13-15 |
| Article | XII - Discharge & Discipline | 16-18 |
| Article | XIII - Performance Evaluation | 18-20 |
| Article | XIV - Grievance Procedure | 20-23 |
| Article | XV - Arbitration | 23-24 |
| Article | XVI - Classifications | 25-26 |
| Article | XVII - Job Audits | 26 |
| Article | XVIII - Seniority | 27-28 |
| Article | XIX - Layoffs | 29-32 |
| Article | XX - Job Posting | 32-34 |
| Article | XXI - Health & Safety | 34-35 |

PLAINTIFF'S
EXHIBIT
9-7-2

Article XLIV - Step Increases . . . . . . . . . . 63-64

Article XLV - Wages . . . . . . . . . . 64-65

Article XLVI - Duration and Termination . . . . . . . . . . 65

Appendix 1 - Classification Series . . . . . . . . . . 67-68

Appendix 2 - Resolution of Board of County Commissioners Approving Agreement . . . . . . . . . . 69

Schedule 1 - 1995 Wage and Longevity Rates . . . . . . . . . . 70-71

Schedule 2 - 1996 Wage and Longevity Rates . . . . . . . . . . 72-73

Schedule 3 - 1997 Wage and Longevity Rates . . . . . . . . . . 74-75

PENGAD 800-631-6989
PLAINTIFF'S EXHIBIT
97-3

4. In the event that cuts in state and federal funding during the term of this Agreement are of sufficient magnitude that the Employer is unable to implement the wage rates under this Article and maintain existing benefit and staff levels, the Employer may reopen the provisions of this Article for renegotiation, together with consideration of needed layoffs, upon notice to the Union. In the event of such a reopener, the statutory dispute resolution procedure shall govern the negotiations.

## ARTICLE XLVI

### Duration and Termination

1. This Agreement shall become effective as of November 30, 1994, and shall continue in effect until November 30, 1997.

2. Thereafter, the Agreement shall remain in full force and effect from year to year unless either party, in writing, shall notify the other at least sixty (60) days prior to the expiration of the term or any extended term of this Agreement, of any intention to make changes in or terminate the Agreement.

**OHIO COUNCIL 8, LOCAL 3062, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO**

Larry E. Watkins
Staff Representative

M. Lynn Watkins
President, Local 3062

**BUTLER COUNTY DEPARTMENT OF HUMAN SERVICES**

Douglas E. Duckett
Counsel for the Employer

Dianne Logsdon
Director

PLAINTIFF'S EXHIBIT
97-5

BACKGROUND AND QUALIFICATIONS OF RICHARD L. SHIPP AS A FORENSIC DOCUMENT EXAMINER OR HANDWRITING EXPERT

ADDRESS: P.O.BOX 30172, CINCINNATI, OH 45230
TELEPHONE: 513.232.0844, FAX: 513.232.2028
email=rshipp@eos.net

1. Forty-one years experience as a Forensic Document Examiner. The first eighteen years were with the Postal Inspection Service Crime Laboratory in Cincinnati, Ohio. This was one of the five laboratories operated by the Postal Inspection Service.

2. From 1977 until his retirement on March 30, 1982, he was Director of the Postal Inspection Service Crime Laboratory at Cincinnati. Since March 31, 1982, he has been in private practice in the same field. On December 1, 1992, he started as a part time Document Examiner for the Hamilton County (Ohio) Coroner's Laboratory.

3. He was trained under an apprenticeship program in the Cincinnati Laboratory from 1964 to 1967. This training included procedures used in identifying handwriting, handprinting, typing, determining makes and models of typewriters, restoring altered, eradicated and obliterated or charred documents to legibility and other problems related to documents.

4. He has examined over 11,000 document cases.

5. He examined approximately 150,000 to 160,000 documents while employed by the Postal Inspection Service.

6. He has qualified and testified over 390 times in Federal and State Courts and military court martials in twenty-one states. He has appeared and/or prepared to testify in over 520 cases in addition to the actual testimonies.

7. He supervised and directed the training of four other Forensic Document Examiners when he served as Director of the Postal Inspection Service Crime Laboratory. He trained three Forensic Document Examiners while working for the Hamilton County Coroner's Laboratory.

8. He has lectured on Questioned Documents at Louisiana State University, to U. S. Internal Revenue Service Agents, to Postal Inspectors and Cincinnati (Ohio) Defense Attorneys.

9. He is a Life Member of the International Association for Identification. He is a Fellow of the Questioned Document Section of the American Academy of Forensic Sciences.

10. He has written and presented articles on Questioned Documents at Annual Meetings of the American Academy of Forensic Sciences.

11. On many occasions he has done work for other Federal Agencies, such as: U. S. Secret Service, Food and Drug Administration, F. B. I., Drug Enforcement Agency, Alcohol Tobacco and Firearms, Internal Revenue Service, National Labor Relations Board, U. S. Attorneys and others.

12. He has also assisted State and local law enforcement agencies on questioned document problems. He served as a Consultant to the Hamilton County (Cincinnati, Ohio) Coroner's Laboratory from 1984 to 1988.

13. He has qualified in, and has testified regarding development, comparison and identification of latent finger and palm prints.

I N V O I C E

**SAALFELD PAPER**

513-641-5000 / 800-669-7102 Operator
513-641-5001 / 800-669-7101 Auto-Attendant
513-641-5003 / 800-669-7103 Fax

**Ship:** 4510 Reading Rd., Cincinnati, OH 45229-1230
**Mail:** P.O. Box 29460, Cincinnati, OH 45229-0460

ID: 270867

0 0 0 0  7Y

| Purchase Order | Dash | Ordered By | Order-Entry | Salesman |
|---|---|---|---|---|
| 7718-A | | | KLM | 12 |

| Projected Ship Date | Order Release | Payment Method |
|---|---|---|
| | | |

| Checked By | Backorder Instructions | Sales-Tax Status |
|---|---|---|
| MH | | Non-Taxable |

| Credit Terms | | Copy | Page | | |
|---|---|---|---|---|---|
| 1% 10 EOM N11TH | 10 | 1 | 1 | 7 | Y |

Date: 10/25/93
INVOICE
150736
Customer Key: BUTI

Ship-To:
BUTLER CO DEPT HUMAN SER - FAIR
BRENDA HURSTON
300 N FAIR AVE
HAMILTON OH 45011-4249

513-887-4000

Bill-To:
BUTLER CO DEPT HUMAN SER - FAIR
BRENDA HURSTON .
300 N FAIR AVE
HAMILTON OH 45011-4249

513-887-4000

Ship Weight: 99
Ship Cube: 6
Freight Terms:
Ship Location: CINC
Delivery Method:
Route: 30
Carrier: OUR TRUCK
Pro. Number:

PLAINTIFF'S EXHIBIT 97-6
PENGAD 800-631-6989

| | Quantity Ordered | Quantity Shipped | Quantity Back-Ord'd | U/M | Pack | Item | Description | Unit Price | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| P133B | 4 | 4 | | CS | 100 | ULT 4048-22 | .ULTRA TECH CLEAR CAN LNR 40 X 48 | 7.06 | 28.24 |
| D014A | 1 | 1 | | CS | 250 | ULT 3340-17 | .ULTRA TECH CLEAR CAN LNR 33 X 40 | 9.72 | 9.72 |
| D004A | 2 | 2 | | CS | 500 | ULT 2433-8 | .ULTRA TECH CLEAR CAN LNR 24 X 33 | 5.68 | 11.36 |

RETAIL OUTLET STORE NOW OPEN ON SATURDAYS
******* FROM 8:00 AM TO 12:00 PM ********

TO CONSULT YOUR SALES REPRESENTATIVE CALL FRED SCHULER
AT 641-5001 EXTENSION 3312

TO PLACE AN ORDER CALL 641-5001 EXTENSION 3227

Received 10/25/93

Total Net Price: 49.32
TOTAL AMOUNT DUE: 49.32

Please count carefully. Your signature acknowledges receipt of all merchandise.

Total: 49.32

Signature: Lynn Watkins

KLM1.N22 12 09:03

# PURCHASE ORDER AND CERTIFICATE

**Office of the Board of County Commissioners**

**BUTLER COUNTY - HAMILTON, OHIO**

No. D16659

DATE ISSUED 09/29/93
SHIP DATE 09/29/93
DELV. FOB Destinati
DISCOUNTS 00/00/00
REQ. NUMBER

VOUCHER NO. ____
DATE ____

AMT. PAID ____

**VENDOR**

SIGN ASYLM
5470 DIXIE HWY
FAIRFIELD OH 45014

**SHIP & BILL**

BC DEPT OF HUMAN SERVICES
300 N FAIR AVE
HAMILTON OH 45011

| CODE | UNIT | DESCRIPTION | PRICE/UNIT | COST |
|---|---|---|---|---|
| 659-21099-006 | 1 | BCDHS MAIL VEHICLE 5X18 3" LETTERS WHITE BACKGROUND W/ RED & BLUE LETTERS | | 5.0 |
| | 1 | MJ BENOY | 3-21-94 | 3.0 |
| | 1 | P GARRETT | | 3.0 |

Brenda - Please see Lynn Re: signs, Thank you - [illegible]

Randy, I can't seem to obtain invoice for these. Did you speak with one person and did we receive these items. Lynn

By Order Board of County Commissioners

Tax Exempt # 31-6000061

**TOTAL** 11.00

**County Auditor's Certificate**

It is hereby certified that the amount ********11.00 required to meet the contract, agreement, obligation, payment or expenditure, for the above has been lawfully appropriated or authorized or directed for such purpose and as is in the County Treasury or in process of collection to the credit of the HUMAN SERVICES fund free from any obligation or certification now outstanding.

x [signature] 09/29/93
Date

**NOT VALID UNLESS AUDITOR'S CERTIFICATE SIGNED**

BUTLER COUNTY
Department of Human Services
OCT 01 1993
RECEIVED

# AGREEMENT

Between

**BUTLER COUNTY DEPARTMENT OF HUMAN SERVICES, BUTLER COUNTY, OHIO**

And

**AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, OHIO COUNCIL 8, LOCAL 3062, AFL-CIO**

Effective through November 30, 1997

* * * * * * * * *

PLAINTIFF'S EXHIBIT 97-1
PENGAD 800-631-6989

## TABLE OF CONTENTS

| | | Page |
|---|---|---|
| Article | I - Recognition - The Collective Bargaining Unit | 2-3 |
| Article | II - Union Activity, Visitation and Bulletin Boards | 3-5 |
| Article | III - Dues Checkoff/Payroll Checks | 5-6 |
| Article | IV - Management Rights | 6-8 |
| Article | V - Subcontracting | 8 |
| Article | VI - Amendment/Exclusive Application | 8-9 |
| Article | VII - No Strike or Lockout | 9-10 |
| Article | VIII - Savings Clause | 10-11 |
| Article | IX - No Discrimination | 11-12 |
| Article | X - Temporary Reassignments | 12-13 |
| Article | XI - Probationary Employees | 13-15 |
| Article | XII - Discharge & Discipline | 16-18 |
| Article | XIII - Performance Evaluation | 18-20 |
| Article | XIV - Grievance Procedure | 20-23 |
| Article | XV - Arbitration | 23-24 |
| Article | XVI - Classifications | 25-26 |
| Article | XVII - Job Audits | 26 |
| Article | XVIII - Seniority | 27-28 |
| Article | XIX - Layoffs | 29-32 |
| Article | XX - Job Posting | 32-34 |
| Article | XXI - Health & Safety | 34-35 |

PLAINTIFF'S
EXHIBIT
97-2

Article XLIV - Step Increases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63-64

Article XLV - Wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64-65

Article XLVI - Duration and Termination . . . . . . . . . . . . . . . . . . . . . . . . . . 65

Appendix 1 - Classification Series . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67-68

Appendix 2 - Resolution of Board of County Commissioners Approving Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

Schedule 1 - 1995 Wage and Longevity Rates . . . . . . . . . . . . . . . . . . . . . . 70-71

Schedule 2 - 1996 Wage and Longevity Rates . . . . . . . . . . . . . . . . . . . . . . 72-73

Schedule 3 - 1997 Wage and Longevity Rates . . . . . . . . . . . . . . . . . . . . . . 74-75

PENGAD 800-631-6989
PLAINTIFF'S EXHIBIT
97-3

4. In the event that cuts in state and federal funding during the term of this Agreement are of sufficient magnitude that the Employer is unable to implement the wage rates under this Article and maintain existing benefit and staff levels, the Employer may reopen the provisions of this Article for renegotiation, together with consideration of needed layoffs, upon notice to the Union. In the event of such a reopener, the statutory dispute resolution procedure shall govern the negotiations.

**ARTICLE XLVI**

**Duration and Termination**

1. This Agreement shall become effective as of November 30, 1994, and shall continue in effect until November 30, 1997.

2. Thereafter, the Agreement shall remain in full force and effect from year to year unless either party, in writing, shall notify the other at least sixty (60) days prior to the expiration of the term or any extended term of this Agreement, of any intention to make changes in or terminate the Agreement.

**OHIO COUNCIL 8, LOCAL 3062, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO**

Larry E. Watkins
Staff Representative

M. Lynn Watkins
President, Local 3062

**BUTLER COUNTY DEPARTMENT OF HUMAN SERVICES**

Douglas E. Duckett
Counsel for the Employer

Dianne Logsdon
Director

PLAINTIFF'S
EXHIBIT
97-4

PLAINTIFF'S EXHIBIT 97-5

BACKGROUND AND QUALIFICATIONS OF RICHARD L. SHIPP AS A FORENSIC DOCUMENT EXAMINER OR HANDWRITING EXPERT

ADDRESS: P.O.BOX 30172, CINCINNATI, OH 45230
TELEPHONE: 513.232.0844, FAX: 513.232.2028
email=rshipp@eos.net

1. Forty-one years experience as a Forensic Document Examiner. The first eighteen years were with the Postal Inspection Service Crime Laboratory in Cincinnati, Ohio. This was one of the five laboratories operated by the Postal Inspection Service.

2. From 1977 until his retirement on March 30, 1982, he was Director of the Postal Inspection Service Crime Laboratory at Cincinnati. Since March 31, 1982, he has been in private practice in the same field. On December 1, 1992, he started as a part time Document Examiner for the Hamilton County (Ohio) Coroner's Laboratory.

3. He was trained under an apprenticeship program in the Cincinnati Laboratory from 1964 to 1967. This training included procedures used in identifying handwriting, handprinting, typing, determining makes and models of typewriters, restoring altered, eradicated and obliterated or charred documents to legibility and other problems related to documents.

4. He has examined over 11,000 document cases.

5. He examined approximately 150,000 to 160,000 documents while employed by the Postal Inspection Service.

6. He has qualified and testified over 390 times in Federal and State Courts and military court martials in twenty-one states. He has appeared and/or prepared to testify in over 520 cases in addition to the actual testimonies.

7. He supervised and directed the training of four other Forensic Document Examiners when he served as Director of the Postal Inspection Service Crime Laboratory. He trained three Forensic Document Examiners while working for the Hamilton County Coroner's Laboratory.

8. He has lectured on Questioned Documents at Louisiana State University, to U. S. Internal Revenue Service Agents, to Postal Inspectors and Cincinnati (Ohio) Defense Attorneys.

9. He is a Life Member of the International Association for Identification. He is a Fellow of the Questioned Document Section of the American Academy of Forensic Sciences.

10. He has written and presented articles on Questioned Documents at Annual Meetings of the American Academy of Forensic Sciences.

11. On many occasions he has done work for other Federal Agencies, such as: U. S. Secret Service, Food and Drug Administration, F. B. I., Drug Enforcement Agency, Alcohol Tobacco and Firearms, Internal Revenue Service, National Labor Relations Board, U. S. Attorneys and others.

12. He has also assisted State and local law enforcement agencies on questioned document problems. He served as a Consultant to the Hamilton County (Cincinnati, Ohio) Coroner's Laboratory from 1984 to 1988.

13. He has qualified in, and has testified regarding development, comparison and identification of latent finger and palm prints.

INVOICE 0000 7Y

**SAALFELD PAPER**

513-641-5000 / 800-669-7102 Operator
513-641-5001 / 800-669-7101 Auto-Attendant
513-641-5003 / 800-669-7103 Fax

Ship: 4510 Reading Rd., Cincinnati, OH 45229-1230
Mail: P.O. Box 29460, Cincinnati, OH 45229-0460

ID: 270867

| Purchase Order | Dash | Ordered By | Order-Entry | Salesman |
|---|---|---|---|---|
| 7718-A | | | KLM | 12 |

| Projected Ship Date | Order Release | Payment Method |
|---|---|---|
| | | |

| Checked By | Backorder Instructions | Sales-Tax Status |
|---|---|---|
| [handwritten initials] | | Non-Taxable |

| Credit Terms | | Copy | Page | | |
|---|---|---|---|---|---|
| 1% 10 EOM N11TH | 10 | 1 | 1 | 7 | Y |

Date: 10/25/93
INVOICE 150734
Customer Ke[y]: BUTI[...]

PLAINTIFF'S EXHIBIT 97-6
PENGAD 800-631-6989

Ship-To:
BUTLER CO DEPT HUMAN SER - FAIR
BRENDA HURSTON
300 N FAIR AVE
HAMILTON OH 45011-4249

513-887-4000

Bill-To:
BUTLER CO DEPT HUMAN SER - FAIR
BRENDA HURSTON
300 N FAIR AVE
HAMILTON OH 45011-4249

513-887-4000

| Ship Weight | Ship Cube |
|---|---|
| 99 | 6 |

Freight Terms:
Ship Locati[on]: CINC[...]
Delivery Method:
Route: 30[...]
Carrier: OUR TRUCK
Pro. Number:

| | Quantity Ordered | Quantity Shipped | Quantity Back-Ord'd | U/M | Pack | Item | Description | Unit Price | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| P133B | 4 | 4 | | CS | 100 | ULT 4048-22 | .ULTRA TECH CLEAR CAN LNR 40 X 48 | 7.06 | 28.24 |
| D014A | 1 | 1 | | CS | 250 | ULT 3340-17 | .ULTRA TECH CLEAR CAN LNR 33 X 40 | 9.72 | 9.72 |
| D004A | 2 | 2 | | CS | 500 | ULT 2433-8 | .ULTRA TECH CLEAR CAN LNR 24 X 33 | 5.68 | 11.36 |

RETAIL OUTLET STORE NOW OPEN ON SATURDAYS
******* FROM 8:00 AM TO 12:00 PM *********

TO CONSULT YOUR SALES REPRESENTATIVE CALL FRED SCHULER
AT 641-5001 EXTENSION 3312

TO PLACE AN ORDER CALL 641-5001 EXTENSION 3227

Received 10/25/93

Total Net Price: 49.32
TOTAL AMOUNT DUE: 49.32

Please count carefully. Your signature acknowledges receipt of all merchandise.

Total: 49.32

Signature: Lynn Watkins

KLM1.N22 12 09:03

PURCHASE ORDER AND CERTIFICATE

**Office of the Board of County Commissioners**

BUTLER COUNTY - HAMILTON, OHIO

No. D16659

DATE ISSUED 09/29/93
SHIP DATE 09/29/93
DELV. FOB Destinati
DISCOUNTS 00/00/00
REQ. NUMBER

VOUCHER NO.

DATE

AMT. PAID

**VENDOR**

SIGN ASYLM
5470 DIXIE HWY
FAIRFIELD OH 45014

**SHIP & BILL**

BC DEPT OF HUMAN SERVICES
300 N FAIR AVE
HAMILTON OH 45011

| CODE | UNIT | DESCRIPTION | PRICE/UNIT | COST |
|---|---|---|---|---|
| 659-21099-006 | 1 | BCDHS MAIL VEHICLE 5X18 3" LETTERS WHITE BACKGROUND W/ RED & BLUE LETTERS | | 5.0 |
| | 1 | MJ BENOY | 3-21-94 | 3.0 |
| | 1 | P GARRETT | | 3.0 |

Brenda - Please see Lynn re: signs, Thank you - [illegible]

Randy, I can't seem to obtain invoice for these. Did you speak with one person and did we receive these items. Lynn

By Order Board of County Commissioners

Tax Exempt # 31-6000061

**TOTAL** 11.00

**County Auditor's Certificate**

It is hereby certified that the amount ********11.00 required to meet the contract, agreement, obligation, payment or expenditure, for the above has been lawfully appropriated or authorized or directed for such purpose and as is in the County Treasury or in process of collection to the credit of the HUMAN SERVICES fund free from any obligation or certification now outstanding.

x [signature] 09/29/93
Date

**NOT VALID UNLESS AUDITOR'S CERTIFICATE SIGNED**

BUTLER COUNTY
Department of Human Services
OCT 01 1993
RECEIVED