BCDHS 161 P
(Revised 3/90)

BUTLER COUNTY DEPARTMENT OF HUMAN SERVICES
300 North Fair Avenue, Hamilton, Ohio 45011 * 159 City Centre Mall, Middletown, Ohio 45042

## REQUEST FOR LEAVE

Name (Print) _____ *King* _____ *Brenda* _____ Date _4-23-90_
LAST                    FIRST

I REQUEST LEAVE BEGINNING _1:00_ ON _4-23-90_ ENDING _4:00_ ON _4-23-90_
                          Time      Date            Time         Date

[✓] MEDICAL   [ ] DENTAL   [ ] OPTICAL   *Kenneth Walker*
                                          Doctor

_1:00 pm - 2:30_ _Brenda King_ _Self_
Appt. Time and Length    Person        Relationship

CHECK ONE: Appt. [✓] could not be [ ] chose not to be scheduled outside work hours.

____ OUTPATIENT SURGERY ____ INPATIENT HOSPITALIZATION; verification required

_✓_ PERSONAL ILLNESS OR INJURY _pain in back ankle - must have permission_
                               Nature of illness or injury _to wear shoes._

____ SERIOUS ILLNESS OF IMMEDIATE FAMILY MEMBER
                                                Person        Relationship

_____
Nature of illness or injury

____ FUNERAL LEAVE _____
                    Name        Relationship    Date of Death

____ VACATION ____ PERSONAL DAY ____ COMP TIME ____ LEAVE WITHOUT PAY

_Brenda K King_
Signature of Employee

PHYSICIAN'S STATEMENT:

I certify the use of sick leave described above was necessary.

_Kenneth R Walker DPM_ _15 Southmoor circle_ _4-23-90_
Signature of Doctor        Address                Date

ADMIN. ACTION: ____ Recommended ____ Not Recommended ____ Approved ____ Disapproved

_____        _____              _____
Supervisor              Administrator                Director

Reason Not Recommended: _____

_____

Disciplinary Action Taken: _____

_____

PLAINTIFF'S
EXHIBITS

3-40



# KETTERING PODIATRY ASSOCIATES

LASER SURGERY
DISEASES AND SURGERY OF THE FOOT
15 SOUTHMOOR CIRCLE N.E.
KETTERING, OHIO 45429

Telephone (513) 293-6896

April 23, 1990

RE:  Brenda King

Mrs. King's foot type does not allow her to wear dress shoes
for any length of time, therefore, please allow her to wear
comfortable shoes while working.

Sincerely

Kenneth Walker, D.P.M.

Brenda goes back to the doctors in 2 weeks.
She will get a statement at
that time stating the medical
condition.

Betty
4-24-90

RECEIVED BY PERSONNEL

APR 2 4 19: 1

B.C.D.H.S.

RECEIVED BY PERSONNEL

APR 2 4 1990

B.C.D.H.S.

RECEIVED BY PERSONNEL

APR 2 4 i

B.C.D.H.S.    3-41

PLAINTIFF'S
EXHIBITS

BCDHS 161 P
(Revised 3/90)

BUTLER COUNTY DEPARTMENT OF HUMAN SERVICES
Fair Avenue, Hamilton, Ohio 45011 * 159 City Centre Mall, Middletown, Ohio 45042

cc: B. King
L. Duff
R. Chafin, R. Ka on

### REQUEST FOR LEAVE

Name (Print) _King_ _BRENDA_                    Date _4-23-90_
              LAST         FIRST

I REQUEST LEAVE BEGINNING _1:00_ ON _4-23-90_ ENDING _4:00_ ON _4-23-90_
                           Time     Date          Time      Date

[✓] MEDICAL    [ ] DENTAL    [ ] OPTICAL    _KENNETH WALKER_
                                                    Doctor

_1:00 pm - 2:30_   _BRENDA King_        _SELF_
Appt. Time and Length    Person        Relationship

CHECK ONE: Appt. [✓] could not be [ ] chose not to be scheduled outside work hours.

____ OUTPATIENT SURGERY ____ INPATIENT HOSPITALIZATION; verification required

_✓_ PERSONAL ILLNESS OR INJURY _pain in back ANKLE - must have permissi_
                               Nature of illness or injury _to wear shoe_

____ SERIOUS ILLNESS OF IMMEDIATE FAMILY MEMBER _____
                                                Person    Relationship

_____
Nature of illness or injury

____ FUNERAL LEAVE _____
                   Name          Relationship      Date of Death

____ VACATION ____ PERSONAL DAY ____ COMP TIME ____ LEAVE WITHOUT PAY

                        _Brenda K King_
                        Signature of Employee

**PHYSICIAN'S STATEMENT:**

I certify the use of sick leave described above was necessary.

_Kenneth R Walker DPM_ _15 Southmoor circle_    _4-23-90_
Signature of Doctor        Address                Date

ADMIN. ACTION: _✓_ Recommended ███ Not Recommended ____ Approved ____ Disapproved

_Linda Duff_ _____ _____
Supervisor    Administrator    Director

Reason Not Recommended: _____

Disciplinary Action Taken: ████████████████████

PLAINTIFF'S
EXHIBITS

3-42



**KETTERING PODIATRY ASSOC  .TES**
LASER SURGERY
DISEASES AND SURGERY OF THE FOOT
15 SOUTHMOOR CIRCLE N.E.
KETTERING, OHIO 45429

Telephone (513) 293-6896

Re: Brenda King

To whom it may concern,

Ms. King presents to our office on 4-23-90 with an
appointment with Dr. Kenneth Walker.

Her chief complaint was pain while wearing a certain type of
shoe. Her diagnosis are as follows;
1. Achilles Tendonitis bilateral
2. Pes Planus Valus bilateral
3. Tarsal Coalition

If you have any questions, please contact our office at
293-6896.

Kenneth Walker D.P.M.

# Butler County Department of Human Services

## DEPARTMENTAL CORRESPONDENCE

**BCDHS-211**

DATE _____ June 5, 1990. _____

SUBJECT  Annual Evaluation

TO  Brenda King                    FROM  Linda Duff

Attached is your annual evaluation.  Please sign and return to Personnel
by 4:00 P.M. on 6-6-90.

Should you wish to discuss your evaluation, please contact me in Middletown
on ext. 8658 and I will schedule a time to meet with you.

Thank You.

*received june 5,1990*
*at 3:45 pm.*


PLAINTIFF'S
EXHIBITS

3-44

BCOHS 7514

# EMPLOYEE PERFORMANCE EVALUATION

As of 3/24/90

EMPLOYEE: KING, Brenda K.

DEPARTMENT: Communications

SUPERVISOR: Linda Duff

ADMINISTRATOR: Randy Chafin

EVALUATION PERIOD: Annual (6/6/90)

Attendance: ___ Regular  X  Irregular  (Days Missed 112.50 hrs.)

Punctuality:  X  Regular ___ Irregular  (Days Late  0  )

OVERALL RATING: Satisfactory ___ Unsatisfactory ___

Director's Signature _____

Performance Evaluation

1 - Excellent    2 - Above Average    3 - Average    4 - Below Average    5 - Unsatisfactory    NA - Not Applicable

| | |
|---|---|
| 1. Personality is suitable for the job | 3 |
| 2. Effective in preparing and organizing work | 3 |
| 3. Demonstrates ability to make decisions | 3 |
| 4. Takes initiative, self starter | 4 |
| 5. Demonstrates willingness to accept responsibility | 3 |
| 6. Demonstrates ability to reason | 3 |
| 7. Demonstrates original and creative thinking | 3 |
| 8. Demonstrates accuracy, thoroughness, & neatness | 2 |
| 9. Demonstrates diligence and perseverance | 3 |
| 10. Demonstrates ability to learn | 3 |
| 11. Has healthy attitude toward agency | 3 |
| 12. Is cooperative in working relationships with others | 3 |
| 13. Quantity of work | 4 |
| 14. Effectiveness in oral communication | 3 |
| 15. Effectiveness in written communication | 4 |
| 16. Receptivity to supervision | 4 |
| 17. Demonstrates ability to adjust to change, to be flexible | 4 |
| 18. Demonstrates ability to work under pressure | 4 |
| 19. Adheres to agency policies | 3 |

Comments on performance, traits, specific incidents that would illustrate above appraisal: __PLEASE SEE ATTACHED__

Signatures: Supervisor: _[signature]_ Linda M Duff Date: 6/4/90   Administrator: _[signature]_ Date: 6/5/90

Director's Comments: _[handwritten comments]_

Director's Signature: _[signature]_ Date: 6/5/90

Employee's Comments: _[handwritten]_ Date: _____

Signatures:

Employee's Signature: _[signature]_ Brenda King Date: 6-6-90

Your signature indicates acknowledgement but not necessarily agreement

NOTE: If employee had more than one supervisor during this evaluation period, a performance evaluation should be completed by each supervisor.

PLAINTIFF'S EXHIBITS
3-45

Brenda King

Annual Evaluation
May 30, 1990

During this evaluation period, your overall job performance has been satisfactory, however, improvement needs to be shown in each of the four areas receiving a below average rating. These areas are listed below.

Rating #5 - Demonstrates willingness to accept responsibility.

You have demonstrated, on several occasions, a reluctance to perform job duties clearly assigned to you in your position description.

Rating #13 - Quantity of work.

Although the agency purchased a copier which produces 150 copies per minute, it still takes you an unnecessarily long time to produce printed copies. A review of printing requisitions received from 1/90 through 4/90 shows you are printing 944 copies per hour based upon a four month average when the machine will print 9,000 copies per hour.

It is necessary that you make a concentrated effort in limiting your telephone usage to your lunch and break periods. This is within the framework of agency expectations and will aid you in increased job productivity.

Additionally, I've observed that it takes you approximately 1½ hours or more to copy verifications for intake, while others who do the job in your absence can complete the work in approximately 1 hour or less. Unless there are extenuating circumstances, it should take an hour or less to complete this task.

During the next evaluation period, I am requesting that you give more attention to prioritizing and organizing your work which should increase the quantity of work produced by you.

I shall be available to assist you in the how to(s) of prioritizing and organizing your work to improve efficiency and productivity.

Rating #16 - Receptivity to supervision.

Frequently during this evaluation period, you have questioned the authority vested in me as a supervisor to assign work and to evaluate your job performance. While it is appropriate to ask questions or seek clarification to obtain information needed to complete an assigned task, it is not appropriate to challenge every single directive issued by asking who drafted the policy, do they agree, etc.

There has been some improvement in this area, however, additional improvement is needed to receive a satisfactory rating.

Rating #17 - Demonstrates ability to adjust to change, to be flexible.

In your job, as is true with most positions here, flexibility is needed. Program rules, agency policies and procedures, and personnel

PLAINTIFF'S
EXHIBITS

3-46

policies and procedures frequently change, thus we must, on a fairly regular basis, adjust to these changes.

During this evaluation period, you have experienced difficulty in this area. As an example of this, you demonstrated opposition when the shredding machine was placed in the mailroom.

I am pleased with the accuracy, thoroughness, and neatness of your work which continues to be above-average. With improvement in prioritizing and organizing your job tasks, I believe you will begin to see marked improvement in the quantity of work produced.

LD/ds

PLAINTIFF'S
EXHIBITS

3-47

April
Printed                                    Coverage

| | | | | |
|---|---|---|---|---|
| 90 | 3,600 | (Brenda worked 4 hrs) | 1 hr | 15 min |
| 1-90 | 4,200 | | 3 | 15 |
| 5-90 | 300 | | 2 | 30 |
| 6-90 | 6,000 | | 3 | 30 |
| 7-90 | 1,900 | (Unit Meeting 1 Hr) | 3 | 30 |
| 0-90 | 2,500 | | 2 | 30 |
| 1-90 | 450 | | 2 | 30 |
| 2-90 | 6,500 | | 2 | 30 |
| 3-90 | 8,000 | | 2 | 30 |
| 7-40 | 3,200 | | 2 | 30 |
| 5-90 | 3,200 | | 2 | 30 |
| 1-90 | 2,000 | | 2 | 30 |
| 0-90 | — | | 3 | ~~45~~ |
| 3-90 | 10,500 | (Brenda Worked 4 hrs) | 1 | 15 |
| 1-90 | 2,425 | | 2 | 30 |
| 5-90 | 125 | (Brenda Worked 5 hrs) | 1 | 45 |
| 6-90 | 6,000 | | 2 | 45 |
| | 56,600 | 124 | 42 | 50 |

699/Copies        124
Per Hour       − 43   Coverage
              = 81   Hrs F/Printing

PLAINTIFF'S
EXHIBITS

3-48

Machine Will Produce
2,000 Copies Per Hour



Wanted                                          Coverage

| 1-90 | 7,275 | 1 hr | |
| 2-90 | 7,100 | 2 | |
| 5-10 | 5,260 | 2 | 30 mins |
| 6-90 | 7,200 | 2 | 30 mins |
| 7-90 | 6,580 | 2 | 30. mins |
| 8-90 | 3,300 | 2 | 30 |
| 9-90 | 6,400 | 2 | 30 |
| 12-90 | 5,800 | 2 | 30 |
| 13-90 | 3,100 | 2 | 30 |
| 14-90 | 6,100 | 2 | 30 |
| 15-90 | 5,750 | | 15 |
| 16-90 | 7,280 | 2 | 30 |
| 26-90 | 600 (Brenda Worked 6½hrs) | 3 | 15 |
| 27-90 | 2,300 | 2 | 30 |
| 28-90 | 1,300 (Brenda Worked 4 hrs) | 1 | 15 |
| 30-90 | 4,800 | 2 | 30 |
| 29-90 | 2,000 | 2 | 30 |
| | 90,145 | 37 | 3/4 |

130 ½ hrs worked
-37 3/4
92 3/4

971 Copies
Per hour

PLAINTIFF'S
EXHIBITS

3-49

Average # Copies Per Hour For Month Of:

Jan      1084
Feb      1020
Mar      971
April    699
         ‾‾‾‾‾
         3,774 ÷ 4 mos = 944 Copies/Hr On
                         4 Month Aver

Total # Copies For:

Jan      102,200      Machine Will Produce
Feb      104,520      9,000 Copies Per
Mar      90,145       Hour. I Am
Apr      56,600       -Using
         ‾‾‾‾‾‾          ↓
Total    353, 465 ÷ 6,000 = 58.91 Hrs = 7 days

Total # Work Days For          Total # Hours Availa
                               For Printing:
Jan      16
Feb      17                    Jan    94 1/4
Mar      17                    Feb    102 1/2
Apr      19                    Mar    92 3/4
         ‾‾                    Apr.   81
Total    69 days                      ‾‾
                               Total  370 1/2 ÷ 8 hr
                               ↪ = 46 3/4 days

It took Brenda 46 3/4 Printing Days to
produce what The Machine Can Produce
In 7 days 3 Hrs — Or Less.

PLAINTIFF'S
EXHIBITS

3-50

| Date | Printed | Coverage | |
|---|---|---|---|
| 1-2-90 | 5,550 | 2 hrs | 15mm |
| 1-3-90 | 1,500 | 2 | 15 |
| 1-5-90 | 5,250 | 2 | |
| 1-9-90 | 6,100 | 2 | |
| 1-10-90 | 6,200 | 2 | |
| 1-11-90 | 5,500 | 2 | |
| 1-12-90 | Machine Down | Excluded Down Times | 15 |
| 1-16-90 | 500 Machine Down | F/ Down Times | |
| 1-17-90 | 3,450 | 2 | 15 |
| 1-18-90 | 6,300 | 2 | |
| 1-19-90 | 10,100 | 2 | |
| 1-22-90 | 10,500 | 2 | 30 |
| 1-23-90 | 6,400 | 2 | |
| 1-24-90 | 5,750 | 2 | 15 |
| 1-25-90 | 9,450 | 2 | |
| 1-26-90 | 5,750 | 2 | 15 |
| 1-30-90 | 10,400 | 2 | |
| 1-31-90 | 4,200 | 2 | |
| | 102,200 | 33¾ hours | |

128 hrs
- Worked

1084 / Copies
Per Hour

- 33¾ Coverage
9 4 ¼ Hrs. F/ Printing

PLAINTIFF'S
EXHIBITS

3-51

Printed                           Coverage

|          |         |                              |   | Hrs |        |
|----------|---------|------------------------------|---|-----|--------|
| 1-1-90   | 11,550  |                              | 2 |     |        |
| 2.90     | 8,250   |                              | 2 |     |        |
| 5-90     | 10,800  |                              | 2 |     | 30 min |
| 6.90     | 850     | (Brenda worked 4hrs) 12-4    | 1 |     |        |
| 7-90     | 5,300   | worked 6                     | 2 |     | 30     |
| 8-90     | 3,200   | (Brenda 2hrs comp time)      | 1 |     | 30     |
| 9.90     | 3,600   |                              | 2 |     | 30     |
| 12.90    | 4,000   |                              | 2 |     | 30     |
| 13.90    | 3,620   |                              | 2 |     | 30     |
| 14-90    | 3,975   |                              | 2 |     | 45     |
| 15.90    | 5,500   |                              | 2 |     | 30     |
| 16-90    | 550     |                              | 2 |     | 30     |
| 20.90    | 7,700   | (Brenda worked 4hrs)         |   |     | 15     |
| 21-90    | 6,900   |                              | 2 |     |        |
| 22.90    | 6,500   |                              | 2 |     |        |
| 23.90    | 6,500   |                              | 2 |     |        |
| 36.90    | 7,600   |                              | 2 |     | 30     |
| 27.90    | 8,600   |                              | 2 |     |        |
| 28.90    | 5,525   |                              | 2 |     |        |
|          | 104,520 |                              | 142 Hrs |  | 39 ½ hrs |

39 ½ hrs Coverage
102 ½ hrs Hrs F/ Printing

10 20 Copies
Per Hour

PLAINTIFF'S
EXHIBITS

3-52

# POSITION DESCRIPTION

**OHIO DEPARTMENT OF ADMINISTRATIVE SERVICES**

**PERSONNEL DIVISION**

| AGENCY | Butler County Dept. Human Services |
|---|---|
| DIVISION OR INSTITUTION | |
| UNIT OR OFFICE | |

*Do not write in shaded area*

| | | | | COUNTY OF EMPLOYMENT |
|---|---|---|---|---|
| ☐ State Agency | ☒ County Agency | ☐ New Position | ☒ Change | Butler |

**USUAL WORKING TITLE OF POSITION**
Purchasing Assistant 1

**POSITION NO. AND TITLE OF IMMEDIATE SUPERVISOR**
11000.0 Business Admin 3

**NORMAL WORKING HOURS (Explain unusual or rotating shift.)**
FROM:         TO: 8 hours varied

### JOB DESCRIPTION AND WORKER CHARACTERISTICS

| % | Job Duties in order of Importance | Minimum Acceptable Characteristics |
|---|---|---|
| 55% | Under the direction of the office operations manager have responsibility of the agency supply room: Maintain perpetual inventory cards of all office supply items showing quantities-in, quantities-out and quantities-on-hand. Check in all orders comparing the packing slip with the invoice to verify proper order and amount received. Note any discrepancies and/or back orders. Receive requests for supply items from Department _____ and supervisors and fill said requests from stock room inventory or send requisition to the County supplier as required. If item is not incuded in the supplies catalog forward request to the office operations manager who has procurement responsibilities. Also maintain a perpetual inventory of janitorial supplies. Maintain a perpetual inventory of office equipment and machinery by recording each new purchase in the equipment ledger. Record each item by its inventory control number, serial or model number, date of purchase and purchase price. Also make an entry in the ledger for equipment movement between offices. Have responsibility for placing the inventory control number tag on each piece of new equipment. Remove from the perpetual inventory record any item of equipment that is being scrapped and enter the date and sale price of equipment sold at a public auction. Be responsible for taking the annual physical inventory of equipment and machinery and reconcile any differences with the entries in the quipment ledger. | 3, 13a, 30f, 30c, 31c, 32f, 32i, 32j, 33b, 34c |
| 45% | Starting at 5:30 a.m., with the assistance of CWEP assignees, cleans the restrooms, employee lounge and conference rooms; empty receptacles, fill all dispensers, disinfect toilet bowls, clean wash bowls and mirrors, mop floors, clean partitions and fixtures. Also clean public Food Stamp area daily and the Food Stamp sales office including cashier windows at least twice a week. Mop floors and shake and clean mats. Pick up paper and trash in parking lot. Sweep the lots periodically. Pull weeds, rake grass, sweep sidewalks and in winter, shovel snow from walks. Assist in moving office furniture and equipment as required. Change light bulbs | 9a, 30 d, 30a, 32c, 32e, 34c, 35c (100 lbs) |

PLAINTIFF'S EXHIBITS
3-63

**List Position Numbers and Class Titles of positions supervised.** If more than eight, list totals only.

| SIGNATURE OF AGENCY REPRESENTATIVE | DATE |
|---|---|
| *Dianne Gise* | 12-16-87 |

POSITION CONTROL NUMBER 11101.0

CLASS TITLE

CLASS N:

AOM 4107

# POSITION DESCRIPTION

### OHIO DEPARTMENT OF ADMINISTRATIVE SERVICES

### PERSONNEL DIVISION

AGENCY
Butler County Dept. Human Services

DIVISION OR INSTITUTION

UNIT OR OFFICE

*Do not write in shaded area*

| ☐ State Agency | ☒ County Agency | ☐ New Position | ☒ Change | COUNTY OF EMPLOYMENT Butler |

USUAL WORKING TITLE OF POSITION
Purchasing Assistant 1

POSITION NO. AND TITLE OF IMMEDIATE SUPERVISOR
11000.0 Business Admin 3

NORMAL WORKING HOURS (Explain unusual or rotating shift.)
FROM:          TO: 8 hours varied

POSITION CONTROL NUMBER 11101.0

CLASS TITLE *Purchasing Assistant 1*

CLASS N

| % | JOB DESCRIPTION AND WORKER CHARACTERISTICS | |
|---|---|---|
| | Job Duties in order of importance | Minimum Acceptable Characteristics |
| | and replace fuses, also replace furnace filters. Perform other janitorial and maintenance duties as assigned. When necessary, work a split shift to fill in for the other custodian in the Hamilton office and the custodial worker in the Middletown office during vacations, illnesses, etc. | |

PLAINTIFF'S EXHIBITS

3-64

List Position Numbers and Class Titles of positions supervised. If more than eight, list totals only.

SIGNATURE OF AGENCY REPRESENTATIVE
*Jeanne Rice*

DATE
12-16-87

DM 4107

# BUTLER COUNTY DEPARTMENT OF HUMAN SERVICES



159 City Centre Mall      Middletown, OH 45042
Telephone: (513) 425-8625
Fax: (513) 425-8777

### FAX TRANSMISSION COVER SHEET

**County Commissioners:**
**Courtney E. Combs**
**Charles R. Furmon**
**Michael A. Fox**

**County Administrator:**
**Derek Conklin**

**Director:**
**Bruce Jewett**

**Telephone:**
**(513) 887-4000**

**Fax:**
**(513) 887-4334**

Date: 3-30-00

To: HEATH MACALPINE/BETTY PROCTOR, PERSONNEL

Fax #: 513-887-4194

Tele. #:

Re: NON-DISCRIMINATION, SUPERVISORY INTIMIDATION & DISCIPLINE FOR JUST CAUSE

Sender: BRENDA HURSTON

## YOU SHOULD RECEIVE ___3___ PAGE(S) INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (513) 425-8696

Mr. MacAlpine, on 2-16-00 you stated that something much deeper is going

on between Linda Day and myself. You advised that Linda and I get a box

of kleenexs and talk things out. On 2-25-00 and 3-3-00, Linda Day re-

quested a meeting with me. I asked Bob Bullock to sit in on both meetings.

As a result, the meetings were one-sided and the situation became worse.

Attached are two-pages letter, please put a copy in my personnel file.

A:\faxmidd.wpd



PLAINTIFF'S EXHIBITS

17-10

FROM: Brenda Hurston

TO: Whom It May Concern

DATE: March 28, 2000

SUBJECT: Non-Discrimination, Supervisory Intimidation & Discipline for Just Cause

I (Brenda Hurston) am aware that Linda Day is my Unit Supervisor and I understand that it is her responsibility to assure that I carry out my work assignment in a professional manner. I am also aware that my Unit Supervisor, Linda Day should not discriminate in a way inconsistent with the laws of the United States or the State of Ohio on the basis of **race, sex, creed, color, religion,** age, national origin, political affiliation, **disability,** sexual orientation, or veteran status. Upon myself returning back to work from disability, my employer **agreed** to also undertake reasonable accommodation to fulfill or ensure compliance with the Americans with Disabilities Act of 1990 (ADA) and corresponding provisions of Chapter 4112 of the Ohio Revised Code. Prior to establishing reasonable accommodation which **adversely affects rights** established under this Agreement, the employer should discuss the matter with me. I also understand that **no employee** should be discriminated against, **intimidated,** restrained, **harassed or coerced in the exercise of rights and nor shall reassignment be made for these purposes.**

I understand also, that Linda Day has the power to hire, fire, and promote within her unit. I have not given her any reasons to dismiss or just cause reasons for disciplinary actions against me. If anything, I try my best to demostrate and give her reasons to promote me, because I am honest, loyal, dependable and punctual (even though requested work don't get turned in at the appropriate time). Once upon a time, even Linda Day stated that I was her right-hand woman. With all due respect, I carry out **all** of my assigned work assignments in a cordial, dignify, intelligent, as well as professional manner and Linda Day has not inform me that I have done nothing less. I follow all of the policies and procedures willingly.

It is a fact that Linda Day abuse her power by constantly trying to intimidate, discriminate, and harass me. She constantly creates a hostile working environment For examples:

In a rude and hostile voice tone, she gave me a direct order to do something that she had already done. I told her that I would comply with her order, next time because she had just done it. She then became argumentive toward me, and accused me of being disrespectful to her. I knew I wasn't being disrespectful to her, and it did not matter, when I told her that this wasn't so. So I dismissed myself from this negative situation.

In the same day, Linda told me that she was going to reassign my desk to an isolated, and cold area. This would cause me discomfort and inconvenience.
   a. isolated – no one will be able to hear what she say to me.
   b. cold – desk is by back door, people are constantly coming in, which causes a cold draft.
   c. inconvenience – people are always knocking to get in the back door. I would be constantly getting up to open the back door which would be a hardship on my feet.

***See Attachment – See E Mail

PLAINTIFF'S EXHIBITS

17-11

Brenda Hurston
March 28, 2000
Page two

Ms. Day also shows preferential treatment, by requesting that I and ONLY I keep
a telephone log of all of my calls.  She did this without giving me due process of a
policy which states that all employee, including her, should log all of their
telephone calls, or verifying any violations on my behalf, to justify this change.

The core of mines and Ms. Day problems is that she wants me to respect her, but
she doesn't feel that it is necessary for her to respect me.  I am requesting that
my supervisor provide me a workplace free of hostility and that she approach me
in the same manner that I approach her with, which is respect, dignity and equality.

**PLAINTIFF'S
EXHIBITS**

17-12

P. 01

| TRANSACTION REPORT | | | | | MAR-30-2000 THU 10:53 PM | | |

| DATE | START | RECEIVER | TX TIME | PAGES TYPE | NOTE | M# | DP |
|------|-------|----------|---------|------------|------|----|----|
| MAR-30 | 10:51 PM | 1754194 | 1'58" | 3 SEND | OK | 955 | |

TOTAL :    1M 58S  PAGES:   3

## BUTLER COUNTY DEPARTMENT OF HUMAN SERVICES

159 City Centre Mall        Middletown, OH  45042
Telephone: (513) 425-8625
Fax:  (513) 425-8777

### FAX TRANSMISSION COVER SHEET

**County Commissioners:**
**Courtney E. Combs**
**Charles R. Furmon**
**Michael A. Fox**

**County Administrator:**
**Derek Conklin**

**Director:**
**Bruce Jewett**

**Telephone:**
**(513) 887-4000**

**Fax:**
**(513) 887-4334**

Date: _3-30-00_

To: _HEATH MACALPINE/BETTY PROCTOR, PERSONNEL_

Fax #: _513-887-4194_

Tele. #: _____

Re: _NON-DISCRIMINATION, SUPERVISORY INTIMIDATION & DISCIPLINE FOR JUST CAUSE_

Sender: _BRENDA HURSTON_

### YOU SHOULD RECEIVE__3____ PAGE(S) INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL
**(513)__ 425-8696___**

Mr. MacAlpine, on 2-16-00 you stated that something much deeper is going

on between Linda Day and myself.  You advised that Linda and I get a box

! PLAINTIFF'S
EXHIBITS

17-13

PUBLIC EMPLOYEES RETIREMENT SYSTEM OF OHIO
277 East Town Street  Columbus, Ohio 43215-4642
**APPLICATION FOR A DISABILITY BENEFIT**

Name **Hurston       Brenda       K.**                    ▮▮▮ 3|40.3
Last        First        Middle        Social Security Number

Mailing Address **1812 Grand Avenue**                    ▮▮ 59
Street

**Middletown          Ohio       45044      F** Date of Birth **513-420-9692**
City                State        Zip       Sex   Phone Number

---

### This form must be completed by the member making the Application.

Disability benefits are available only if a member is mentally or physically incapacitated for the performance of duty by a disabling condition either permanent or presumed to be permanent.  If the Application is approved, benefits are effective the first of the month following the later of: (1) the last day for which compensation was paid or (2) the attainment of eligibility.

Provide complete and accurate information so the Retirement System may properly evaluate this Application.  **Attach a copy of your birth certificate unless one is already on file with PERS.**

**Section I    Employment**

1. State your first date of public employment **Approximately February 1, 1988-** *Temporary position*
(Month/Date/Year)

2. The last date for which you were paid as a public employee (was) will be **February 27,2001**
(Circle one)                (Month/Date/Year)

3. I believe I am incapacitated for my duties because (describe nature of disability) **Please SEE diagnosis and prognosis statements of "Report of Attending Physician". DJD**

4. Have you had any of your salary tax-deferred in any type of deferred annuity or deferred compensation in the last 5 years?  Yes_____ or No __✓__ *(This question must be answered for PERS to process your Application.)*

**Section II    Service**

1. Do you receive or have you received payments under Ohio's Workers' Compensation while a PERS member?  Yes __✓__ or No _____ If Yes, provide claim number(s) **PEL 215 653**

2. Have you served on active military duty?  Yes _____ or No __✓__ If Yes, provide dates of service _____.  If you wish to purchase this service and have not       yet done so, also provide a copy of your discharge Form DD214.

3. Are you or have you been a member of any of the following retirement systems?

|  | Yes | No |
|---|---|---|
| a. Ohio Police and Fire Pension Fund (OP&F) | | ✓ |
| b. State Highway Patrol Retirement System (HPRS) | | ✓ |
| c. Cincinnati Retirement System (CRS) | | ✓ |
| d. State Teachers Retirement System of Ohio (STRS) | | ✓ |
| e. School Employees Retirement System of Ohio (SERS) | | ✓ |

**Section III    Health Care Coverage**

Health care coverage is provided to qualified benefit recipients who also may elect coverage for a spouse and dependent child(ren); there is a premium charge for dependent coverage.  The effective date of coverage is the first of the month following the Retirement Board's approval of your Application. Complete the following information:

1. Are you now eligible for Medicare A hospital insurance?  Yes _____ or No __✓__

2. Do you receive a benefit from any of the following (mark all which apply): **No**
_____Public Employees Retirement System (PERS)
_____Ohio Police and Fire Pension Fund (OP&F)
_____Highway Patrol Retirement System (HPRS)
_____State Teachers Retirement System (STRS)
_____School Employees Retirement System (SERS)

PLAINTIFF'S
EXHIBIT
703-1
PENGAD 800-631-6989

3. Do you wish PERS coverage for your spouse?  Yes _____ or No __✓__
Spouse's name ____ **none** ____

Spouse's date of birth _____

Spouse's Social Security Number

Is your spouse now eligible for Medicare A hospital insurance?  Yes _____ or No _____
Is your spouse now eligible for Medicare B medical insurance?  Yes _____ or No _____
Is your spouse receiving a monthly benefit from (mark all which apply):
_____ PERS, ____STRS, ____SERS, ____OP&F, ____HPRS,                    *Please turn over*

3

4. Do you wish PERS coverage for your eligible child(ren)? Yes _____ or No _✓__
   If Yes, the number of children to be covered is _____.

| Child's Name | Birth Date | Relationship | Attending school | Incapacitated |
|---|---|---|---|---|
| _____ | _____ | _____ | Yes___No___ | Yes___No___ |
| _____ | _____ | _____ | Yes___No___ | Yes___No___ |
| _____ | _____ | _____ | Yes___No___ | Yes___No___ |
| _____ | _____ | _____ | Yes___No___ | Yes___No___ |

Children are eligible for coverage up to the age of 22 as long as the child is unmarried, financially dependent, and regularly attending school. An incapacitated child (mentally or physically incompetent) may be covered after age 22 if the incapacity occurred before the limiting age.

5. To replace the PERS health care plan, you may be eligible for one of the health maintenance organizations (HMOs) offered by PERS. If we find you live in one of the HMO areas and you are interested in more information about an HMO plan, check the box. ☐

6. At the first eligibility date, PERS benefit recipients with PERS health care coverage are required to obtain Medicare B medical insurance. A qualified recipient may receive reimbursement for the basic premium cost of Medicare B coverage as long as enrollment continues and reimbursement is not received from another source. To receive payment for the basic premium cost, you must provide PERS with a photocopy of your Medicare health insurance card or Social Security letter of eligibility.

I do or will receive reimbursement for Medicare B medical insurance premiums from a source other than PERS. Yes ___ or No _✓_. If you marked "No" and at a later date you do receive a Medicare B premium reimbursment from another source, you must notify PERS immediately. If at any time you are no longer covered under Medicare B medical coverage, you must notify PERS immediately.

## Section IV    Beneficiary

A disability benefit recipient is <u>not</u> required to designate a beneficiary who may be eligible for PERS benefits at the death of the recipient. If you are survived by eligible children, only monthly benefits can be paid. An eligible child is any unmarried, natural or legally adopted child under age 18 (or 22 if a qualified student attending an accredited school) or, regardless of age, if adjudged physically or mentally incompetent.

If you have previously made a <u>specific designation of beneficiary</u>, this designation will still be in effect if none of the following has occurred: your marriage, divorce, dissolution of marriage, legal separation, or the birth or adoption of a child.

If <u>no beneficiary is designated</u>, at your death any amount due is payable to your first qualifying beneficiary in the following order: 1) surviving spouse, 2) children, 3) parents, or 4) estate. If you are satisfied with this order, you do not need to do anything. If you would like to make a specific designation or change a previous designation, special forms will be sent to you if you mark this box. ☐

## Section V    Affidavit

State of ___Ohio___     County of ___Butler_____

Being duly sworn the undersigned says that the statements made in this Application are true and accurate to the best of my knowledge and belief.

_____Brenda K Hurston_____
Signature

Sworn to and subscribed in my presence this ___31st___ day of ___may___, ___2001___.

_____
Notary Public

OFFICIAL SEAL
BEVERLY J. RENWICK
Notary Public - Ohio
Butler County
My Commission Expires
November 19, 2002

DR-1
(Revised 11/99)

703-2

F (Revised 9/93)

3 | 4 | 0 | 3
Social Security Number

Employer Code Number _____

## PUBLIC EMPLOYEES RETIREMENT SYSTEM OF OHIO
### 277 East Town Street  Columbus, Ohio  43215-4642

### REPORT OF ATTENDING PHYSICIAN

Name of Applicant _Hurston_ _Brenda_ _K_   59
Last          First       Middle     Date of Birth

Address _1812  Grand Avenue_                                F
Street                                                      Sex

_Middletown_                    _Ohio_          _45044_
City                            State            Zip

My attending physician is __Leonard R. Tonis D.P.M__  M.D.
Name

_5131 Beacon Hill Rd., Suite 360_
Street Address

_Columbus  Ohio_          _43228_
City        State          Zip

I authorize the above-named physician to make a report on my medical condition to the Public Employees Retirement Board.

_Brenda K. Hurston_
Signature

The subjective and objective symptoms of which said employee complains are as follows:

Painful, Swollen, Left Foot
* Patient is Status Post Bunionectomy c̄ hemi Implant
L/F; Excision Neuroma 3rd, L/F; Resection Metatarsal
Cuneiform Exostosis, Left Foot; Condylectomy 3rd & 4th
Metatarsal Heads L/F; Resection Intermediate
Dorsal Cutaneous Nerve Left Foot.

Diagnosis: (Please include any test results which enabled you to make this diagnosis, ie: X-rays, MRI readings, etc.)

Status Post {
735.0   Bunion Left Foot
355.6   Neuroma 3rd, Left
726.91  Exostosis Left Foot
* 715.37  DJD Left Foot

DP-LAT-MO X-Rays Confirm DX.

Onset date of primary disabling condition  715.37   9-3-92

Date medical condition(s) became permanently disabling:  05-17-01

Date from which patient has been under my medical treatment:  09-03-1992
(Over)

PLAINTIFF'S
EXHIBIT
704-1
PENGAD 800-631-6989

4

9-23-92   Resection Talar Exostosis L/F
          Resection M-C Exostosis L/F

1-14-93   Resection Bone Spur Base 5th met. L/F

2-17-97   Bunionectomy c mo-b screws x2 L/F
          Excision Neuroma 3rd/4 L/F
          Resection met. L/F
          Condylectomy 3-5 L/F
          Resection Metatarsal Cuneiform Exostosis L/F

Talar Spur, RIF Post. H.S. R/F
Resection met. Cuneiform R/F
Neurectomy R/F

2-28-01
Bunionectomy c Hemi Implant L/F
Excision Neuroma 3rd. L/F
Resection Metatarsal Cuneiform L/F
Condylectomy 3rd & 4th Metatarsal Heads L/F
Resection Intermediate Dorsal Cutaneous Nerve L/F

Prognosis:

Guarded

General Remarks: (As a part of your general remarks, please indicate when the applicant may return to duty and under what, if any, restrictions)

Patient Unable To Work
Degenerative Joint Disease, L/F

In my opinion, by reason of the above described condition M   Brenda K. Hurston   704-2

(is) (is not)   physically (or mentally) incapacitated permanently for the performance of duty and ought to receive a disability
(Circle one)
benefit  because of such permanent disability.

Date at  MARCH 17, 2001                                    X                          JPM M.D.

June 1, 2001                                    18    5131 Beacon Hill Rd. Suite 360
                                                            Street Address

                                        Columbus                    OH  43008
                                          City                    State      Zip

## APPLICATION FOR A DISABILITY BENEFIT
### REPORT BY EMPLOYER

Name of Employee ___Brenda K. Hurston_____

Social Security Number | | | | | | | 3 | 4 | 0 | 3 |

Address_____1812 Grand Avenue_____
Street

_____Middletown, Ohio 45044_____
City                                                  State          Zip

Date of Birth ___████459_____ Sex _F_____

**This form must be completed by the applicant's department head and payroll officer.**

Disability benefits are available only if a member is mentally or physically incapacitated for the performance of duty by a disabling condition either permanent or presumed to be permanent.

Provide complete and accurate information to the best of your knowledge so the Retirement System may properly evaluate the member's application. If more space is needed, attach additional pages.

### Section I    Certification by Department Head
*In addition to the following information, you also must submit a written job description for the applicant.*

1. Applicant's job title and duties: ___Office Machine Operator 2; see attached position___

___description.___

_____

2. Who initiated the application for a disability benefit?
    Employee __X__ or Employer _____

3. *Answer this question only if the member is a law enforcement officer.* Is the disabling condition the result of an on-duty injury or illness (injury or illness that occurred during or resulted from performance of duties under the direct supervision of a member's appointing authority)? Yes _____ or No _____ *If Yes, explain*_____

4. Do you believe the applicant is permanently incapacitated for the performance of his/her duties? Yes _____ or No _X__ *

If Yes, state the basis of your opinion. _____

* Medical information provided only indicates surgery for a foot problem. Employer

has seen no evidence supporting a claim of permanent incapacitation to perform duties

___6/25/01___          _Margie Laut_
Date                    Signature

            Human Resources Director
                        Title

**SEE REVERSE SIDE FOR CERTIFICATION BY FISCAL OFFICER**

PLAINTIFF'S EXHIBITS

732-6

This is to certify that    Brenda K. Hurston
                                      (Employee's Name)

was / (is) an employee of    Butler County Work Place
(Circle one)                                      (Employer)

   Department of Job & Family Services
                 (Department)

*Check (and complete if applicable)* <u>only one</u> *of the following:*

[x] The final day for which this employee (was) will be compensated:   4/18/01

[ ] The final date of compensation is not known, therefore I certify that the final date of compensation
will be within 90 days of receipt of this form.

*Linda Luthen*
Signature of Fiscal Officer Reporting to PERS

*Fiscal Services*
Department

*B. Co. Payroll Deputy*
Title

(513) 887-3129
(Area Code) Telephone Number

---

**Complete the following only if complete, correct information is available.**

      We request the final three pay periods be certified by the payroll officer. Retirement deductions certified must be exact; estimated figures are not acceptable and may result in a recalculation of the pension amount. Any changes regarding final deductions or termination date must be forwarded to the PERS office at the earliest possible date.

      Payment of accrued, but unused sick leave, personal leave, or vacation time resulting in a lump-sum payment is considered terminal compensation and retirement deductions are not to be withheld.

The final three pay periods to be submitted to PERS for the above named member are:

| PAY-BEGIN DATE | PAY-END DATE | PERS RETIREMENT DEDUCTION |
|---|---|---|
| 3/10/01 | 3/23/01 | 85.02 |
| 3/24/01 | 4/6/01 | 80.85 |
| 4/7/01 | 4/20/01 | 32.34 |

113.19

If a retirement deduction is larger or smaller than usual, please provide an explanation.

---

PUBLIC EMPLOYEES
RETIREMENT SYSTEMS

2001 JUL 11 AM 9:42

RECEIVED

DR-4
(Revised 8/96)

732-7

| **POSITION** **DESCRIPTION** | OHIO DEPARTMENT OF<br>ADMINISTRATIVE SERVICES<br>PERSONNEL DIVISION | Agency | Butler County Job & Family Services |
|---|---|---|---|
| | | Division or Institution | Administration |
| | | Unit or Office | |

| □ State Agency | ✗ County Agency | □ New Position | ☒ Change | County of Employment | Butler |
|---|---|---|---|---|---|

| Usual Working Title of Position | Office Machine Operator | Position No. and Title of Immediate Super. | 12100.0 Office Manager |
|---|---|---|---|

| Normal Working Hours FROM: | TO: | (Explain Unusual or Rotating Shift) | 8 hrs. varied |
|---|---|---|---|

| Class Number 12422 | Class Title | Office Machine Operator<br>Office Machine Operator 2 | Position Control Number | 12106.0 |
|---|---|---|---|---|

## JOB DESCRIPTION AND WORKER CHARACTERISTICS

| % | Job Duties in Order of Importance | Minimum Acceptable Characteristics |
|---|---|---|
| 70% | Handles most of the Department's printing needs, reproducing both forms and office memos and reports. This requires operating knowledge of the Roneo duplicating machine. Receives request for printing needs from various units and fills these requests on a timely basis. Be familiar with the different forms used by the Department, keeping a loose-leaf record of numbered BCDJFS forms, and masters. Keeps equipment clean and makes minor adjustments. Order State printed forms. Maintains State forms log and Directory. | Knowledge of (13b) Agency Policies & Procedures, (29) duplicator; Ability to (30c) carry out detailed but basic written or oral instructions, (32f) comprehend short sentences with basic, concrete vocabulary, (32n) screen mail, (33a) arrange items in numerical or alphabetical order, (33b) sort items into categories according to established methods, (34b) work alone on most tasks, (35c) strength to lift up to 50 lbs. |
| 20% | Have responsibility for Middletown supply room; maintain a perpetual inventory of all office supply items showing quantities in, quantities out, and balance on hand. Check in all orders comparing the packing slip with the invoice to verify proper order and amount received. Note any discrepancies and/or back orders. Receive requests for supply items from unit supervisors and fill said requests from stockroom inventory or send requisition to the County supplies as required. If item is not included in the supplies catalog, forward request to the administrator who has procurement responsibilities. Have responsibility for Hamilton janitorial supplies. | Knowledge of (3) Inventory Control, (13a) Office Practices & Procedures; Ability to (30c), (30f) deal with problems involving several variables in familiar context, (31c) comprehend & record figures accurately, (32f), (32i) comprehend simple sentences with common vocabulary, (32j) copy material accurately & recognize grammatical & spelling errors, (33b), (34c) cooperate with co-workers on group projects, (35c) strength to lift up to 50 lbs. |
| 10% | Perform other duties as assigned by administrator. | Knowledge of (13b); Ability to (30d) deal with problems involving few variables in familiar context, (31b) read & record figures accurately, (32f), (32i), (33b). |

PLAINTIFF'S EXHIBITS

732-8

26 FEB '01   7:02

| List Position Numbers and Class Titles of positions directly supervised. | SIGNATURE OF AGENCY REPRESENTATIVE | DATE |
|---|---|---|
| | | 2-22-2001 |