**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*



| O F F I C I A L   U S E | |
|---|---|
| **Postage** | $ |
| **Certified Fee** | |
| **Return Receipt Fee**<br>(Endorsement Required) | |
| **Restricted Delivery Fee**<br>(Endorsement Required) | |
| **Total Postage & Fees** | $ |

Postmark
Here

**Sent To** Brenda Hurdon

**Street, Apt. No.;**
**or PO Box No.** 1812 Grand Ave

**City, State, ZIP+4** Middletown, Oh 45044

PS Form 3800, April 2002                     See Reverse for Instructions