UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BRENDA K. HURSTON, | Case No. 1:01-cv-313 |
| Plaintiff, | Magistrate Judge Timothy S. Black |
| vs. | |
| BUTLER COUNTY DEPARTMENT OF JOBS AND FAMILY SERVICES, *et al.*, | |
| Defendants. | **JUDGMENT ENTRY** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and in conformity with the Court's separate Memorandum Opinion and Order Granting Defendant's Motion for Summary Judgement previously entered herein, the Court finding that there are no genuine issues of material fact in dispute and that Defendant is entitled to judgment as a matter of law, the Court hereby enters summary judgment for Defendant and against Plaintiff.

This is a final appealable order, and the Clerk shall forthwith serve each party's counsel with a copy of this entry.

Date:  9/30/05        s/Timothy S. Black
                     Timothy S. Black
                     United States Magistrate Judge