**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Brenda K Hurston
    1812 Grand Avenue
    Middletown, OH 45044

2. Article Number (Transfer from service label): 7002 0860 0000 1409 1828

Doc 151, 152
Black
01-313

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Brenda K Hurston*    ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Brenda K. Hurston
C. Date of Delivery: 10-3-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

