

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 OCT 13 PM 2:41

| | | |
|---|---|---|
| BRENDA K. HURSTON | : | **CASE NO. 1:01-cv-313** |
| Plaintiff – Appellate, | : | Magistrate Judge Timothy S. Black |
| -vs- | | |
| BUTLER COUNTY DEPT. OF JOB AND FAMILY SERVICES | : | DECISION AND JUDGMENT ENTRY |
| Defendants – Appellants. | | File-Stamped Date: 9-30-05 |
| _____ | : | |

## NOTICE OF APPEAL

Notice is hereby given that Brenda K. Hurston, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment Entry of Magistrate Judge Timothy S. Black entered in this action on the 30th day of September, 2005.

Respectfully submitted,

_Brenda K Hurston_
Brenda K. Hurston, Plaintiff-Appellate
1812 Grand Avenue
Middletown, OH  45044
(513) 420-9602

## CERTIFICATE OF SERVICE

I, Brenda K. Hurston, hereby certify that NOTICE OF APPEAL has been sent by regular mail to Jack C. McGowan, Attorney for Defendants, Butler County Department of Job and Family Services, 246 High Street, Hamilton, Ohio 45011 this 13th, day of October, 2005.

_Brenda K Hurston_
Brenda K. Hurston, Plaintiff-Appellate