(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

FILED
JAMES BONINI
CLERK

05 OCT 13 PM 2:41

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Brenda K. Hurston

**Plaintiff(s)**

Case No. 1:01-cv-313

vs. Butler County Dept. of Job And Family Services

**Defendants(s)**

**APPLICATION/ MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
(IN FORMA PAUPERIS)
AND AFFIDAVIT IN SUPPORT THEREOF**

**Instructions:** In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.

**I. Are you employed?**   Yes ___   No ✓
  A. If you answered "Yes":
    (1) What is the name and address of your employer
    _____
    _____
    _____
    (2) How much do you earn per month?
    _____

  B. If you answered "No"
    (1) Have you ever been employed?   Yes ✓   No ___
      If yes, what was the last year and month you were employed? __2001, February__
      How much did you earn a month? __1,800 Gross__

**II. What is your marital status?**
  Single ___   Married ___   Widowed ___   Divorced ✓
  A. If you answered "Married":
    (1) Is your spouse employed?   Yes ___   No ___
      If yes, how much does your spouse earn each month?
      $_____

**III. Do you have any dependents?**   Yes ___   No ✓
  If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

  | Name | Relationship | Amount |
  |------|--------------|--------|
  |      |              |        |
  |      |              |        |
  |      |              |        |

**IV.** Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?   Yes ✓   No ___
  A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

  | Source | Amount | Source | Amount |
  |--------|--------|--------|--------|
  | Disability Retirement | $15,600.00 Annual | | $ |
  |        | $      |        | $      |
  |        | $      |        | $      |

V. Do you have any cash on hand or money in a savings, checking, or other account?
   Yes____   No_✓_

   A. If you answered "Yes", state the combined total amount:
      $_____.

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
   Yes____   No_✓_
   A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Mortgage | $ 507.00 | Insurance | $ 90.00 |
| CG&E Energy | $ 250.00 |  | $ |
| Phone | $ 58.00 |  | $ |
| Credit Cards | $ 436.00 apprcy |  | $ |

VIII. State your address and telephone number where the Court can reach you.

1812 Grand Ave
Middletown OH 45044
513-420-9692

I declare under penalty of perjury that the above information is true and correct.

10-13-05                    Brenda K Hurston
   Date                      Signature of Applicant

-3-