UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
JAMES BONINI
CLERK

06 AUG 15 PM 3: 54

No: 05-4399

Filed: August 15, 2006

01-313

BRENDA K. HURSTON

    Plaintiff - Appellant

v.

BUTLER COUNTY DEPARTMENT OF JOB & FAMILY SERVICE, et al.,

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 7/13/06 the mandate for this case hereby issues today.

A True Copy.

COSTS: NO COSTS TAXED

Attest:

Filing Fee ...............$
Printing ...............$

    Total ...............$

_Robin Duncan_
Deputy Clerk